IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES RICE KENDALL** and **ANN P. HOCHBERG**, as Trustees for The Thomas E. Proctor Heirs Trust, | : CIVIL ACTION NO. 4:22-CV-518 <br> : <br> : (Judge Conner) <br> : |
| **Plaintiffs** | : |
| v. | : |
| **INTERNATIONAL DEVELOPMENT CORP.**, | : |
| **Defendant** | : |

## ORDER

AND NOW, this 11th day of April, 2022, upon consideration of the complaint (Doc. 1) filed by plaintiffs Charles Rice Kendall and Ann P. Hochberg against defendant International Development Corp., in which plaintiffs designate the above-captioned matter as related to another action pending before the undersigned, see Pa. Game Comm'n v. Thomas E. Proctor Heirs Tr., No. 1:12-CV-1567; (see Doc. 1 ¶ 1 n.1), resulting in the matter being assigned directly to the undersigned, and it appearing that the Middle District of Pennsylvania does not have a local rule or written standard for related-case designations, cf. E.D. PA. L.R. 40.1(B)(3)(A); W.D. PA. L.R. 40(D)(2), and the court thus reviewing the two cases for a common core of operative facts, but concluding that the cases are not so factually similar as to warrant a related-case designation, it is hereby ORDERED that:

1. Plaintiffs' related case designation is STRICKEN.

2. The Clerk of Court is directed to randomly reassign this case in accordance with the Middle District's case assignment policy.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania