**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, | Civil Action No. 22-cv-00518 |
| Plaintiffs, | Hon. Matthew W. Brann Chief United States District Judge |
| v. | |
| INTERNATIONAL DEVELOPMENT COMPANY, LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 30th day of April 2026 upon consideration of the the Uncontested Joint Motion for Extension of Deadlines, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The discovery deadline in this case is extended to June 8, 2026.

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge