# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES RICE KENDALL and
ANN P. HOCHBERG, as Trustees for
The Thomas E. Proctor Heirs Trust,

      Plaintiffs,

      v.

INTERNATIONAL DEVELOPMENT
CORPORATION,

      Defendant.

No. 4:22-CV-00518

(Chief Judge Brann)

## ORDER

### JUNE 26, 2026

Pursuant to the authority granted to this Court under Federal Rule of Civil Procedure 83(b), this Scheduling Order shall govern all proceedings in the above-captioned case. No deadlines set by this Order, the Local Rules,[1] or the Federal Rules of Civil Procedure may be altered without this Court's approval, and this Court may modify any deadline *sua sponte*.

1.    The above-captioned case is placed on the <u>November 2026</u> trial list. A bench trial is scheduled to begin on **November 9, 2026, at 9:30 a.m.** in Courtroom 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania. Counsel

---

[1]    The Local Rules are online at http://www.pamd.uscourts.gov/sites/pamd/files/LR120114.pdf, and may also be obtained by writing the Clerk of Court, United States Courthouse and Federal Building, Suite 218, 240 West Third Street, Williamsport, Pennsylvania, 17701-6460.

are attached for trial, which is anticipated to last approximately two (2) days.  Trial will begin each day at 9:30 a.m.

2.     Dispositive motions and motions in limine and supporting briefs shall be filed by **August 3, 2026**.  Any briefs in opposition are due **August 17, 2026**.  Any reply briefs are due **August 31, 2026**.  No extensions of these deadlines will be granted.

3.     No later than September 28, 2026, counsel shall hold a conference as indicated in Local Rule 16.3(b).  This conference shall be in-person unless the Court, upon written request, approves another arrangement.

4.     Pretrial memoranda shall be filed by **October 5, 2026**.  No extensions of this deadline will be granted. Pretrial memoranda shall otherwise be in conformity with the local rules. Failure to timely file pretrial memoranda will result in an appropriate sanction.  Fed. R. Civ. P. 16(f).

5.     A pretrial conference will be held on **October 19, 2026, at 1:30 p.m.** in my Chambers, United States Courthouse and Federal Buidling, 240 West Third Street, Suite 401, Williamsport, Pennsylvania.

      a.     Counsel who will try the case shall attend this conference.

      b.     At the pretrial conference, the Plaintiff shall be required to set forth the elements of the particular type of claim (or claims) being made.  Counsel for the Defendant shall be required to identify any legal defenses being made.  The Court shall then

hold the parties and their counsel to the course outlined at the pretrial conference. The Court shall be apprised of any legal theories, claims and/or defenses at the time of the pre-trial conference in order to consider and evaluate them before trial.

6.      If counsel or Defendants file trial briefs they must be filed five (5) working days prior to commencement of the trial.

7.      If the parties intend to use depositions at trial in place of live testimony, they shall review the depositions prior to the time of trial. Any objections which cannot be resolved shall be submitted to the Court at least fourteen (14) days prior to trial, along with copies of the depositions in question. The Court may deem any untimely-submitted objections withdrawn. If the depositions are videotaped, a transcript must be provided to the Court.

8.      If videotape equipment will be used at trial, it shall be set up prior to commencement of trial in the morning (if its use is anticipated in the morning) or during the lunch break (if its use is anticipated in the afternoon).

9.      If this action is settled or otherwise disposed of in advance of trial, counsel shall notify the Clerk's Office in Williamsport no later than 2:00 pm on the last business day before trial.

10.    One week prior to the commencement of trial, counsel shall submit a complete exhibit list[2] and one (1) complete hard-copy set of exhibits contained in 3-ring binders, this will be the original offered into evidence.  Counsel shall also submit an electronic copy of their exhibits on a USB flash drive.  Electronic exhibits on the USB flash drive shall be named in conformance with the "Exhibit Formatting Instructions for Batch Importing" available at http://www.pamd.uscourts.gov/jers. Documents and photographs shall be in .pdf, .jpg, .bmp, .tif, or .gif format; video and audio recordings shall be in .avi, .wmv, .mpg, .wma, or .wav format. Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. Exhibits filed shall be named consistent with their order and name on the exhibit list.

For Example:

1_Medical Records from UPMC

1-1_ 1/10/2023 Office visit notes

1-2_ 1/15/2023 MRI report

1-3_1/15/2023 MRI Images

2_PSP Accident Report dated 12/28/2022

3_Photographs of injuries

---

[2]    See attached form.  Please contact Chambers to obtain a Word version of this form.

3-1_Photograph of left knee

3-2_Photograph of left ankle

Counsel are responsible for assuming custody of their exhibits at the conclusion of trial.

11.    All parties are expected to use the courtroom's presentation technology to display evidence.[3]

12.    Inquiries about this case should be directed to Janel R. Rhinehart, my Courtroom Deputy, at 570-323-9772.

**Summary of Dates and Deadlines**

| | |
|---|---|
| Dispositive motions and supporting briefs: | August 3, 2026 |
| Motions in limine and supporting briefs: | August 3, 2026 |
| Briefs in Opposition to Motions in Limine: | August 17, 2026 |
| Reply Briefs to Motions in Limine: | August 31, 2026 |
| Pretrial memoranda: | October 5, 2026 |
| Final pretrial conference: | October 19, 2026, at 1:30 p.m. |
| Trial: | November 9-10, 2026 |

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[3]    See http://www.pamd.uscourts.gov/courtroom-technology.

**Caption:**

**Case No:**

**Judge:**

**Date:**

## <u>EXHIBIT LIST</u>

| | Completed by Counsel | | Completed by Courtroom Deputy | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |