# EXHIBIT 1

unto set their hands and seals the day and year first above written.

Signed, sealed and delivered }
   in presence of
   John D. Codding

                           W. H. Smith      seal
                           Eunice L. Smith    seal
                           Alva C. Smith     seal
                           Isabella M. Smith   seal

State of Pennsylvania } ss.
Bradford County.

      Be it remembered that on the Fifth day of July A. D. 1893 personally appeared before the subscriber, one of the Justices of the Peace in and for said county W. H. Smith & Eunice L. Smith his wife and Alva C. Smith and Isabella M. Smith his wife, the above named grantors, and each acknowledged the foregoing Indenture to be their act and deed for the purpose herein contained. She, the said Eunice L. Smith and Isabella M. Smith being of full age, and by me examined separate and apart from her husband and the full contents thereof being by me first made known to her, acknowledged that she executed the same of her own free will and accord, without any coercion or compulsion on the part of her said husband. Witness my hand and seal the day and year aforesaid.

                           John S. Codding.    Official seal
                           Justice of the Peace

Recorded July 6th 1893.
Chas. M. Hall. Recorder.

                                     197/270

---

No. 3615.
The Schrader Mining and
Manufacturing Company
    To
Thomas E. Proctor &
Jonathan A. Hill

This Indenture, made the fifth day of June, in the year of our Lord one thousand eight hundred and ninety three. Between the Schrader Mining and Manufacturing Company a corporation organized under the laws of the State of Pennsylvania part of the first part, and Thomas E. Proctor of the city of Boston, State of Massachusetts, and Jonathan A. Hill of the Township of Monroe, County of Bradford and State of Pennsylvania, parties of the second part. Whereas heretofore to wit on the 21st day of April A. D. 1893 at a meeting of the Board of Directors of the Schrader Mining and Manufacturing Company in compliance with a Resolution of the holders of a majority of the Stock of said Company requesting a sale of the real estate of said Company passed at a stockholders meeting duly convened for the purpose and evidenced afterwards by the written signatures of each

stockholders to such request and consent it was resolved, That all the interest estate, fee & title, of every kind and nature, of the Schrader Mining and Manufacturing Company in all of the lands, real estate, mine or mines owned by said Company, subject to the rights and property of Proctor & Hill Assignees and now owned by a certain Contract dated the 27th day of May A.D. 1867 between the said Company and the Towanda Tanning Company for sale of the Hemlock Bark upon the trees standing upon said lands be sold and the Secretary of said Schrader Mining and Manufacturing Company Joseph Powell Esq was directed to sell the same at public sale to the highest bidder for Cash after advertising the sale for a period of three weeks prior thereto in two newspapers published in said county of Bradford: and whereas after so duly advertising the time and place of sale the said Joseph Powell did expose the same for sale at public vendue or outcry at the time and place mentioned to wit: at the Court House in the Borough of Towanda in the County of Bradford aforesaid on the 20th day of May A.D. 1893 at 10:00 P.M. and sold the same to Thomas E. Proctor and Jonathan D. Hill before mentioned for the sum of Fifty Thousand Dollars they being the highest & best bidders and that the highest and best price bidden for the same & sale on report thereof by him being made to said Schrader Mining and Manufacturing Company at a meeting of the Board of Directors held on that day was confirmed and ratified, and the President and Secretary of said Company directed to execute and deliver under the seal of said Company a conveyance of the same. Now therefore this Indenture Witnesseth, that the Schrader Mining and Manufacturing Company in consideration of the aforesaid sum of

## Fifty Thousand Dollars

to it paid by the said Thomas E. Proctor and Jonathan D. Hill at and before the ensealing and delivery hereof, the receipt and payment whereof is hereby acknowledged, hath granted, bargained, sold, aliened, released and confirmed and by these presents doth grant, bargain, sell, alien, release and confirm to the said Thomas E. Proctor and Jonathan D. Hill his and their heirs and assigns.

All the following Lots, tracts, piece or parcels of land described as follows, viz:

All those certain forty five several tracts or parcels of land situate and lying contiguous to each other wholly or chiefly in the County of Bradford in the State of Pennsylvania being in the name of the warrantees hereinafter mentioned and specified that is to say: one of them called _____ originally surveyed to Henry Epple; an other called Johnstone Hall surveyed on warrant to Richard Fullerton; an other called Stenton surveyed on warrant to George Eckhart; one other called Bristol surveyed on warrant to Robert Holtzheimer; an other called Landis surveyed on warrant to Jacob Holtzheimer; an other called Dary surveyed on warrant to Richard Evans; an other called Greensburg surveyed on warrant to _____

