# EXHIBIT 2

436

Thomas E. Proctor et ux
Jonathan A. Hill et ux
To
Union Tanning Company

This Indenture made the twenty seventh day of October in the year of our Lord one thousand eight hundred and ninety four. Between Thomas E. Proctor, and Emma R. his wife of the City of Boston and State of Massachusetts and Jonathan A. Hill and Lucy M. his wife of the Township of Monroe, County of Bradford, and State of Pennsylvania parties of the first part and Union Tanning Company, a corporation organized under the laws of the State of Pennsylvania party of the second part. Witnesseth That the said parties of the first part in and in consideration of the sum of one dollar lawful money of the United States of America unto them well and truly paid by the said party of the second part, at and before the sealing and delivery of these presents the receipt whereof is hereby acknowledged have granted bargained sold aliened enfeoffed, released conveyed and confirmed and by these presents do grant bargain sell alien enfeoff release convey and confirm unto the said party of the second part, its successors or successors and assigns

All those certain tracts or parcels of land being warrants or parts of warrants lying contiguous to each other, situate in the County of Bradford and State of Pennsylvania in the several Townships hereinafter designated and survey to the several warranties and containing the number of acres of land, be the same more or less or hereinafter mentioned to wit: one situate in Barclay township surveyed to Andrew Tybout containing 175.5 acres: another situate in Barclay Township surveyed to John Barrow Jr. containing 444.2 acres; another situate in Leroy Township surveyed to John Barrow Jr. containing 440.5 acres, another situate in Leroy Township surveyed to Benjamin J. Burlington containing 456 acres: another situate in Leroy Township surveyed to John Boyd, containing 403.4 acres another situate in Leroy Township surveyed to Michael Gratz containing 350.4 acres. Another situate in Leroy Township surveyed to John Patton, containing 341.2 acres, another situate in Leroy Township surveyed to Simon Gratz containing 433 acres: another situate in Leroy Township surveyed to Edward Gray containing 200.6 acres: another situate in Leroy Township surveyed to Joseph Simons, containing 304 acres: another situate in Leroy Township surveyed to Bernard Gratz containing 437.4 acres: another situate in Leroy Township surveyed to Peter Compton containing 153.5 acre another situate in Leroy Township surveyed to Peter J. Linza containing 4.17 acre another situate in Leroy Township surveyed to Charles Hall containing 409 acre, another situate in Leroy Township surveyed to Josiah Haines containing 410.5 acre: another situate in Leroy Township surveyed to William Wilson containing 430.4 acres, another situate in Leroy Township surveyed to Clement Biddle containing 91.0 acres. Another situate in Leroy Township

437

surveyed to Joseph Kerry containing 444.3 acres; another situate in Leroy Township surveyed to Andrew Gray Jun. containing 355.1 acres; another situate in Leroy Township surveyed to William M. Biddle, containing 457 acres; another situate in Leroy Township surveyed to George Ellsworth, containing 431 acres; another situate in Leroy Township surveyed to John Baker containing 317.2 acres; another situate in Leroy Township surveyed to Samuel McPherson, containing 125.8 acres; another situate in Leroy Township surveyed to James Shoemaker containing 452.6 acres; another situate in Overton Township surveyed to Jacob Holtzhimer containing 457.7 acres; another situate in Leroy and Barclay Townships surveyed to John Adams, containing 531.6 acres; another situate in Leroy and Barclay Townships surveyed to Mark J. Biddle, containing 439.8 acres; another situate in Leroy and Barclay Townships surveyed to Solomon Riedi, containing 422.9 acres; another situate in Leroy and Barclay Townships, containing surveyed to William Parker, containing 422.7 acres; another situate in Barclay and Overton Townships surveyed to Richard Perwin containing 621.8 acres; another situate in Leroy and Overton Townships surveyed to James Collins, containing 434.2 acres; another situate in Barclay Leroy and Overton Townships surveyed to Robert Holtzhimer, containing 512.2 acres; another situate in Fox Township Sullivan County Pennsylvania, and Overton Township aforesaid surveyed to George Eckert containing 489 acres; also all the hemlock bark on all the hemlock trees standing and growing on the four lots, tract or parcel of land situate in Bradford County aforesaid immediately following, being warrants or parts of warrants surveyed to the several warrantees, and containing the number of acres be the same more or less as hereinafter mentioned to wit: one situate in Leroy Township surveyed to Henry Peck, containing 174 acres; another situate in Barclay and Leroy Townships surveyed to John Graff, containing 183.3 acres; another situate in Barclay and Leroy Townships surveyed to Thomas Dundore, containing 454 acres; another situate in Barclay and Leroy Townships surveyed to James Biddle containing 441.1 acres; Also the hemlock bark on the four tract mentioned herein to be removed therefrom within five years from the date of the conveyance — otherwise the title to the same at the expiration of the time mentioned to immediately revert to the grantor herein, free from all claim of the grantee its successors or assigns. Also five other lots tracts or parcels of land situate in said County of Bradford immediately following from which the hemlock bark has been stripped and removed being warrants or parts of warrants surveyed to the several warrantees and containing the number of acres be the same more or less, hereinafter mentioned to wit: one situate in Barclay Township surveyed to James Shoemaker, containing 114.1 acres; another

