**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHARLES RICE KENDALL and
ANN P. HOCHBERG, as Trustees for
The Thomas E. Proctor Heirs Trust,

Plaintiffs,

v.

INTERNATIONAL DEVELOPMENT
COMPANY, LLC,

Defendant.

Civil Action No. 22-cv-00518

Hon. Matthew W. Brann
Chief United States District Judge

---

## EXHIBIT LIST TO STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**HOUSTON HARBAUGH, P.C.**
Robert J. Burnett, Esquire
PA76734
Brendan A. O'Donnell, Esquire
PA309007
401 Liberty Avenue, 22nd Floor
Three Gateway Center
Pittsburgh, PA 15222
Phone: (412) 281-5060
Fax: (412) 281-4499
*Counsel for Defendant International Development Company, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES RICE KENDALL and
ANN P. HOCHBERG, as Trustees for
The Thomas E. Proctor Heirs Trust,

         Plaintiffs,

   v.

INTERNATIONAL DEVELOPMENT
COMPANY, LLC,

         Defendant.

Civil Action No. 22-cv-00518

Hon. Matthew W. Brann
Chief United States District Judge

## EXHIBIT LIST TO STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| Ex. No. | Description |
|---|---|
| 1 | Deed dated June 5, 1893 from the Schrader Mining and Manufacturing Company to Thomas E. Proctor and Jonathan A. Hill, Book 197, Page 270 |
| 2 | Deed dated October 27, 1894 from Thomas E. Proctor, Emma Proctor, Jonathan A. Hill and Lucy Hill to Union Tanning, Book 205, Page 436 |
| 3 | Deed dated May 25, 1903 from Union Tanning Company to the Central Pennsylvania Lumber, Book 251, Page 520 |
| 4 | Deeds dated June 8, 1908 the Treasurer of Bradford County sold to Calvin H. McCauley Jr. at tax sale (the "Treasurer's Deeds") |
| 5 | Bradford County Assessment of Unseated Lands |
| 6 | LeRoy Township Assessment of Unseated Lands |
| 7 | Barclay Township Assessment of Unseated Lands |
| 8 | Deed dated December 6, 1910 from Calvin H. McCauley Jr. and Florence M. McCauley to Central Pennsylvania Lumber Company, Book 300, Page 401 |
| 9 | Deed dated December 14, 1920 from Central Pennsylvania Lumber Company to the Pennsylvania Game Commission, Book 342, Page 376 |

| | |
|---|---|
| 10 | Deed dated August 7, 1942 from Central Pennsylvania Lumber Company to Keystone Tanning and Glue Company, Book 415, Page 253 |
| 11 | Deed dated October 29, 1943 from Keystone Tanning and Glue Company to Keta Realty Company, Book Volume 418, Page 295 |
| 12 | Deed dated August 1, 1950 from Central Pennsylvania Lumber Company to Keta Realty Company, Book Volume 472, Page 234 |
| 13 | Deed dated March 12, 1966 from Keta Gas and Oil Company to Astra Oil & Gas Corporation, Book Volume 577, Page 361 |
| 14 | Deed dated March 31, 1966 from Astra Oil & Gas Corporation to Sun Oil Company and General Crude Oil Company, Book Volume 578, Page 27, |
| 15 | Deed dated August 25, 1971 from Sun Oil Company to the General Crude Oil Company, Book Volume 609, Page 296 |
| 16 | Deed dated April 30, 1975 from KGA Industries, Inc. (formerly Astra Oil & Gas Corporation) to Clarence W. Moore, Book Volume 42, Page 804 |
| 17 | General Instrument of Conveyance, Transfer and Assignment dated July 5, 1979 from General Crude Oil Company to GCO Minerals Company, Book Volume 43, Page 259 |
| 18 | Certificate of Merger dated July 6, 1979 merging General Crude Oil Company into Mobil-GC Corporation |
| 19 | Mineral deed dated December 11, 1979 from Mobil-GC Corporation to Mobil Oil Corporation, Book Volume 43, Page 267 |
| 20 | Deed dated December 5, 1983 from Clarence W. Moore to Mobil Oil Corporation, Book Volume 693, Page 456 |
| 21 | Deed dated December 7, 1983 from Mobil Oil Corporation to Clarence W. Moore, Book Volume 693, Page 738 |
| 22 | Disclaimer of Property Interest dated February 23, 2010 by Mobil Producing Texas & New Mexico Inc., Instrument Number 201004247 |
| 23 | Corrective Deed dated June 27, 2011 from Mobil Producing Texas & New Mexico Inc. to Mobil GC Corporation, Book 7344, Page 318 |
| 24 | Deed dated August 3, 2000 from Gerard J. Barrios, Administrator/Personal Representative of the Estates of Clarence W. Moore and Elvira Moore to International Development Company, LLC, Book Volume 411, Page 738 |
| 25 | Confirmatory deed dated March 30, 2021 from Gerard J. Barrios, Administrator/Personal Representative of the Estates of Clarence W. Moore and Elvira Moore to International Development Company, LLC, Instrument Number 202107299 |
| 26 | confirmatory deed dated August 21, 2023 acknowledging International Development Corporation merging with and into the International Development Company, LLC, Instrument Number 202308888 |