# EXHIBIT 1

BARCLAY SEATED

1896

| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements. | Valuation. | Cleared Land. | Timbered Land. | Remarks: Additions or Abatements made by Board of Revision or Commissioners. | Mules. | Horses. | Valuation. | Cows. | Oxen. | Valuation. | Aggregate Valuation of Horses, Mules, Oxen, Cows | Name of Trade or Occupation of Taxable. | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen. | Amount of Mortgages, Judgments, Moneys at Interest, etc. | Annuities exceeding $200. Excess. | Stages, Omnibuses, Hacks, Cabs, etc. | Dog. | Bitch. | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. Acres. | Dols. | No. Acres. | No. Acres. | | No. | No. | Dols. | No. | No. | Dols. | Dols. | Name. | Dols. | Dols. | Dols. | Dols. | No. | No. | Dols. |
| Proctor W Hill | 100 Acres | 2000 | | | | | | | | | | | | | | | | | | |
| | 13 Houses | 1300 | | | | | | | | | | | | | | | | | | |
| | ~~3 Barn~~ Acres | ~~300~~ | | | | | | | | | | | | | | | | | | |
| I.D. | 30 " | 300 | | | Fruit Union T. Co | | | | | | | | | | | | | | | 4500 |
| | 6 H | 600 | | | | | | | | | | | | | | | | | | (3600) |
| | Acres | | | | | | | | | | | | | | | | | | | |
| Preston Edward | | | | | | | 1 | 25 | 1 | | 15 | | Miner | 50 | | | | 1 | | 90 |
| | Acres | | | | | | | | | | | | | | | | | | | |
| Pettenger Britton | | | | | | | | | | | | | Laborer | 30 | | | | 1 | | 30 |
| | Acres | | | | | | | | | | | | | | | | | | | |
| Powers Henry | | | | | | | 2 | 50 | 1 | | 15 | | Teamster | 40 | | | | | | 105 |
| | Acres | | | | | | | | | | | | | | | | | | | |
| Powers George | | | | | | | | | | | | | Laborer | 30 | | | | | | 30 |
| | Acres | | | | | | | | | | | | | | | | | | | |
| Powers Louis | | | | | | | 2 | 50 | | | | | " " | 30 | | | | | | 80 |
| | Acres | | | | | | | | | | | | | | | | | | | |

PHT00294

BARCLAY SEATED

1897

| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements. (No. Acres.) | Valuation. (Dols.) | Cleared Land. (No. Acres.) | Timbered Land. (No. Acres.) | Remarks: Additions or Abatements made by Board of Revision or Commissioners. | Mules. (No.) | Horses. (No.) | Valuation. (Dols.) | Cows. (No.) | Oxen. (No.) | Valuation. (Dols.) | Aggregate Valuation of Horses, Mules, Oxen, Cows. (Dols.) | Name of Trade or Occupation of Taxable. (Name.) | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen. (Dols.) | Amount of Mortgages, Judgments, Moneys at Interest, etc. (Dols.) | Annuities exceeding $... Excess. (Dols.) | Stages, Omnibuses, Hacks, Cabs, etc. (Dols.) | Dog. (No.) | Bitch. (No.) | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations. (Dols.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proctor & Hill | 100 Acres | 2000 | | | | | | | | | | | | | | | | | | |
| | 13 Houses | 1300 | | | | | | | | | | | | | | | | | | |
| | 3 Barns | 300 | | | | | | | | | | | | | | | | | | |
| I.D. | 30 " | 300 | | | | | | | | | | | | | | | | | | |
| | 6 Houses | 600 | | | | | | | | | | | | | | | | | | 4500 |
| Preston Edward | Acres | | | | | | 1 | 25 | | | | | Miner | 50 | | | | 1 | | 75 |
| Pettenger Britton | Acres | | | | | | | | 1 | | 15 | | Laborer | 30 | | | | | | 45 |
| Powers Henry | Acres | | | | | | 2 | 40 | 1 | | 15 | | Teamster | 40 | | | | | | 95 |
| Powers George | Acres | | | | | | | | | | | | Laborer | 30 | | | | | | 30 |
| Powers Louis | Acres | | | | | | 2 | 20 | | | | | " " | 30 | | | | | | 50 |
| Powers William | Acres | | | | | | | | | | | | " " | 30 | | | | | | 30 |