Adams an other called Grove surveyed on Warrant to Collinson Read: an other called Valley surveyed on Warrant to Marke J. Biddle: an other called Trenton surveyed on Warrant to James Collins: an other called Darby surveyed on Warrant to John Baker: an other called Pleasant Garden surveyed on Warrant to George Glentworth: an other called Dublin surveyed on Warrant to William M. Biddle: an other called Belin surveyed on Warrant to John Barrow Jr.: an other called Chelsea surveyed on warrant to James Shoemaker: an other called Danielle surveyed on Warrant to Benjamin Pennington: an other called Hill surveyed on Warrant to Andrew Traden: an other called Newcastle surveyed on Warrant to John Patton: an other called Oxford surveyed on Warrant to Peter Boynton: an other called Wilmington surveyed on Warrant to Peter Z. Lloyd: an other called Baltimore surveyed on Warrant to Clement Biddle: an other called Mifflinburg surveyed on Warrant to William Wilson: an other called Vaux Hall surveyed on Warrant to Michael Gratz: an other called Mount Pleasant surveyed on Warrant to Charles Hall: an other called Neu Stadt surveyed on Warrant to Bernard Gratz: an other called Pittsburg surveyed on Warrant to Simon Gratz: an other called Reading surveyed on Warrant to Hyman Gratz: an other called Sunbury surveyed on Warrant to Joseph Simon: and other called Trap surveyed on Warrant to Joseph Haines: and other called Ostend surveyed on Warrant to John Boyd: an other called Philadelphia surveyed on Warrant to Joseph Henry: an other called Burlington surveyed on Warrant to Henry Beck: an other called Dryden surveyed on Warrant to Samuel Abrahamson: an other called Camden surveyed on Warrant to William Gray: an other called Pottsgrove surveyed on Warrant to John Goff: an other called Chanceford surveyed on Warrant to Thomas Dundas: an other called Fairview surveyed on Warrant to James Biddle: an other called Chester surveyed on warrant to William Packer and other called Trout Hall surveyed on Warrant to John Barrow Jr.: an other called Broad heardbug surveyed on Warrant to James Shoemaker: an other called Montgomery surveyed on Warrant to Thomas Hiltzheimer: an other called Marcheline surveyed on Warrant to Jacob Hiltzheimer: an other called Aaronsburg surveyed on Warrant to William Biddle: an other called Northumberland surveyed on Warrant to Andrew Grayden and an other called Warren surveyed on Warrant to Andrew Grout also one tract of one hundred acres more or less situate at the foot of the Plane in Barclay Township on which are several framed buildings lumber yard etc. excepting and reserving from the tract mentioned such tracts, lots, pieces or parcels as have been sold by the former owners thereof to various parties comprising in all eighteen hundred acres be the same more or less the said tracts herein conveyed containing together and in the whole about fifteen thousand acres of land be the same more or less, and more fully described in a certain Deed dated January 3rd 1866 from Joseph Act, C.S. Gihon and S.H. Camille Pastor of the Petrolia Land Company to William Read

Charles F. Welles Jr. Trustee &c., and recorded in the Recorder's Office of Bradford County in Deed Book No. 74 Page 34 &c.

Together with all and singular the rights, liberties, privileges, hereditaments, appurtenances, interest, estate, fee and title of every kind and nature whatsoever thereunto belonging or in anywise appertaining (saving and excepting rights and property of Proctor & Hill the owners of a certain contract dated the 27th day of May 1867 for the sale of the Hemlock Bark herein before mentioned) and the reversion and reversions, remainders, rents, issues and profits thereof; And all the estate, right, title, interest, property, claim and demand whatsoever of the said Schrader Mining and Manufacturing Company of, in, to or out of the said tracts, real estate, lands, hereditaments, mine or mines mentioned.

To have and to hold the said tracts of land, mines or mines, hereditaments and premises hereby granted unto the said Thomas E. Proctor his heirs and assigns and Jonathan A. Hill his heirs & assigns, to their only proper use and behoof and benefit of his and their assigns forever.

In testimony whereof the said Schrader Mining & Manufacturing Company has hereunto fixed the common seal of said Corporation at the time aforesaid the day and year first before written.

Corporate Seal

Jonathan A. Hall        President

Joseph Powell           Secretary

State of Penna.
County of Bradford: ss.

Be it remembered, that on the fifth day of June A.D. 1893 before me a Justice of the Peace in and for said County, personally appeared Jonathan A. Hill President of the above named corporation and Joseph Powell Secretary of the same and each being severally sworn does for himself say that he was personally present at the execution of the foregoing written Indenture or Deed of Conveyance and saw the common seal of said corporation the Schrader Mining and Manufacturing Company duly affixed thereto and that the seal so affixed thereto is the common and corporate seal of the said Schrader Mining and Manufacturing Company and that the above & foregoing written Indenture or Deed of Conveyance was duly signed sealed and delivered by and as and for the act and deed of the said Schrader Mining & Manufacturing Company for the uses and purposes therein mentioned, and that the names of their deponents subscribed to the said Deed as President and Secretary of said Corporation in attestation of the due execution thereof and delivery of the same is of the deponents own proper and respective handwriting it purports to be.

Sworn & subscribed before me the day and year aforesaid.

John R. Colding        J.P. Peace

Jonathan A. Hill        seal
Joseph Powell           seal

Recorded July 6th 1893