438

situate in Barclay Township surveyed to Shoun as Niltzhimer, containing 20.9 acres, another situate in Barclay Township surveyed to James Shoemaker, containing 65.9 acres, another situate in Barclay Township surveyed to James Shoemaker containing 32.1 acres, another situate in Barclay Township surveyed to Jacob Niltzhimer, containing 25 acres; comprising in all thirty eight tracts of land, and the hemlock bark from four other tracts and containing fourteen thousand and two hundred acres be the same more or less, being the same lands heretofore conveyed by the Schrader Mining and Manufacturing Co, a company organized under the laws of the State of Pennsylvania (or a part of the same) to the grantors herein by deed bearing date the 5th day of June A.D. 1893 and recorded in the recorders office of Bradford County in deed book 19th page 270 &c. July 6th A.D. 1893.

Also all those certain lots tracts or parcels of land being warrants or parts of warrants situate in the Township of Forks, County of Sullivan and State of Pennsylvania and bounded and described as follows to wit:

Lot No. 1. Part of the Henry Toland warrant containing 24.2 acres be the same more or less, bounded on the South by lot of Thomas Jordan and the George Eddie warrant, on the East by James Hutton warrant, on the north by lot of Christopher Taylor and on the west by Israel Pleasant warrant.

Lot No. 2. Part of the James Hutton warrant containing 84 acres be the same more or less, bounded on the South by Ed Hallowell warrant, on the East by lot No 3 next described, on the north by lands of Le has. Godkin and on the west by lot No 1 above described.

Lot No 3. Part of Edward Hallowell warrant, containing 133.2 acres be the same more or less, bounded on the South by lands of Stephen Russe and Andrew Children, on the East by Peter J. Lloyd warrant, on the north by the James Hutton warrant and on the west by land of Thomas Jordon and George Eddie warrant.

Lot No 4. Part of the Peter J. Lloyd warrant containing 42 acres be the same more or less, bounded on the north by Geo. Penrose warrant, on the East by other portion of the P.J. Lloyd warrant, on the South by the same land on the west by lot No 3 above described.

Lot No 5. Part of the Justinian Fox warrant from which the hemlock bark has been stripped and removed, situate in the Township of Forks and Sullivan county and State aforesaid containing 45 acres be the same more or less, bounded on the north by lot of Cristian Laville on the East by other portions of Justinian Fox warrant on the South by lot of Thomas Loveley and on the west by the Robert Thomas warrant.

Also all that piece or parcel of land situate in the town-

439

ship of Forks county of Sullivan and State of Pennsylvania bounded as follows to wit. Beginning at the north corner of the Jos. F. Roberts warrant, thence along the line of Jos. P. Norris north thirty one degrees East about seventy eight perches to the south corner of the George Abbot warrant; thence north fifty nine degrees west along line of George Abbot, James A. Fisher and Samuel Pleasants twelve hundred and eighty nine perches to the west corner of Samuel W. Fisher; thence north thirty one degrees East two hundred and thirty perches to the north corner of the same, thence south fifty nine and one half degrees east three hundred and twenty perches to the west corner of the Charles Warren warrant. thence north thirty degrees and one half east two hundred and thirty five perches to the south corner of George Reid; thence south fifty nine and one half degrees East seventy four perches to another corner of said lot. Thence north thirty degrees and one half East, sixty six perches to a warrant line. Thence south fifty nine degrees and one half east two hundred and fifty one perches to the line of the Charles Pleasants warrant; Thence along the line of the Charles Pleasants warrant north thirty one degrees East one hundred and seventy five perches to the west corner of the Israel Pleasants warrant; thence along the line of said Israel Pleasants warrant south fifty degrees East two hundred and forty six perches to the north corner of Thomas Jordan's lot. thence south thirty nine degrees west one hundred and forty perches to a corner; Thence south fifty eight degrees East eighty perches to a corner. thence along warrant line south thirty one degrees and one half west, one hundred and ninety five perches to the west corner of John Jordans lot. thence along his line south fifty eight degrees East one hundred and two and seven tenth perches to line of lot of Anthony Phillips. Then south thirty one degrees west thirty eight perches; thence south fifty eight degrees and one half East sixty eight perches to the south corner of said Phillips lot; thence along warrant line and other lines south thirty one degrees and one half west one hundred and sixty five perches to the west corner of Morrisons land. thence along his line south fifty eight degrees and one half East four hundred and forty seven perches to a corner of same. Thence still along his line south thirty one degrees west ninety eight perches to a corner of David R. Coopers land. thence down the several courses of the Loyal Sock Creek, in a westerly direction to the division line between the Joseph P. Norris and Joseph F. Roberts warrants; thence along said warrant line north fifty eight degrees and one half west, one hundred and fourteen perches to the place of beginning; containing three thousand six hundred and sixty six (3666) acres be the same more or less and being part of the following warrants. Joseph P. Norris, containing 301.6 acres be the same more or less; George Abbot, con-