BARCLAY SEATED

1898

| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements. No. Acres. | Valuation. Dols. | Cleared Land. No. Acres. | Timbered Land. No. Acres. | Remarks: Additions or Abatements made by Board of Revision or Commissioners. | Mules. No. | Horses. No. | Valuation. Dols. | Cows. No. | Oxen. No. | Valuation. Dols. | Aggregate Valuation of Horses, Mules, Oxen, Cows. Dols. | Name of Trade or Occupation of Taxable. Name. | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen. Dols. | Amount of Mortgages, Judgments, Moneys at Interest, etc. Dols. | Annuities exceeding $200. Excess. Dols. | Stages, Omnibuses, Hacks, Cabs, etc. Dols. | Dog. No. | Bitch. No. | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations. Dols. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Preston and Hill | 100 Acres | 2000 | | | | | | | | | | | | | | | | | | |
| | 13 Houses | 1300 | | | | | | | | | | | | | | | | | | |
| | 3 Houses | 300 | | | | | | | | | | | | | | | | | | |
| I. D. | 30 Acres | 300 | | | | | | | | | | | | | | | | | | |
| | 5 Houses | 500 | | | | | | | | | | | | | | | | | | 4400 |
| Preston Edward | Acres | | | | | | 1 | 20 | | | | 20 | miner | 50 | | | | 1 | | 70 |
| Pettinger Britton | Acres | | | | | | | | 1 | | 15 | 15 | Laborer | 30 | | | | | | 45 |
| Powers Henry | Acres | | | | | | 2 | 40 | 5 | | 75 | 115 | Teamster | 40 | | | | | | 155 |
| Powers George | Acres | | | | | | | | | | | | Laborer | 30 | | | | | | 30 |
| | 130 | 4400 | | | | | 3 | 60 | 6 | | 90 | 150 | | 150 | | | | 1 | | 4700 |

BARCLAY
SEATED
1899

| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements. No. Acres. | Valuation. Dols. | Cleared Land. No. Acres. | Timbered Land. No. Acres. | Remarks: Additions or Abatements made by Board of Revision or Commissioners. | Mules. No. | Horses. No. | Valuation. Dols. | Cows. No. | Oxen. No. | Valuation. Dols. | Aggregate Valuation of Horses, Mules, Oxen, Cows. Dols. | Name of Trade or Occupation of Taxable. Name. | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen. Dols. | Amount of Mortgages, Judgments, Moneys at Interest, etc. Dols. | Annuities exceeding $200. Excess. Dols. | Stages, Omnibuses, Hacks, Cabs, etc. Dols. | Dog. No. | Bitch. No. | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations. Dols. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proctor + Hill S.D. | 100 Acres | 2000 | | | | | | | | | | | | | | | | | | |
| | 12 | 1200 | | | | | | | | | | | | | | | | | | |
| | 13 Houses | 1300 | | | | | | | | | | | | | | | | | | |
| | 2 | 200 | | | | | | | | | | | | | | | | | | |
| | 3 Barns | 300 | | | | | | | | | | | | | | | | | | |
| " " | | | | | | | | | | | | | | | | | | | | |
| S. D. | 30 | 300 | | | | | | | | | | | | | | | | | | 4100 |
| | 4 Houses | 400 | 700 | | | | | | | | | | | | | | | | | |
| Preston Edward | | | | | | | 1 | 15 | | | | 15 | Miner | 30 | | | | 1 | 1 | .45 |
| Pettenger Britten | | | | | | | | | 1 | | 15 | 15 | Laborer | 20 | | | | 1 | | .35 |
| Powers George | | | | | | | | | | | | | " " | 20 | | | | | | .20 |
| | | | | | | | 1 | 15 | 1 | | 15 | 30 | | 70 | | | | | | |