440

containing 467.9 acres be the same more or less, Charles Warner containing 561.5 acres be the same more or less, George Eddie 392.2 acres be the same more or less, Edward Hallowell containing on the south end 133.2 acres and on the north end 229.1 acres be the same more or less; And the whole of the Charles Pleasants containing 490.5 acres be the same more or less, James b. Fisher containing 494 acres be the same more or less, Samuel Pleasants containing 470.3 acres be the same more or less, and Samuel M. Fisher warrants containing 452.9 acres be the same more or less.

Also the following tract of land situate in the Townships of Forks and La Porte, County of Sullivan and State aforesaid and bounded and described as follows viz: Beginning at the east corner of the Eliza H. Norris warrant. Thence along warrant line south thirty one degrees west three hundred and eighty six perches and three tenths to a corner of land of John b. Merrihew. Thence along his line south fifty eight degrees east ninety eight perches. Thence north thirty one east seventy four perches and three tenths to the corner of lot of Thomas Levy; Thence south fifty eight degrees East sixty five perches and five tenths to his East corner; Thence north thirty one degrees East twenty perches to corner of lot of Peter Mc Cormick; Thence along his line south fifty eight degrees East about one hundred perches; Thence south thirty two degrees west about fifty three perches to line of Hoskins lot. Thence along his line south seventy five degrees East about one hundred and forty perches to line of lot of Leonard Ewing Thence along his line north thirty one degrees East one hundred and ten perches to John Kiernan's land. Thence along his line north fifty nine degrees west one hundred and one perches to the line of Phillip Foust. Thence along his line south thirty one degrees west fifty perches. Thence north fifty nine degrees west fifty four perches Thence south thirty one degrees west fifteen perches. Thence north fifty nine degrees west forty perches Thence north thirty one degrees East ninety six perches to a corner of Samuel Foust's lot; Thence along his line north fifty eight degrees and one half west eighty perches to his corner. Thence north thirty one degrees and one half East, one hundred and sixty two perches to warrant line. Thence along said line north fifty eight degrees and one half west ninety four perches to the place of beginning. Containing three hundred and ninety nine acres be the same more or less and being part of the Hannah Foust. Containing 258 acres be the same more or less Richard Gardner containing ____ acres: and Sarah Foust warrants the latter containing 111.1 acres be the same more or less.

And another piece of land situate in LaPorte Township County and State last aforesaid bounded as follows viz: Beginning at the south west corner of the George Roberts Jr. warrant and on the east side of Josiah Swanley warrant

441

thence along warrant line south fifty nine degrees East one hundred and fifty three perches to a corner. Thence along the easterly line of the George Roberts Jr. north thirty one and one half degrees East three hundred and sixteen perches to a corner. Thence south fifty one and one half degrees west one hundred and four perches to a corner. Thence south thirty one and one half degrees west two hundred and thirty four perches to a corner. Thence north fifty eight and one half degrees west about fifty two perches to the line of Josiah Townley warrant. Thence along the line of said warrant south thirty one degrees and one half west about ninety six perches to the place of beginning containing about 214.3 acres be the same more or less and being a part of the George Roberts Sr. warrant, being the same lands or parts of same conveyed by Jarvis Mason Way and the Pennsylvania Company for insurance on lives and granting annuities, administrator &.c. &c. of William B. Clymer, deceased to the grantors herein by two several deeds bearing date respectively the one August 7th A.D. 1886 and recorded in the office for recording deeds in Sullivan County in deed book No. 17 page 236 &c August 18th A.D. 1886 and the other bearing date June 11th A.D. 1883 and recorded in the office for recording deeds in Sullivan County in deed book no 14 page 395 &c August 13th A.D. 1883