PHT00323

BARCLAY
SEATED

1900

| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements (No. Acres) | Valuation (Dols.) | Cleared Land (No. Acres) | Timbered Land (No. Acres) | Remarks: Additions or Abatements made by Board of Revision or Commissioners | Mules (No.) | Horses (No.) | Valuation (Dols.) | Cows (No.) | Oxen (No.) | Valuation (Dols.) | Aggregate Valuation of Horses, Mules, Oxen, Cows (Dols.) | Name of Trade or Occupation of Taxable (Name) | Valuation of Offices, Posts of Profit Professions Trades, Occupations and Single Freemen (Dols.) | Amount of Mortgages, Judgments, Moneys at Interest, etc. (Dols.) | Annuities exceeding $200. Excess (Dols.) | Stages, Omnibuses, Hacks, Cabs, etc. (Dols.) | Dog (No.) | Bitch (No.) | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations (Dols.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proctor + Hill | 3 Barns<br>100 Acres<br>12 Houses | 200<br>2000<br>1200 | | | | | | | | | | | | | | | | | | |
| " " S.D. | 30 Acres<br>4 Houses | 300<br>400 | | | | | | | | | | | | | | | | | | 4100 |
| Preston Edward | Acres | | | | | | (3) Edward | 20<br>(60) | | | | | miner | 30 | | | | | | 50<br>(.90) |
| Pettenger Britton | Acres | | | | | | | | 1 | | 15 | | Laborer | 20 | | | | 1 | | .35 |
| Price Phillip R. | Acres | | | | | | 1 | 10 | | | | | miner | 30 | | | | | | .40 |
| Powers Leonard D. | Acres | | | | | | | | 1 | | 15 | | Laborer | 20 | | | | 1 | | .35 |
| Pelton John | Acres | | | | April | | | | | | | | " | 20 | | | | | | 20 |
| | | | | | | | 2 | 30 | 2 | | 30 | | | 120 | | | | | | |

PHT00332

BARCLAY
SEATED

1901

| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements (No. Acres) | Valuation (Dols.) | Cleared Land (No. Acres) | Timbered Land (No. Acres) | Remarks: Additions or Abatements made by Board of Revision or Commissioners | Mules (No.) | Horses (No.) | Valuation (Dols.) | Cows (No.) | Oxen (No.) | Valuation (Dols.) | Aggregate Valuation of Horses, Mules, Oxen, Cows (Dols.) | Name of Trade or Occupation of Taxable (Name) | Valuation of Offices, Posts of Profit Professions, Trades, Occupations and Single Freemen (Dols.) | Amount of Mortgages, Judgments, Moneys at Interest, etc. (Dols.) | Annuities exceeding $200. Excess (Dols.) | Stages, Omnibuses, Hacks, Cabs, etc. (Dols.) | Dog (No.) | Bitch (No.) | Aggregate Valuation of Real Estate, Horses, Mules Oxen and Cows, and Occupations (Dols.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proctor and Hill | 100 | 2000 | | | | | | | | | | | | | | | | | | |
| | 2 Barns | 50 | | | | | | | | | | | | | | | | | | |
| | 15 Houses | 1500 | | | | | | | | | | | | | | | | | | |
| | Shutes | 100 | | | | | | | | | | | | | | | | | | 3650 |
| J. D. | 44 | 660 | | | By order of Commissioners from unseated list | | | | | | | | | | | | | | | 860 |
| | (30) | (600) | | | | | | | | | | | | | | | | | | (1000) |
| | 4 Houses | (400) | | | 200 off at appeal | | | | | | | | | | | | | | | |
| | | 200 | | | By Commissioners | | | | | | | | | | | | | | | |
| Preston Edward | | | | | | 1 | | 25 | | | | 25 | miner | 30 | | | | | 1 | .55 |
| Pettenger Britton | | | | | | | | | 1 | | 15 | 15 | Laborer | 20 | | | | 1 | | .35 |
| Price Phillip R. | | | | | | | 1 | 10 | | | | 10 | miner | 30 | | | | | | .40 |
| | 130 | 4650 | | | | 1 | 1 | 35 | 1 | | 15 | 50 | | 80 | | | | 1 | 1 | (4780) 4680 |