        Also all those certain eight tracts of land (there being the hemlock bark on the tree only, as hereinafter mentioned) situate in the Township of Overton, County of Bradford, and State of Pennsylvania surveyed in the warrantee name of Samuel Fritz, containing 377.3 acres be the same more or less; Jonathan Keeley containing 438.12 acres be the same more or less; John Betz containing 386.0 acres be the same more or less; James Betz containing 385.2 acres be the same more or less; James Hardy containing 456.4 acres be the same more or less, and the hemlock bark only on all the hemlock trees standing and growing on the warrant surveyed to Samuel Hardy containing 437.2 acres be the same more or less; Henry Jelley containing 400 acres be the same more or less and Joseph Keeley containing 382 acres be the same more or less, bounded as follows to wit: Beginning at a beech a corner of Joseph Keeley Henry Bryson James White and James Burns: Thence along the line of James Burns: Patrick Burns and James Bryson S. 32½° West six hundred and thirty six perches to a beech. Thence north 52°40' W. Three hundred and twenty two perches to a beech. Thence N. 52½° W. two hundred and eighty seven and five tenths perches to a maple in the east line of Jonathan Keeley: Thence south 53½° West two hundred and twelve perches to a beech being a corner of John Fritz, Aaron Fritz, James Bryson and Jonathan Keeley: Thence north 57½° W. Two hundred and twenty one perches to a beech: Thence north 32½° E. six hundred and fifty five perches to a post being a corner of James Hardy and Samuel Kisler: Thence south 57½° E. two hundred

442

and twenty six perches to a post being a corner of James Hardy, Samuel Cooley and James Betz and John Betz; Thence N. 37½° E. two hundred and twelve perches along the east line of Samuel Cooley to a beech being a corner of John Betz and Joseph Betz; Thence south 52½° E. two hundred and eighty three perches to a post; thence south 52° and 40' E. three hundred and twenty two perches to the place of beginning. Containing three thousand three hundred and twenty eight acres be the same more or less. The right to roads free of charge to haul lumber to from the Samuel Cooley tract through the John Betz is reserved to Corbett, Porter, Parker and Scott and their heirs, executors, administrators and assigns. And whereas John Brown a former owner and grantor did heretofore by deed convey to said Corbett, Porter Parker and Scott four tracts called George Moore, Samuel Cooley, Joseph Betz and Henry Bryson and in said deed reserved the right to roads through said tracts for lumbering &c and that right is reserved, conveyed to the grantors herein, the same is conveyed by this deed being the same lands or a part of the same conveyed to the grantors herein by John Brown by deed bearing date the 1st day of May A.D. 1883 and recorded in the office for recording deeds in Bradford County in deed book no 152 page 291 &c. May 7th A.D. 1888.

Also all that certain tract or parcel of land lying and being in the Township of LaPorte County of Sullivan and State of Pennsylvania and bounded and described as follows viz: Beginning at the north east corner of a tract of land in the warrantee name of Joel Benedict; Thence along the same north eighty seven and one half degrees west three hundred and twenty eight perches to a corner; Thence along the west line of the same south two and one half degrees west seventy eight perches to a corner; Thence along line of John Bowman warrant north fifty eight degrees west one hundred and sixty perches to a corner, Thence along line of George Roberts Jr. warrant north thirty one and one half degrees east three hundred and sixteen perches to a corner; Thence along the line of tracts in the warrantee names of Hugh Roberts, George Fox and Joseph D'Orvis, south sixty degrees east three hundred and twenty perches to a corner; Thence south two and one half degrees west one hundred and seventeen perches to the place of beginning; Containing five hundred and forty seven acres of land be the same more or less, and being two tracts of land surveyed in the warrantee names of William Bowman containing 157.4 acres be the same more or less, and Moses Cleveland containing 389.4 acres be the same more or less and being ... the same tracts of land conveyed to Thomas E. Proctor one of the grantors herein by four several deeds as follows to wit: one equal undivided one fifth part by Franklin Reading et uxor by deed bearing date the 9 day of May A.D. 1882 and recorded in the office for recording deeds in the County of Sullivan in deed book no 13 page 615 &c. The 19th day of ... A.D. 1882. One equal undivided

443

one fifth part by Frederick R. Kent by deed bearing date the 12th day of June A.D. 1882 and recorded in office last mentioned in deed book No 13 page 672 to the 16th day of June A.D. 1882; one equal undivided one fifth part by Frederick R. Kent executor of the last will and testament of William B. Kent deceased and the Philadelphia Trust, Safe, deposit and Insurance Co. trustee of the estate of Francis S. Kent under the will of the said Wm B. Kent deceased by deed bearing date the 12th day of June A.D. 1882 and recorded in the office last mentioned in deed book No 13 page 675 to the 16th day of June A.D. 1882 and an undivided two fifths part by Richard B. Boulden et ux and Charles B. Boulden et ux by deed bearing date the 9th day of February A.D. 1883 and recorded in the office last mentioned in deed book 14 page 166 to the 28th day of Feby A.D. 1883.