BARCLAY SEATED

1902

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL | Real Estate with Improvements (No. Acres) | Valuation (Dols.) | Cleared Land (No. Acres) | Timbered Land (No. Acres) | REMARKS: Additions or Abatements made by Board of Revision or Commissioners | Mules (No.) | Horses (No.) | Valuation (Dols.) | Cows (No.) | Oxen (No.) | Valuation (Dols.) | Aggregate Valuation of Horses, Mules, Oxen and Cows (Dols.) | Name of Trade or Occupation of Taxable (Name) | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen (Dols.) | Amount of Mortgages, Judgments, Money at Interest, etc. (Dols.) | Annuities exceeding $200, Excess (Dols.) | Stages, Omnibuses, Hacks, Cabs, etc. (Dols.) | Dog (No.) | Bitch (No.) | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations (Dols.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proctor & Hill | 100 Acres | 2,000 | | | | | | | | | | | | | | | | | | |
| | 2 Barns | 50 | | | | | | | | | | | | | | | | | | |
| | 15 Houses | 1500 | | | | | | | | | | | | | | | | | | |
| " " | Shutes | 100 | | | | | | | | | | | | | | | | | | |
| T.D. | 44 Acres | 660 | | | | | | | | | | | | | | | | | | |
| " " | 4 Houses | 200 | | | | | | | | | | | | | | | | | | 4510 |
| Preston Edward | | | | | Off at appeals | | 2 | 30 | | | | 30 | miner | 30 | | | | 1 | | .60 |
| Pettenger Britton | | | | | | | | | 1 | | 15 | 15 | Laborer | 20 | | | | 1 | | .35 |
| Price Phillip R. | | | | | | | | | | | | | miner | 30 | | | | | | .30 |
| up | | | | | | | | | 1 | | 15 | 15 | | 50 | | | | | | |

BARCLAY
SEATED

1903

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL | Real Estate with Improvements (No. Acres) | Valuation (Dols.) | Cleared Land (No. Acres) | Timbered Land (No. Acres) | REMARKS: Additions or Abatements made by Board of Revision or Commissioners | Mules (No.) | Horses (No.) | Valuation (Dols.) | Cows (No.) | Oxen (No.) | Valuation (Dols.) | Aggregate Valuation of Horses, Mules, Oxen and Cows (Dols.) | Name of Trade or Occupation of Taxable (Name) | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen (Dols.) | Amount of Mortgages, Judgments, Money at Interest, etc. (Dols.) | Annuities exceeding $200, Excess (Dols.) | Stages, Omnibuses, Hacks, Cabs, etc. (Dols.) | Dog (No.) | Bitch (No.) | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations (Dols.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hill J A. TR IH | 1 acre | 100 | | | From Proctor & Hill | | | | | | | | | | | | | | | |
| | House | 50 | | | | | | | | | | | | | | | | | | |
| | Barn | 20 | | | | | | | | | | | | | | | | | | 270 |
| | (Shute) Coal shed | 100 | | | From Proctor & Hill | | | | | | | | | | | | | | | |
| Hatch M. P. | | | | | | | | | | | | | Carpenter | 50 | | | | | | 50 |
| Hancock Mark | | | | | | | | | | | | | Fireman | 50 | | | | 1 | | 50 |
| Hatch Edward | | | | | | | 1 | 20 | | | | 20 | Laborer | 30 | | | | | | 50 |
| Howard Timothy | | | | | | | 2 | 30 | | | | 30 | Teamster | 40 | | | | 1 | | 70 |
| Hembury John IH | | May Reassessment | | | | | | | | | | | Lab | 30 | | | | | | 30 |
| Hubbard T. W. IH | | " | | | " | | | | | | | | Lumber Counter " | 40 | | | | | | 40 |
| Heidt Peter IH | | " | | | " | | | | | | | | Lab | 30 | | | | | | 30 |
| | | | | | | | 3 | 50 | | | | 50 | | 170 | | | | | | |