Also one equal undivided half interest in and to the following described piece parcel and tract of land situate in the townships of Forks and Laporte county of Sullivan and State of Pennsylvania to wit:— Beginning at a post on the line between the Joseph D Norris and Eliza Fox warrants. thence north thirty one degrees East along the division line fixed by an inquest of partition four hundred and seventy six perches to a post. Thence south fifty nine degrees East sixty six perches to a corner in line of lands now or late Jordan; thence south thirty one degrees west along the same twenty two perches to a corner. Thence south fifty nine degrees East one hundred perches to a corner. Thence north thirty one degrees East twenty two perches to warrant line; Thence along the same south fifty nine degrees East sixty seven perches to an old hemlock corner. thence south thirty one degrees west three hundred and ninety three perches to a corner; Thence south fifty nine degrees East thirty eight perches. Thence south fifty seven degrees East seven perches. Thence south forty nine and one half degrees East sixty perches. Thence south sixty nine degrees East thirty perches. Thence south seventy five degrees East fourteen perches. Thence north seventy eight and one half degrees East thirty four perches. Thence across the Loyal sock creek, south sixteen perches. Thence south eighty four degrees west two hundred and seventy six perches to a corner at the mouth of Mill Creek; Thence north thirty one degrees East one hundred and fourteen perches to a corner in warrant line; Thence along the same south fifty nine degrees west one hundred and eighty nine perches to the place of beginning, containing six hundred and ninety three acres be the same more or less, and being the same undivided one half interest conveyed to the grantor herein by R. W. Lewis, assignee of F. B. Russell and F. B. Russell & Co., by deed bearing date the 20th day of January A.D. 1891 and recorded in the recorder office of said county of Sullivan in deed book No. 9, page 643 the 6th day of January A.D. 1891.

444

Also all those certain lots, pieces, or parcels of land lying and being partly in Overton Township, County of Bradford and State of Pennsylvania, and partly in Elkland Township, County of Sullivan and State of Pennsylvania, and bounded as follows viz:- Beginning at the south west corner of lot No 2 contracted to James White, thence by White's north line north 31° East one hundred and thirty five (135) rods to a beech at said White's north east corner, thence by the warrant line north 59° west two hundred and ninety one (291) rods to a post in the north west corner of lot No 6 and corner of lot No 7 conveyed to Joshua McCarty; thence by the south line of said lot number 7 south 31° west one hundred and six rods to the north east corner of lot number 8, thence by the west line of lot No 7 and the east line of lot No 8 north 59° west one hundred and thirty one (131) rods to the south line of the Jonathan Keeley warrant, thence by the same south 31° west one hundred and six (106) rods to the warrant corner, thence by the west line of lots Nos. 8 and 5 south 59° East two hundred and sixty two (262) rods to the line of the Henry Cooley warrant, thence north 31° E about seventy (70) rods to a beech corner of lots No 3 and 4, Thence by the East line of lot No 4 south 59° East one hundred and sixty (60) rods to the place of beginning, being lot No 3 (north west lot of Henry Cooley warrant) containing 136 acres be the same more or less. Lots Nos 5, No 6 and No 9 of the John Fitz warrant, containing 263.7 acres more or less, as subdivided on the map of Edward Overton his land, and containing in all 399.7 acres be the same more or less, and being the same lands of which the said Edward Overton died seized and intestate leaving at his heirs at law, Miles B. Overton, Mary Macfarlane, Henry B. Overton, Louisa Ward, Eliza Hammond and Edward Overton Jr. The said M. B. Overton by deed dated Dec. 31" A.D. 1881 recorded in the Recorders office of Bradford County in deed book No 146 page 591 &c, having conveyed his interest therein to Edward Overton Jr. and being the same land heretofore conveyed to the grantors herein by the said heirs of Edward Overton Sr. by deed bearing date the "2" day of January A.D. 188 and recorded in the Recorders office of Bradford County in deed book No 169 page 326 &c. March 1" A.D. 1887, and in the Recorders office of Sullivan County in deed book Vol 14 page 463 the 28" day of May A.D. 1887.

Also all that certain piece parcel or tract of land situate in the Township of Fox County of Sullivan and State of Pennsylvania bounded and described as follows to wit:- Beginning at a sugar tree the sour corner of a tract in the warrantee name of Richard Fullerton Thence running west along the line of the said Fullerton warrant about one hundred and thirteen perches to a post corner of another division of the Richard Fullerton warrant sold to John Brown, Thence north along said Brown's land to a post corner of four subdivisions of the said

445

Fullerton warrant. Thence east along other lands of said Brown and lands of J. L. Myer to the eastern line of the said Fullerton warrant. Thence along said east line south thirty degrees west to the sugar tree corner the place of beginning. Containing 69.50 acres to the same more or less, being the said land conveyed to the grantor herein by Marietta Watson, Oliver Watson and John Hancock Watson, executor of the last will and testament of Oliver Watson deceased, by deed bearing date the 16th day of January A.D. 1885 and recorded in the Recorders office in Sullivan County in deed book No 14 Page 654 &c the 27th day of January A.D. 1885 it being also one of the subdivisions of the Richard Fullerton warrant.