BARCLAY
SEATED

1903

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL | Real Estate with Improvements | Valuation | Cleared Land | Timbered Land | REMARKS: Additions or Abatements made by Board of Revision or Commissioners | Mules | Horses | Valuation | Cows | Oxen | Valuation | Aggregate Valuation of Horses, Mules, Oxen and Cows | Name of Trade or Occupation of Taxable | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen | Amount of Mortgages, Judgments, Money at Interest, etc. | Annuities exceeding $200. Excess | Stages, Omnibuses, Hacks, Cabs, etc. | Dog | Bitch | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. Acres | Dols. | No. Acres | No. Acres | | No. | No. | Dols. | No. | No. | Dols. | Dols. | Name | Dols. | Dols. | Dols. | Dols. | No. | No. | Dols. |
| | 1 | | | | 1a. to J A Hill 100 | | | | | | | | | | | | | | | |
| | 100 Acres | 2000 | | | 99 acres transferred to Penny RR Co. 1900 | | | | | | | | | | | | | | | |
| Proctor and Hill | 2 Barns | 50 | | | To " " " " | | | | | | | | | | | | | | | |
| | 15 Houses | 1500 | | | " " " " " | | | | | | | | | | | | | | | |
| " " | Shutes | 100 | showed be coal sheds | | " J A Hill | | | | | | | | | | | | | | | |
| DD | 44 Acres | 660 | | | | | | | | | | | | | | | | | | |
| " " | 4 Houses | 200 | | | | | | | | | | | | | | | | | | 860 |
| Pittenger Britton | Acres | | | | | | | | 1 | | 15 | 15 | Laborer | 30 | | | | 1 | | 45 |
| Price Phillip R | Acres | | | | | | 1 | 20 | | | | 20 | Miner | 50 | | | | | | 70 |
| Pelton Joseph | Acres | | | | | 1 | 1 | 20 | 5 | | 50 | 70 | Miner | 50 | | | | | | 120 |
| Pelton Charles | Acres | | | | | | | | | | | | Miner | 50 | | | | | | 50 |
| Platt Frank | Acres | | | | | | | | 1 | | 15 | 15 | Laborer | 30 | | | | | | 45 |
| | | | | | | 1 | 2 | 40 | 7 | | 80 | 120 | | 210 | | | | | | |