Also all that certain piece or parcel of land situate in the Township of Fox, County of Sullivan, and State of Pennsylvania bounded and described as follows to wit: Beginning at a post in a swamp in the west line of the Samuel Brown and the east line of the Richard Fullerton Warrant; thence N. 34° E. along the division line of said warrants about one hundred rods to the N.E. corner of the said Richard Fullerton warrant, thence N. 86° W. along the north line of the Richard Fullerton warrant one hundred and fifteen rods to the N.E. corner of the John Brown tract. Thence south 40° W. along the line of the said John Brown tract ninety three and eight tenths rods to a post corner; thence S. 86° E. sixty seven rods to the place of beginning, containing 52 acres to the same more or less, and being a piece of land conveyed to the grantor herein by Jacob Lorah, Treasurer of Sullivan County by deed bearing date the 10th day of June A.D. 1890 and also being another subdivision of Richard Fullerton warrant.

Also another piece or parcel of land situate in the Township of Fox, County of Sullivan, and State of Pennsylvania, bounded and described as follows to wit: Beginning at a post corner the N.W. corner of the Richard Fullerton warrant, adjoining land of John Baker; thence S. 86° E. along the warrant line of the Richard Fullerton one hundred and forty rods to a post corner of the Elda Wilcox subdivision. Thence S. 40° W. along the west line of said Wilcox sixty seven rods to a post corner. Thence N. 86° W. one hundred and forty rods to a post corner in the west line of the Richard Fullerton warrant. And thence N. 40° E. along said warrant line sixty seven rods to the place of beginning. Containing 58 acres and 100 perches to the same more or less and being the same land conveyed to the grantor herein by Edward Wilcox by deed including other lands, dated the 3rd day of April A.D. 1883 and recorded in the Recorders office in Sullivan County in deed book No 14 page 233 &c the 4th day of April A.D. 1883.

Also a piece or parcel of land situate in the Township of Fox, County of Sullivan and State of Pennsylvania bounded and described as follows to wit: Commencing at a post in a swamp on the western

446

line of the Richard Fulleston warrant; then N. 4° E. sixty five and five tenths rods to the N. W. corner of the lot herein before last described. Thence S. 86° E. along the line of said lot one hundred and forty rods to the S. E. corner of said lot. Thence south 4° W. sixty five and five tenths rods to a post corner also the corner of the Ellis Wilcox subdivision. Thence N. 86° W. one hundred and forty rods to the place of beginning. Containing 57 acres and 59 perches be the same more or less. And being the same land conveyed to the grantor herein by W. A. Mason Treasurer of Sullivan County by deed dated the 9th day of June A.D. 1884; This tract and the one described immediately preceding, being subdivision of the Richard Fulleston warrant.

Also all that certain piece or parcel of land situate in the Township of Fox, county of Sullivan and State of Pennsylvania; bounded and described as follows to wit :- Beginning at a point in the line between the Joseph P. Morris and the Eliza Fox Warrants, thence north fifty nine degrees west two hundred and sixty perches (N 59° W. 260 p.) Thence north thirty one degrees East four hundred and twenty six perches (N. 31° E. 426) to a corner, Thence south fifty nine degrees East two hundred and sixty perches to a post corner (S. 59° E. 260 p) At a division line fixed by a jury of inquest upon a writ of Partition issued out of the Court of Common Pleas of Sullivan County Thence along said division line south thirty one degrees west four hundred perches to the place of beginning. Containing 592.1 acres be the same more or less, and being parts of tracts in the warrantee name of George Abbott, Peter F. Lloyd, and Eliza Fox and conveyed to the grantor herein by James E. Lyon et ux by deed bearing date the eighth day of October A.D. 1892 and recorded in Sullivan County in the Recorders Office in deed book No 21 page 251 &c. the 20th day of October A.D. 1892.