BARCLAY SEATED

1904

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL | Real Estate with Improvements | Valuatio | Cleared Land | Timbered Land | REMARKS: Additions or Abatements made by Board of Revision or Commissioners | Mules | Horses | Valuation | Cows | Oxen | Valuation | Aggregate Valuation of Horses, Mules, Oxen and Cows | Name of Trade or Occupation of Taxable | Valuation of Offices, Posts of Proft, Professions, Trades, Occupations and Single Freemen | Amount of Mortgages, Judgments, Money at Interest, etc. | Annuities exceeding $200. Excess. | Stages, Omnibuses, Hacks, Cabs, etc. | Dog | Bitch | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. Acres | Dols. | No. Acres | No. Acres | | No. | No. | Dols. | No. | No. | Dols. | Dols. | Name | Dols. | Dols. | Dols. | Dols. | No. | No. | Dols. |
| Pittenger Brittonett | Acres | | | | | | | | | | | | Lab | 30 | | | | | | 30 |
| Platt Frank | Acres | | | | | | | | 1 | | 15 | 15 | Lab | 30 | | | | | | 45 |
| Price Phillip R | Acres | | | | | | 1 | 20 | 1 | | 15 | 35 | Miner | 50 | | | | 1 | | 85 |
| Pelton Joseph Jr | Acres | | | | | 1 | 1 | 50 | | | | 50 | Miner | 50 | | | | | | 100 |
| Pelton Charles | Acres | | | | | | | | | | | | Miner | 50 | | | | | | 50 |
| I.D. Payne Charles | Acres | | | | | | | | | | | | Foreman | 75 | | | | | | 75 |
| I.D. Perry Jay | Acres | | | | | | | | | | | | Lab | 30 | | | | | | 30 |
| I.D. Proctor & Hill | 44 Acres 4 Houses | 440 (660) 200 | | | 220- off on appeal by Assessor | | | | | | | | | | | | | | | 640 (860) |
| | 44 | 860 | | | | | 3 | 70 | 2 | | 30 | 100 | | 315 | | | | 1 | | 1275 |

PHT00376

BARCLAY SEATED

1905

| Name of Taxable, Written Alphabetically in Full | Real Estate with Improvements (No. Acres) | Valuatio (Dols.) | Cleared Land (No. Acres) | Timbered Land (No. Acres) | Remarks: Additions or Abatements made by Board of Revision or Commissioners |
|---|---|---|---|---|---|
| Hill J A. NR | 44 | 440 | From Proctor & Hill | | |
| | 1 Acres | 100 | | | |
| | 4 Houses | 200 | From Proctor & Hill | | |
| | House Barn & | 70 | | | |
| JW Hinds John | Acres | | | | |
| Herring Asa | Acres | | | | |
| JW Hopple L. W. (circled) | Acres | | | | |
| J.W. Hancock Mark | Acres | | | | |
| JW Harbott W W | Acres | | | | |
| JW Hubbard Geo W | Acres | | | | |
| JW Hubbard A | Acres | | | | |

| Name | Mules (No.) | Horses (No.) | Valuation (Dols.) | Cows (No.) | Oxen (No.) | Valuation (Dols.) | Aggregate Valuation of Horses, Mules, Oxen and Cows (Dols.) | Name of Trade or Occupation of Taxable | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen (Dols.) | Amount of Mortgages, Judgments, Money at Interest, etc. (Dols.) | Annuities exceeding $200. Excess. (Dols.) | Stages, Omnibuses, Hacks, Cabs, etc. (Dols.) | Dog (No.) | Bitch (No.) | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations (Dols.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hill J A. | | | | | | | | N R | | | | | | | 810 (170) |
| Hinds John | | 2 | 75 | | | | 75 | Lab | 30 | | | | | | 105 |
| Herring Asa | | | | | | | | Miner | 50 | | | | | | 50 |
| Hopple L. W. | | | | | | | | Lab (circled) | 30 (circled) | | | | | | 30 (circled) |
| Hancock Mark | | | | | | | | Engineer | 75 | | | | 1 | | 75 |
| Harbott W W | | | | | | | | Agt | 50 | | | | | | 50 |
| Hubbard Geo W | | | | | | | | Lab | 30 | b | | | | | 30 |
| Hubbard A | | | | | | | | 11 | 30 | | | | | | 30 |
| | | 2 | 75 | | | | 75 | | 265 | | | | | | |