Also a certain piece or parcel of land situate in Elkland Township, County of Sullivan and State of Pennsylvania bounded and described as follows to wit :- Beginning at the intersection of the "North street" road as called and the road leading to Lake Run, the S. E. corner of the Job Dickens land; Thence along said north street S. 86° E. about one hundred rods to the East line of the Warrant surveyed in the name of Aaron Fritz; Thence along said warrant line N. 84° E. about one hundred and twenty rods to a beech stump the N. E. corner of said warrant, Thence along the northerly line of said warrant N. 56° W. two hundred and sixty nine rods to a post the N. W. corner of the said Aaron Fritz warrant. Thence along the line of said warrant S. 84° W. twenty seven and seven tenths rods to a post corner. Thence S. 10° W. about one hundred and ten rods to the head of Ellis Lake. Thence in an easterly direction about one hundred rods to a point on the North road, the N. E. corner of the Job Dickens tract. Thence S. 4° west along the line of Job Dickens land about one hundred and

447

fifteen rods to the place of beginning. Containing 206 acres be the same more or less and being land from which the hemlock bark has been stripped and removed.

Also one other piece or parcel of land situate in Elkland Township, County of Sullivan and State of Pennsylvania bounded and described as follows to wit:. Beginning at an old hemlock on the division line between the Richard Fulletor and the Samuel Bryson warrants at the N.W. corner of the latter, thence S. 56 E. two hundred and fourteen rods to a post corner in the warrant line between the Samuel Bryson and the Joseph Fritz warrants. Thence S. 34 W. along the said warrant's line two hundred and thirty two rods to a post the S.W. corner of the Joseph Fritz warrant, thence N. 56° W. two hundred and fourteen rods to a post corner in the east line of the Henry Epple warrant, and thence N. 34 E. along said warrant line two hundred and thirty two rods to the place of beginning. Containing 299 acres and 124 perches be the same more or less. And being land from which the hemlock bark has been stripped and removed.

Also one other piece or parcel of land situate in the Township of Elkland, County of Sullivan and State of Pennsylvania bounded and described as follows to wit:. Beginning at the N.W. corner of a warrant surveyed in the name of William Lemley on the Lake view road; Thence S. 56° E. along the division warrant line between the Wm Lemley and the Robert Lemley warrants two hundred and one rods to a post the S.E. corner of the Robert Lemley warrant. Thence S. 34° W. along the warrant line of the Wm Lemley warrant thirty four rods to a post for a corner; Thence N. 56° W. two hundred and one rods to a post in the westerly line of the William Lemley warrant. Thence N. 34° E. along the said warrant line thirty four rods to the place of beginning. Containing 42 acres and 114 perches be the same more or less. And being lands from which the hemlock bark has been stripped and removed, the last three described tracts being parts of warrants surveyed in the name of Aaron Fritz, Samuel Bryson, Robert Lemley, and William Lemley and the same lands which were conveyed to the grantor herein with other lands not included herein by Edward Miller et ux by three several deeds dated the 13th day of April A.D. 1883 and recorded in the Recorder's Office in Sullivan County two of them in deed book No 14 pages 223 &c and 230 &c. the 14th day of April A.D. 1883 and the other in deed book No 15 page 46 &c the 19th day of April A.D. 1883.

Also that certain lot piece or parcel of land situate in the Township of Overton, County of Bradford and State of Pennsylvania bounded and described as follows to wit:. Beginning at the warrant corner of the Andrew Siavone, Peter Kaga, and Nathan Kaga, and Peter Kisley warrants, thence south 33½° West four hundred and forty eight rods to a corner of the said

448

Andrew Giddins warrant, and Peter Suley warrant- and also in the line of the Joshua Cooley warrant. Thence south 56° E. four hundred, and thirty one rods to the corner of a lot, or part of the George Bastator warrant contracted by James H. Hawes to E. Floyd Kizer in the warrant line of Stephen Hollingsworth. Thence N. 25½° E, two hundred and eighty three and one quarter rods to a hemlock thence N. 54½° E, one hundred and fifty eight rods to a corner a post in the warrant line of Peter Hampton; Thence N. 56° W. four hundred and five rods to the place of beginning, containing 997.8 acres be the same more or less, including the Peter Suley, Jonathan Hampton and the west part of the George Bastator warrant, and excluding the East end of the George Bastator contracted as before mentioned to E. Floyd Kizer. The hemlock bark on the piece hereby conveyed having been stripped and removed; Being the same lands conveyed to the grantors herein by James H. Hawes et ux by deed bearing date the 23" day of September a.D. 1884 and recorded in the office for recording deeds in Bradford county in deed book Vol 172 page 29 +c. The 29" day of Sept. a.D. 1884.

→ And the said grantors herein Thomas E. Proctor and Jonathan A. Hill hereby expressly reserve, and save to themselves their heirs and assigns, all the minerals, viz: oil, gas or petroleum found now or hereafter, in or under the surface of any or all of the lands described in each of the above mentioned parts or division and conveyed by this Indenture, together with the right and privilege of ingress, egress and regress upon said lands for the purpose of prospecting for or developing working, or removing the same.