BARCLAY
SEATED

1905

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL | Real Estate with Improvements (No. Acres) | Valuation (Dols.) | Cleared Land (No. Acres) | Timbered Land (No. Acres) | REMARKS: Additions or Abatements made by Board of Revision or Commissioners | Mules (No.) | Horses (No.) | Valuation (Dols.) | Cows (No.) | Oxen (No.) | Valuation (Dols.) | Aggregate Valuation of Horses, Mules, Oxen and Cows (Dols.) | Name of Trade or Occupation of Taxable (Name) | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen (Dols.) | Amount of Mortgages, Judgments, Money at Interest, etc. (Dols.) | Annuities exceeding $200. Excess. (Dols.) | Stages, Omnibuses, Hacks, Cabs, etc. (Dols.) | Dog (No.) | Bitch (No.) | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations (Dols.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID Proctor and Hill | 44 Acres | 440 | | | To J. A. Hill. | | | | | | | | | | | | | | | 640 |
| | 4 Houses | 200 | | | | | | | | | | | | | | | | | | |
| ID Penna. Hub & Veneer Co. | 2 3/4 Acres | 25 | | | | | | | | | | | | | | | | | | 3325 |
| | B. House & Lot | 300 | | | | | | | | | | | | | | | | | | |
| | Mill Lot | 3000 | | | | | | | | | | | | | | | | | | |
| " " " " " | | | | | | | | | | | | | | | | | | | | |
| ID Penna Stave Co. | 26 Acres | 260 | | | | | | | | | | | | | | | | | | |
| | 10 Houses & Lots | 3000 | | | | | | | | | | | | | | | | | | |
| | 11 Houses | 825 | | | | | | | | | | | | | | | | | | |
| | B. House & Lot | 400 | | | | | | | | | | | | | | | | | | |
| | Mill & Lot | 40000 | | | | | | | | | | | | | | | | | | 48035 |
| B. Shop, Shed & Office | | 3550 | | | | | | | | | | | | | | | | | | 45035 41210 |
| " " " | | | | | | | | | | | | | | | | | | | | |
| Pelton Charles | Acres | | | | x | | 1 | 20 | | | | 20 | Lab | 30 | | | | | | 50 |
| | Acres | | | | | | | | | | | | | | | | | | | |
| | | | | | | | 1 | 20 | | | | 20 | | 30 | | | | | | |

BARCLAY SEATED 1906

| Name of Taxable, Written alphabetically in full. | Real Estate with Improvements. No. Acres. | Valuation. Dols. | Cleared Land. No. Acres | Timbered Land. No. Acres | REMARKS: Additions or Abatements made by Board of Revision or Commissioners. | Mules. No. | Horses. No. | Valuation. Dols | Cows. No. | Oxen. No. | Valuation. Dols | Aggregate Valuation of Horses, Mules, Oxen, Cows. Dols. | Name of Trade or Occupation of Taxable. Name. | Valuation of Offices, Posts of Profit Professions, Trades, Occupations and Single Freemen. Dols. | Amount of Mortgages, Judgments, Moneys at Interest, etc. Dols. | Annuities Exceeding $200. Excess. Dols. | Stages, Omnibuses, Hacks, Cabs, etc. Dols. | Dog. No. | Bitch. No. | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations. Dols. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hill J. A. Ester | 44 Acres | 440 | | | | | | | | | | | | | | | | | | |
| | 1 | 100 | | | | | | | | | | | | | | | | | | |
| | 4 Houses Acres | 200 | | | | | | | | | | | | | | | | | | |
| " " " | H, B & L | 70 | | | | | | | | | | | NR | | | | | | | 810 |
| Harter Wm IW | Acres | | | | | | | | | | | | Lab | 30 | Rt September Reassessment | | | 1 / 1 | | 30 |
| Hubbard Geo IW | Acres | | | | | | | | | | | | Lab | 30 | | | | | | 30 |
| ~~[illegible]~~ IW | Acres | | | | | | | | | | | | ~~Eng~~ | ~~75~~ | | | | | | ~~75~~ |
| Hancock Mark IW | Acres | | | | | | | | | | | | Eng | 75 | | | | | | 75 |
| Harrington W T IW | Acres | | | | | | | | | | | | Lab | 30 | | | | | | 30 |
| Harrington W G IW | Acres | | | | | | | | | | | | B Keeper | 60 | | | | | | 30 |
| | | | | | | | | | | | | | | 140 | | | | | | |