And subject to the above mentioned reservation the said premises are hereby granted, and all the estate right title interest property, claim and demand whatsoever both in Law and equity of the said parties of the first part of in to or out of the same, and every part and parcel thereof.

To have and to hold the said premises with all, and singular the appurtenances (saving the reservation mentioned) unto the said party of the second part, its successor or successors, and assigns, to and for the only proper use and behoof of the said party of the second part its successor or successors and assigns forever.

And the said Thomas E. Proctor and Jonathan A. Hill for themselves their heirs executors and administrators do by these presents covenant grant and agree to and with the said Union Tanning Company its successor or successors and assigns that they the said Thomas E. Proctor, and Jonathan A. Hill and their heirs all and singular the Hereditaments and premises herein before described and granted or mentioned and intended so to be with the appurtenances unto the said Union Tanning Company its successor or successors, and against against them the said

449

Thomas C. Proctor and Jonathan A. Hill and their heirs and against all and every other person or persons whomsoever lawfully claiming or to claim the same or any part thereof shall and will by these presents warrant and forever defend.

In witness whereof the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Witness                                    Thomas C. Proctor      (seal)
Willard Dalrymple to                       Emma H. Proctor        (seal)
Thos. C. and Emma H. Proctor.              Jonathan A. Hill       (seal)
Witness to                                 Lucy M. Hill           (seal)
Jonathan and Lucy Hill signature
A. C. Blackwell.

State of Pennsylvania }
County of Bradford    } ss.

On the 27" day of October in the year of our Lord one thousand eight hundred and ninety four, before me the subscriber a Recorder of Deeds in and for the said county personally appeared Jonathan A. Hill and Lucy M. his wife and acknowledged the foregoing Indenture to be their act and deed and desired the same might be recorded as such. And the said Lucy M. being of full age and separate and apart from her husband by me examined and the full contents of said Indenture being by me first made known to her, declared upon such separate examination that she did voluntarily and of her own free will and accord sign, seal, and as her act and deed delivered the said Indenture without any coercion or compulsion on the part of her said husband.

Witness my hand and official seal.
A. C. Blackwell,
Recorder.

(Recorder's seal)

State of Massachusetts }
City of Boston         } ss.

On the ninth day of November in the year of our Lord one thousand eight hundred and ninety four, before me the subscriber a Notary Public in and for said City and State personally appeared the before named Thomas C. Proctor and Emma H. his wife and acknowledged the foregoing Indenture to be their act and deed and desired the same might be recorded as such. And the said Emma H. being of full age and separate and apart from her husband by me examined, and the full contents of said Indenture being by me first made known to her, declared upon such separate examin-

450

ation what she did voluntarily and of her own free will and accord sign seal and as her act and deed deliver the said Indenture, without any coercion or compulsion on the part of her said husband.

Witness my hand and notarial seal.

Willard Dalrymple
Notary Public.

Recorded Jany 23" 1895

| Joseph H. Martin et ux | This Indenture made the twenty third day of January in the year of our Lord one thousand eight hundred and ninety five Between Joseph H. Martin and Anna D. his wife of the Borough of |
| John T. Kenrick | |

Towanda, County of Bradford and State of Pennsylvania of the first part and John T. Kenrick of the same place of the second part, Witnesseth, that the said party of the first part for and in consideration of the sum of One thousand five hundred dollars lawful money of the United States of America, well and truly paid by the said party of the second part to the said party of the first part at and before the sealing and delivery of these presents the receipt whereof is hereby acknowledged have granted bargained sold aliened enfeoffed released conveyed and confirmed and by these presents do grant bargain sell alien enfeoff release convey and confirm unto the said party of the second part his heirs and assigns

All that certain lot piece or parcel of land lying and being in the Borough of Towanda County of Bradford and State of Pennsylvania and bounded and described as follows viz: Beginning at a place on the East side of Main Street, thence along said Main Street, north three degrees and twenty one minutes west, (N. 3° 21' W.), fifty 50 feet to a stake. Thence by lands of John Kinsley formerly & c. to Mercur, north seventy eight degrees East (N. 78° E.), one hundred (100) feet to a stake. Thence by lands of Lawrence Somers formerly & c. to Mercur south three degrees and thirty one minutes East (S. 3° 21' E.) fifty 50 feet to a stake and thence by lands of A. J. Castabooks formerly of c. to Mercur south seventy eight degrees west (S. 78° W.) one hundred (100) feet to the place of beginning, Containing five thousand square feet of land and being the same lot also conveyed by John F. West et ux to said Joseph H. Martin by deed dated Dec 3" 891 and recorded in Bradford County Deed book no 19, page 173 &c.

Together with all and singular the tenements hereditaments and appurtenance to the same belonging or in any wise appertaining and the reversion