BARCLAY SEATED

1907

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL | Real Estate with Improvements | Valuation | Cleared Land | Timbered Land | REMARKS: Additions or Abatements made by Board of Revision or Commissioners | Mules | Horses | Valuation | Cows | Oxen | Valuation | Aggregate Valuation of Horses, Mules, Oxen and Cows | Name of Trade or Occupation of Taxable | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen | Amount of Mortgages, Judgments, Money at Interest, etc. | Annuities exceeding $200. Excess | Stages, Omnibuses, Hacks, Cabs, etc. | Dog | Bitch | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. Acres | Dols. | No. Acres | No. Acres | | No. | No. | Dols. | No. | No. | Dols. | Dols. | Name | Dols. | Dols. | Dols. | Dols. | No. | No. | Dols. |
| L.D. Harter Wm | Acres | | | | | | | | | | | | Jointer | 40 | | | | | | 40 |
| L.D. Hubbard Geo. | Acres | | | | | | | | | | | | Lab. | 30 | | | | | | 30 |
| L.D. Harrington W. T. | Acres | | | | | | | | | | | | Lab. | 30 | | | | | | 30 |
| L.D. Harrington W. A. | Acres | | | | | | | | | | | | Clerk | 50 | | | | | | 50 |
| L.D. Harbott D. D. | Acres | | | | | | | | | | | | Agt. | 50 | | | | 1 | | 50 |
| ~~L.D.~~ Hinds John | Acres | | | | | | 2 | 100 | | | | | Lab. | 30 | | | | | | 130 |
| Herring Asa. | Acres | | | | | | | | | | | | Miner | 50 | | | | | | 50 |
| L.D. Hill J. A. Est. | 44 Acres ~~4 Hous~~ H.B.&L. | 440 ~~200~~ 70 | | | | | | | | | | | N.R. | | | | | | | 710 |
| | 44 | 710 | | | | | 2 | 100 | | | | 100 | | 280 | | | | 1 | | 1090 |

BARCLAY
SEATED
1908

| Name of Taxable, Written alphabetically in full. | Real Estate with Improvements. No. Acres. | Valuation. Dols. | Cleared Land. No. Acres. | Timbered Land. No. Acres. | Remarks: Additions or Abatements made by Board of Revision or Commissioners. | Mules. No. | Horses. No. | Valuation. Dols. | Cows. No. | Oxen. No. | Valuation. Dols. | Aggregate Valuation of Horses, Mules, Oxen, Cows. Dols. | Name of Trade or Occupation of Taxable. Name. | Valuation of Offices, Posts of Profit, Professions, Trades, Occupations and Single Freemen. Dols. | Amount of Mortgages, Judgments, Moneys at Interest, etc. Dols. | Annuities Exceeding $200. Excess. Dols. | Stages, Omnibuses, Hacks, Cabs, etc. Dols. | Dog. No. | Bitch. No. | Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations. Dols. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hill J. A. Est. H | 44 Acres | 440 | | | | | | | | | | | | | | | | | | |
| | 4 Houses | 200 | | | | | | | | | | | | | | | | | | 640 |
| | H.B.L. | 70 | | | | | | | | | | | | | | | | | | 70 |
| " " " " | | | | | | | | | | | | | | | | | | | | 710 |
| Hurd, F. E. SW | | | | | | | | | | | | | foreman | 75 | | | | | | 75 |
| Harter, J. W. SW | | | | | | | | | | | | | Jointer | 40 | | | | | | 40 |
| Harter, W. W. SW | | | | | | | | | | | | | Jointer | 40 | | | | 1 | | 40 |
| Herrington, W. A. SW | | | | | | | | | | | | | Clerk | 50 | | | | | | 50 |
| Hubbard, Geo. SW | | | | | | | | | | | | | Clerk | 50 | | | | | | 50 |
| Herrington, W. T. SW | | | | | Gone | | | | | | | | Lab | 30 | | | | | | 30 |

PHT00412