EXHIBIT 2

Planet Depos
We Make It Happen™

# Transcript of Gregory Gass

**Date:** August 13, 2020
**Case:** Commonwealth of PA, PA Game Commission -v- Thomas E. Proctor, Heirs Trust

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
------------------------------X
COMMONWEALTH OF PENNSYLVANIA, : Case No.
PENNSYLVANIA GAME COMMISSION, : 1:12-CV-1567
Plaintiff, :
v. :
THOMAS E. PROCTOR HEIRS TRUST :
and the MARGARET O.F. PROCTOR :
TRUST, :
Defendants. :
------------------------------X

DEPOSITION OF GREGORY GASS
CONDUCTED VIRTUALLY
THURSDAY, AUGUST 13, 2020
9:30 a.m.

Job No.: 312973
Pages 1 - 80
Reported by: Paula R. Mason



Deposition of Gregory Gass conducted virtually.

Pursuant to Notice, before Paula R. Mason, Notary Public in and for the Commonwealth of Pennsylvania.



A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:
BRADLEY C. BECHTEL, ESQUIRE
W. CREIGH MARTSON, ESQUIRE
2001 ELMERTON AVENUE
HARRISBURG, PA 17110

ON BEHALF OF DEFENDANTS:
PAUL K. STOCKMAN, ESQUIRE
LAURA A. LANGE, ESQUIRE
KAZMAREK MOWREY CLOUD LASETER LLP
ONE PPG PLACE, SUITE 3100
PITTSBURGH, PA 1522
(404) 333-0752

ALSO PRESENT:
ALEX SUSSMAN, AV TECHNICIAN



C O N T E N T S


| EXAMINATION OF GREGORY GASS | PAGE |
|---|---|
| By Mr. Stockman | 7 |
| By Mr. Bechtel | 41 |
| By Mr. Stockman | 67 |
| By Mr. Bechtel | 76 |


E X H I B I T S

(Attached to the transcript.)


| GASS EXHIBITS | | PAGE |
|---|---|---|
| 1 | D-1 | 12 |
| 2 | D-50 | 18 |
| 3 | D-2 | 21 |
| 4 | D-8 | 26 |
| 5 | D-3 | 29 |
| 6 | D-51 | 33 |
| 7 | D-49 | 39 |
| 8 | D-47 | 40 |
| 9 | Exhibit C | 44 |
| 10 | J-8 | 50 |
| 11 | J-9 | 52 |
| 12 | J-10 | 52 |
| 13 | J-11 | 53 |
| 14 | 104-1 | 54 |

E X H I B I T S

(Attached to the transcript.)

| GASS EXHIBITS | | PAGE |
| --- | --- | --- |
| 15 | 130-1 | 55 |
| 16 | 130-4 | 56 |
| 17 | 130-5 | 58 |



P R O C E E D I N G S

THE COURT REPORTER: I have a stipulation to read onto the record: Will Counsel please stipulate that in lieu of formally swearing in the witness, the reporter will instead ask the witness to acknowledge that their testimony will be true under the penalties of perjury, and that counsel will not object to the admissibility of the transcript based on proceeding in this way, and that the witness has verified that he is, in fact, Gregory Gass?

MR. STOCKMAN: So stipulated by the Defendants.

MR. BECHTEL: Yes, stipulated by the Plaintiff.

THE COURT REPORTER: Mr. Gass, do you hereby acknowledge that your testimony will be true under the penalties of perjury?

THE WITNESS: Yes, I do.

- - - -

Whereupon,

GREGORY GASS,

by stipulation of counsel and acknowledgment of the witness, was examined and testified under oath as follows:



DIRECT EXAMINATION

BY MR. STOCKMAN:

Q Good morning, Mr. Gass. If we could start, I'd like you to introduce yourself to the Court by providing your full name and address.

**A My name is Gregory Gass. Last name is spelled G-A, S like Sierra, S like Sierra. My address is 551 Crest Avenue, Benton, Pennsylvania. 17814 is the zip code.**

Q What do you do for a living, Mr. Gass?

**A I'm a certified professional landman. I provide guidance and consulting services to stakeholders in the oil and gas industry.**

Q Okay. Do you have a company?

**A Yes. The company I hold is Fairchase Associates, LLC.**

Q And you are the only employee of Fairchase Associates, LLC?

**A Yes, that's correct.**

Q Have you and Fairchase performed any research for the Thomas E. Proctor Heirs Trust?

**A Yes, I have.**

Q We are here this morning in connection with the trial of a case entitled Commonwealth of Pennsylvania, Pennsylvania Game Commission versus



the Thomas E. Proctor Heirs Trust and another, which is pending in the United States District Court for the Middle District of Pennsylvania.

Did you perform any research in connection with this case?

**A Yes, I did.**

Q Did you review assessment records in Bradford County?

**A Yes.**

Q What records did you review?

**A I reviewed tax assessment records and also deed records in the Bradford County records.**

Q And where did you locate the tax assessment records that you reviewed?

**A Tax assessment records were located in the Bradford County Historical Society building and archives.**

Q Is that located in Towanda?

**A Yes, it is, in the former county jail.**

Q Are the records at the Bradford County Historical Society available for viewing by the general public?

**A Yes, they are.**

Q If someone wished to review these assessment records, what would they need to do?

**A They would have to visit the Historical Society and make arrangements to request the books and have them provided by the clerk at the historical society.**
Q Did you review assessment roll books for Leroy Township?
**A Yes, I did.**
Q And these records, just to be clear, are at the County Historical Society in Towanda?
**A Yes, they are.**
Q Could you describe the Leroy Township tax assessment roll books?
**A The tax assessment roll books are set up by individual years, one year per book. They are divided into different segments. At the beginning is the Recapitulation statement, as well as a letter from the commissions to the tax assessor of the township. Then it's followed by a portion which holds the inventory of taxable items, be it real estate, also the names of all of the residents of the township. Then it's followed by a segment with the unseated lands. The unseated lands are identified by warrant number and acreage. And then that is followed by the tax exempt properties in the township, such as**



**cemeteries, schools and churches.**
Q Which years of Leroy Township assessment books did you review?
**A I reviewed the period from 1894 to 1931.**
Q Okay. Within that date span did you review every page?
**A Yes, I did.**
Q Okay. When you answered previously, you mentioned a Recapitulation statement. What is a Recapitulation statement?
**A A Recapitulation statement is a summary of the taxable items, such as the real estate of the seated lands, the real estate of the unseated lands, the individual residents of the township, as well as the livestock that they held.**
Q Okay. And you also mentioned a letter from the county commissions. What did that letter contain?
**A The letter contained the procedure that the assessor was to follow to determine the taxable items within the township.**
Q Okay. Did the Recapitulation statement and the letter identify the categories of property that were subject to taxation?



**A Yes, it did.**
Q For any of the years from 1894 to 1931, did the Recapitulation statement or the letter identify oil, gas, coal or minerals as taxable items?
**A No, there was no mention of those items.**
Q Okay. Can you describe how the seated land assessments were organized in Leroy Township's assessment books?
**A Yes. The seated lands were identified by acreage and by the owner of the acreage.**
Q Okay. And how did the books identify unseated land?
**A By the warrant name and acreage associated with each warrant.**
Q Okay. Did unseated land assessments identify the owners of the property?
**A In most cases, yes.**
Q Did you see any additional notations in the books?
**A There were notations at instances where tracts of land were appealed by the owner. Also, if a survey was available, the owner used that survey to revise the acreage that was assessed.**



**Also, if the tract of land was sold, it would identify the new owner.**
Q Okay. In the Leroy Township assessment books, did you see any references to Proctor & Hill?
**A Yes, I did.**
Q Did you see any reference to Union Tanning Company?
**A Yes, I did.**
Q Did you see any references to the Central Pennsylvania Lumber Company?
**A Yes, I did.**
Q Did you see any references to the Commonwealth of Pennsylvania in the Leroy Township books?
**A Yes, I did.**
Q Did you see references to the Josiah Haines warrant in the Leroy Township assessment roll books?
**A Yes.**
Q I'm putting up on the screen what we have marked as Defendant's Exhibit 1, which is a 32-page exhibit.
(Gass Exhibit 1 was marked for identification.)

13

Q Have you seen Defendant's Exhibit 1 before?
**A Yes, I have.**
Q What is Defendant's Exhibit 1?
**A That is an excerpt from the Leroy Township assessment records.**
Q Okay. Did you take the photographs that comprise Defendant's Exhibit 1?
**A Yes, I did.**
Q And where did you take these photographs?
**A In the Bradford County Historical Society.**
Q All right. And you've had occasion to review all 32 pages of Defendant's Exhibit 1?
**A Yes, I have.**
Q Is Defendant's Exhibit 1 an accurate depiction of the pages that you photographed in the Bradford County Historical Society?
**A Yes, it is.**
Q Other than the exhibit stamp and the page numbers at the bottom of the page, are there any alterations to the pages of Defendant's Exhibit 1 since you photographed them?
**A No. No, changes.**

14

Q If you would, could you point the Court to an example of a notation referencing an adjustment following a survey?
**A On Page 1 that we're looking at, the note on the top references a survey, and the numbers adjacent to William Biddle, Jonathan Barren show a circle where an adjustment was made to the acreage.**
Q Could you point to the Court to an example of an adjustment made following an appeal?
**A I believe on Page 6 there is such an adjustment from an appeal.**
Q Okay. I have Page 6 on the screen; do you see it?
**A Yes. The James Collins warrant and the Michael Gratz warrant appear to be adjusted after appeal.**
Q Could you point the Court to some examples of references to Proctor & Hill?
**A Yes. On Page 1 there would be an example.**
Q Do you see Page 1 on the screen?
**A Yes, I do.**
Q Are there other examples of references to Proctor & Hill?

15

**A Page 4. They're in the middle of the Henry Beck warrant. Page 8, again, the Henry Beck warrant. And Page 11, again, the Henry Beck warrant.**
Q Could you point the Court to some references to Union Tanning Company?
**A Yes, that would be on Page 2.**
Q And what are you referring to on Page 2?
**A Starting with the M. Biddle warrant and continuing down throughout the rest of the page.**
Q Are you familiar with the abbreviation U period, T period, Co, as a reference to the Union Tanning Company?
**A Yes, that appears throughout the assessment records.**
Q Okay. Could you point the Court to a reference to the Central Pennsylvania Lumber Company?
**A That would be on Page 21.**
Q And could you explain to the Court what you are referring to?
**A The notations of C.P.L. Company. C.P.L. Co is the notation meaning the Central Pennsylvania Lumber Company.**

16

Q And this page also has a reference to the Josiah Haines warrant; is that correct?
**A Yes, it does.**
Q Could you point the Court to any references to the Commonwealth of Pennsylvania?
**A Yes, that would be later in the sequence of Page 28.**
Q And what are you referring to there?
**A The notation in red to the abbreviation for Commonwealth of Pennsylvania indicates the sale of those properties to the Commonwealth of Pennsylvania, and it provides a deed book reference.**
Q During the period from 1894 through 1931, did you see any assessment of severed oil, gas, mineral or coal rights in Leroy Township?
**A No, I did not.**
Q Did you review the assessment roll books for Barclay Township?
**A Yes, I did.**
Q And are these records also located at the Bradford County Historical Society in Towanda?
**A Yes, they are.**
Q And the Barclay Township and Leroy Township records, for that matter, are all

available for viewing by the general public?
**A Yes, they are.**
Q Could you describe how the Barclay Township books are organized?
**A Similar to Leroy Township. Each year has its own separate book. The front of the book is the Recapitulation statement, the letter from the commissioners to the township assessor, followed by the segment with the seated lands identifying the real estate involved, identifying the individual residents of the township, as well as their livestock holdings and improvements on the land, followed by the unseated parcels, which identifies the tracts by warrant name and acreage. And then that's followed by the tax exempt parcels being the cemeteries, churches and schools.**
Q Which years did you review out of the Barclay Township assessment roll books?
**A I examined records for the period ranging from 1894 to 1931.**
Q Did you review every page within those date spans?
**A Yes, I did.**
Q Okay. You mentioned the Recapitulation statement and the letter from the county



commissioners. Did they identify the categories of property that were subject to assessment and tax?
MR. BECHTEL: Just for the record, we would make an ongoing relevance objection to the questions specifically with regard to Barclay Township, but it's an ongoing relevance objection just for the record.
Q You may answer, Mr. Gass.
**A Could you repeat the question, please.**
Q Certainly. Did the Recapitulation statement and the letter from the county commissioners identify the categories of property that were subject to assessment and tax?
**A Yes, they did.**
Q Were oil, gas, coal or minerals identified as taxable items of property for any of the years from 1894 to 1931?
**A No, they were not.**
Q I am putting up a document that we have marked as Defendant's Exhibit 50.
(Gass Exhibit 2 was marked for identification.)
Q Are you familiar with what we've marked as Defendant's Exhibit 50?



**A Yes, I am.**
Q What is Exhibit 50?
**A That's the Recapitulation statement.**
Q And there are five other pages in Exhibit 50. Have you had occasion to review all five pages prior to this morning?
**A Yes, I have.**
Q Are these photographs that you took at the Bradford County Historical Society?
**A Yes.**
Q Are these accurate depictions of the pages you photographed, again, setting aside the exhibit stamp and the page numbers at the bottom of the page?
**A Yes.**
Q You mentioned the first page is the Recapitulation statement. I am scrolling to the second page.
Could you identify for the Court what this document is?
**A That's the letter from the commissioners to the tax assessor identifying the procedure to be followed and identifying the taxable items.**
Q And there were similar Recapitulation



statements and letters from the county commissioners in each of the assessment books you reviewed for Barclay Township?
**A Yes, that's correct.**
Q And that's also the case for Leroy Township?
**A Yes, that's correct.**
Q You mentioned the Barclay Township seated land assessments. For land, was there any description of the land other than the acreage?
**A Yes, there was reference to improvements on the surface of the property and also the owner of the property.**
Q Okay. "Improvements" meaning houses and the like?
**A Yes, that's correct.**
Q And the seated assessments were in alphabetical order by owner?
**A Yes, correct.**
Q Did you see any notations in the Barclay Township books?
**A Yes.**
Q Of what sort?
**A Notations were made if a property was appealed -- or if the assessment was appealed, if**

there was a discrepancy in the acreage, the acreage needed to be revised, a notation was made. Also, if a property was sold, it identified the party to whom the property was sold.
Q Do you recall seeing any references to Proctor & Hill in the Barclay Township assessment books?
A Yes.
Q To the Union Tanning Company?
A Yes.
Q To the Central Pennsylvania Lumber Company?
A Yes.
Q I'm putting up on the screen what we have marked as Defendant's Exhibit 2, which is a 48-page document.
(Gass Exhibit 3 was marked for identification.)
Q Are you familiar with Defendant's Exhibit 2?
A Yes, I am.
Q Have you had an opportunity to review all 48 pages of the document?
A Yes, I have.
Q What is Defendant's Exhibit 2?



A That is an excerpt from Barclay Township assessment records.
Q Okay. Did you take these photographs?
A Yes, I did.
Q Meaning the photograph comprising Defendant's 2?
A Yes.
Q And you took these at the Bradford County Historical Society in Towanda?
A Yes, that's correct.
Q And again, other than the exhibit stamp and the page numbers at the bottom of the page, these are accurate depictions of the pages you photographed?
A Yes, they are.
Q Okay. Could you point the Court to an example of an adjustment in acreage following a survey?
A Yes. That would be on Page 6. There at the Thomas Dundass warrant just below halfway down the page. The notation mentions by commissioners, and the circled number was adjusted and the acreage was lowered to 74 acres.
Q Could you point the Court to examples of adjustments following appeal?



A Yes, that Page 6 and also Page 14.
Q Okay. Let's start with Page 6. Can you point the Court to what you're referring to?
A The Thomas Dundass warrant, also the Samuel Edge warrant where the notation is reduced by order of commissioners.
Q And you mentioned Page 14. Could you point the Court to what you were referring to there?
A The John Graff warrant with a notation "at appeal," and also the Andrew Grayden warrant with the notation "added at appeal."
Q Okay. Could you point the Court to reference to Proctor & Hill in Defendant's Exhibit 2?
A Yes. Back to Page 1, there should be reference to Proctor & Hill?
Q And that would be next to the William Biddle warrant -- or possibly the James Biddle warrant?
A Yes, the James Biddle warrant.
Q Okay. Are there any other examples that you'd like to point the Court to?
A Yes, Page 2. Again, back to the Thomas Dundass warrant near the bottom.



Q Okay. Are there any other examples of note?
A Page 6, which would be the Thomas Dundass warrant again.
Q I'm scrolling to Page 7. Are there any descriptions of -- or any notations about Proctor & Hill in that -- on that page?
A Yes, there are, the John Graff warrant.
Q Okay. I'm going to move ahead to Page 18. Is there a reference to Proctor & Hill on that page?
A Yes, the James Biddle warrant.
Q And I'm going to scroll all of the way down to Page 41. Are there references to Proctor & Hill on Page 41?
A Yes, the John Graff warrant at the top of the page.
Q And I see -- are those references to the Central Pennsylvania Lumber Company as well?
A Yes, they are, at halfway down the page, the Thomas Hiltzheimer warrant and Jacob Hiltzheimer warrant.
Q Okay. Could you point the Court to any references to the Union Tanning Company?
A Yes, that would be on Page 18 at the

**top of the page.**
Q So, that would be the John Adlum, Jr. warrant?
**A Yes.**
Q When you reviewed the pages of the Barclay Township assessment roll books, did you see any assessments of severed oil, gas, mineral or coal rights in the unseated assessments from 1894 to 1931?
**A No, I did not.**
Q Did you find any references to Proctor & Hill in the seated assessments?
**A Yes, I believe I did.**
Q Were you able to conclude whether or not those references related to coal operations?
**A Yes, because they appeared to be assessments on the improvements that would be associated with coal mining operation.**
Q Did you see assessments of other coal operators on the Barclay Township seated assessment list?
**A Yes, I did.**
Q I'm putting on the screen what we've marked as Defendant's Exhibit 8, which is a 7-page exhibit.



(Gass Exhibit 4 was marked for identification.)
Q Are you familiar with Defendant's Exhibit 8 and its pages?
**A Yes, I am.**
Q What is Defendant's Exhibit 8?
**A Exhibit 8 covers excerpts from the Barclay Township assessment records.**
Q Okay. Did you take the photographs comprising Exhibit 8 at the Bradford County Historical Society?
**A Yes, I did.**
Q Other than the exhibit stamp and the page numbers, are these accurate depictions of the pages that you photographed?
**A Yes.**
Q If you would, could you point the Court to some examples of references to Proctor & Hill in Defendant's Exhibit 8?
**A Yes. There you have on Page 1 Proctor & Hill, and it appears to be 100 acres. Also on Page 3. And again, the acreage with improvements is identified. And on Page 6.**
Q And at the bottom of the page there?
**A Yes, that's correct, it appears to be**



**44 acres improved with four houses.**
Q Can you point the Court to references to other operators of coal mines in Barclay Township?
**A Yes, that would be on Page 2, that shows the Barclay Coal Company. On Page 4, that shows the Towanda Coal Company. And on Page 7, that shows the Towanda Coal Company.**
Q When you were at the Bradford County Historical Society, did you have occasion to review the assessment roll books for Overton Township?
**A Yes, I did.**
Q Those books are maintained in the same fashion as Barclay and Leroy and are available for viewing by the general public?
**A Yes, that's correct.**
Q What years of Overton Township assessment records did you review?
**A The period ranging from 1894 to 1931.**
Q And did you review every page of the Overton Township assessment records within those date spans?
**A Yes, I did.**
Q Are the Overton Township assessment



roll books organized in the same fashion as those for Leroy and Barclay Townships?
**A Yes, they are.**
Q They also contain a Recapitulation statement?
**A Yes.**
Q And each of those books also contains a letter from the county commissioners to the township assessor?
**A Yes.**
Q And as with the other townships, do the Recapitulation statement and letter to the assessor identify categories of property that were taxable?
**A Yes.**
Q Were oil, gas, coal or minerals identified as taxable items of property in Overton Township for any of the years from 1894 to 1931?
**A No, there were not.**
Q Did any of the unseated land assessments in Overton Township refer to Proctor & Hill?
**A Yes.**
MR. BECHTEL: Just for the record, I would make an objection at this point as to the

relevance of any of the specific questions regarding the Overton Township books, and it will be a continuing objection for these questions.
Q Did the township assessment books for Overton Township refer to Proctor & Hill?
**A Yes, they did.**
Q Did they refer to the Central Pennsylvania Lumber Company?
**A Yes, they did.**
Q I am putting on the screen what we've marked as Defendant's Exhibit 3, which is an 11-page document.
(Gass Exhibit 5 was marked for identification.)
Q Have you had occasion to review the eleven pages of Exhibit D-3?
**A Yes, I have.**
Q What is Defendant's Exhibit 3?
**A Excerpts of the assessment records covering Overton Township.**
Q Are these photographs that you took at the Bradford County Historical Society?
**A Yes, they are.**
Q Other than the exhibit stamp and page numbers, are these accurate depictions of the



pages as you've photographed them?
**A Yes, they are.**
Q If you would, please point the Court to some of the references to Proctor & Hill contained in Defendant's Exhibit 3?
**A Yes. On Page 1, the Samuel Hardy warrant referencing Proctor & Hill. Page 2, let's see, it looks like Henry Seely, I believe, is assessed to Proctor & Hill. And on Page 3, the Joseph Seely warrant is assessed to Proctor & Hill.**
Q Okay. Could you point the Court to any references or to some references to Central Pennsylvania Lumber Company?
**A Yes. On Page 7, the notation C.P.L. or C.P.L. Co would stand for Central Pennsylvania Lumber Company.**
Q Okay. Are there similar notations on Page 8?
**A Yes, there are.**
Q And on Page 9?
**A Yes, there are.**
Q And on Page 10?
**A Yes.**
Q And on Page 11?



**A Yes, there are.**
Q When you reviewed the pages of the Overton Township assessment roll books for 1894 to 1931, did you see any assessments of severed oil, gas, coal or mineral rights in the unseated land assessments?
**A No, I did not.**
Q Did you have occasion to review the unseated land books for Bradford County?
**A Yes, I did.**
Q Are those records also contained at the Bradford County Historical Society?
**A Yes, they are.**
Q Are they also available for viewing by the general public?
**A Yes, they are.**
Q What years of the Bradford County assessment records -- unseated land assessment records did you review?
**A I believe 1890 through 1930 -- probably 1935.**
Q Okay. And within that time span, did you review every page of the Bradford County unseated land assessments?
**A Yes, I did.**



Q Could you describe the books to the Court, please.
**A The books were set up by years and by townships. Within each township, the warrants were identified by warrant name and acreage.**
Q Were multiple years contained in a single volume?
**A Yes, there were.**
Q Did the Bradford County assessment books for unseated land identify the owners of the warrants?
**A Yes.**
Q During the period from 1890 to 1935, did you see any separate assessments of severed oil, gas, coal or mineral rights in the Bradford County unseated land books?
**A No, I did not.**
Q Did you see any notations referencing Proctor & Hill in the Bradford County unseated land books?
**A Yes, I did.**
Q References to Union Tanning?
**A Yes.**
Q References to the Central Pennsylvania Lumber Company?

**A Yes.**
Q References to the Josiah Haines warrant?
**A Yes.**
Q Did you see any references in the Bradford County unseated land books to a map by Proctor & Hill of the Schrader lands?
**A Yes, I did.**
Q I am putting on the screen what we have marked as Defendant's Exhibit 51. This is a 20-page document. And so the record's clear, the pages alternate. The odd-numbered pages contain call-outs magnifying some of the entries, and the even-numbered pages are clean copies of the previous page without the call-outs.
(Gass Exhibit 6 was marked for identification.)
Q Did I summarize that correctly?
**A Yes, that's a good summarization.**
Q Okay. And you've seen Exhibit 51 before?
**A Yes, I have.**
Q What is Defendant's Exhibit 51?
**A Excerpts from the county book of unseated lands.**



Q And did you take the photographs that comprise Exhibit 51?
**A Yes, I did.**
Q Other than the exhibit stamps and page numbers and the call-outs, are these accurate depictions of the pages that you photographed?
**A Yes, they are.**
Q And I'm scrolling to Page 2. In particular looking at Page 2, that is the way the book appeared when you photographed it?
**A Yes, it is.**
Q If you could point the Court to references to a map in the Bradford County unseated assessment books?
**A That would be there on Page 1.**
Q Could you describe for the Court what you're referring to?
**A Yes, there at the James Collins warrant, it identifies a map provided by General Hill, and the James Collins warrant identifies 370 acres instead of 100.**
Q Okay. You understand General Hill to be a reference to Jonathan Hill?
**A Yes, I do.**
Q Are there any other references to the



map that you'd like to call to the Court's attention?
**A I believe on Page 3.**
Q Could you describe for the Court what you are referring to?
**A Yes. The notation which is magnified, not owned by Schrader M&Mfg Company as shown by Proctor & Hill map is the notation.**
Q Is there a similar notation on Page 5?
**A Yes, there is.**
Q And what does that notation state?
**A In red ink it identifies, as per Proctor & Hill map, not in this township.**
Q Okay. Now, we've seen a couple of references to Proctor & Hill already. Are there any other references that you'd like to call the Court's attention to?
**A On Page 9. Yes, this item indicates that road taxes were worked out or agreed to by Proctor & Hill.**
Q Okay. Is there any other reference to Proctor & Hill that you believe merits the Court's attention?
**A Yes, on Page 11.**
Q Could you describe to the Court what



you're seeing on Page 11 of Exhibit D-51?
**A Yes, the magnified area shows reference to P&H, signifying Proctor & Hill, as the owner of the property.**
Q Are there references to Union Tanning Company that you'd like to call to the attention of the Court?
**A Yes, there are. That would be on Page 7.**
Q And could you identify for Court what you are referring to there?
**A Yes, the magnified portion identifies that the tax was paid by the Union Tanning Company.**
Q Do you see a pencil notation above that?
**A Yes, I do, identifying the Union Tanning Company.**
Q And it appears to say Union Tanning Company claims no such land.
Did I read that correctly?
**A Yes, that is correct.**
Q Is there another reference to Union Tanning Company on Page 11 of Exhibit 51?
**A Yes, there is.**

Q Could you describe that for the Court, please?
**A Yes. The magnified portion, the lower item next to the Joseph Henry warrant identifies the UTC, meaning Union Tanning Company.**
Q And the taxes for the Joseph Henry warrant were paid by the Union Tanning Company?
**A Yes, it appears to be the case.**
Q And the entries above it for Proctor & Hill, John Gratz and Thomas Dundass warrants, those taxes were paid by J.A. Hill; is that correct?
**A Yes, that appears to be the case.**
Q Are there references to Union Tanning Company on Page 13 of Exhibit 51?
**A Yes, there is reference. The magnified portion shows UT Company of Ridgeway, Pennsylvania.**
Q And then the name next to that is S.A. Rote, did I read that correctly, R-O-T-E?
**A Yes, that appears to be the situation.**
Q Could you point the Court to some references to the Central Pennsylvania Lumber Company?
**A Yes, on Page 15.**



Q And what are you referring the Court to there?
**A The magnified area indicates C.P.L Company, means Central Pennsylvania Lumber Company owning quite a few warrants in Barclay Township.**
Q Is there a reference to CPLC, or The Central Pennsylvania Lumber Company, on Page 17?
**A Yes, there is. In the magnified portion with a vertical rectangle, it appears the owner of record is CPLC, or Central Pennsylvania Lumber Company.**
Q And that page includes an assessment record for the Josiah Haines warrant for 1907?
**A Yes, it does.**
Q Turning to Page 19 of Exhibit 51, is there a reference there to Central Pennsylvania Lumber Company?
**A Yes, there is. The magnified portion shows Central Pennsylvania Lumber Company, Williamsport, Pennsylvania, as the owner.**
Q And the smaller call-out at the top of the page says owners; is that correct?
**A Yes, that's correct.**
Q All right. At one of your visits to the Bradford County Historical Society, were you



provided with a map of Schrader Mining & Manufacturing Company lands?
**A Yes, I was.**
Q How did that come to pass?
**A During my title research in the Recorder of Deeds, I found several deeds which referred to a map of Schrader Land Companies. I researched -- or attempted to find the map in the Recorder of Deeds' office. It wasn't there, so on my trips to the Bradford County Historical Society, I made inquiry there with Matthew Carl, the curator, and he provided a copy of the map -- or he provided the original map showing lands of the Schrader Land Company.**
Q Okay. I'm putting on the screen what we've marked as Defendant's Exhibit 49.
(Gass Exhibit was marked for identification.)
Q Have you seen Defendant's Exhibit 49 before?
**A Yes, I have.**
Q What is Exhibit 49?
**A It's a map depicting land holdings of the Schrader Land Company.**
Q Okay. Is this the document that you



were shown by Mr. Carl at the Bradford County Historical Society?
**A Yes, it is.**
Q And you took this photograph?
**A Yes, I did.**
Q Other than the exhibit stamp and the page number at the bottom, is this an accurate depiction of the page as you've photographed it?
**A Yes, it is.**
Q One last series of questions. I have put on the screen what we have marked as Defendant's Exhibit 47, which is a 17-page exhibit of pages titled "List of Unseated Land of the County of Bradford and Taxes Assessed Thereon for the Years," and it starts with 1909, 1910, 1919, 1920, and 1921.
(Gass Exhibit 8 was marked for identification.)
Q Is Exhibit 47 comprised of photographs that you took at the Bradford County Historical Society?
**A Yes, it is.**
Q Other than the exhibit stamp and the page numbers, are these accurate depictions of those photographs that you took at Bradford County

41

Historical Society?
**A Yes, they are.**
Q All right. These are excerpts from the Bradford County unseated land book that you reviewed?
**A Yes.**
Q Okay.
MR. STOCKMAN: Subject to any redirect examination that might be necessary, I have no further questions. And I pass the witness for Cross.
CROSS-EXAMINATION
BY MR. BECHTEL:
Q Hello. My name is Brad Bechtel. I'm the chief counsel here at the Pennsylvania Game Commission.
Could I just ask: Have you been deposed before?
**A Yes, I have, Mr. Bechtel.**
Q Okay. So, similarly, I would just like you to be aware if, for any reason, my questions are unclear, please ask me to clarify them. If you need a break, please let me know that you would like to have a break.
And I'm going to try to use the same

42

conventions Mr. Stockman did with exhibits. Not going to be totally successful, but I will try. So, if I could start first --
MR. STOCKMAN: If you would like me to put -- I have J-8, 9, 10, and 11 handy if you want me to put them on the screen if you're going to ask about those.
MR. BECHTEL: We're going to get there. I think I'm going to try and let the -- we'll see how that goes. I also have them, but I think if the tech support can do that, that would be fine.
Q First question I'd like to ask Mr. Gass is: Can you tell me when you were born?
**A Yes, I can tell that you. November 23, 1954.**
Q Okay. And I presume that you graduated from high school; is that right?
**A Yes, that's correct.**
Q And was it in Pennsylvania?
**A Yes, it was.**
Q Okay. Are you a Pennsylvania resident now?
**A Yes, I am.**
Q Have you always lived in Pennsylvania?
**A No. I started out in San Diego,**

43

**California as a Navy brat.**
Q So, how long have you lived in Pennsylvania?
**A Let's see. I would say 60 years.**
Q Always in Benton?
**A No.**
Q Okay. How long have you lived in Benton?
**A Um...**
Q Approximately.
**A I'd say the past ten years.**
Q Okay. And did you attend college?
**A Yes, I did, The Pennsylvania State University.**
Q The Pennsylvania State University?
**A Absolutely.**
Q Okay. And when did you graduate?
**A 1977.**
Q And what was your degree?
**A Bachelor of science degree in earth science, minoring in geology.**
Q Do you have any advanced or graduate degrees?
**A No, I do not.**
Q And after 1977, what was your

44

employment -- your first employment?
**A I was self-employed as a petroleum landman.**
Q Prior to your graduation, were you also a petroleum landman?
**A No, I was not.**
Q So, when did you become a petroleum landman?
**A October of 1977.**
MR. BECHTEL: So, I'm going to ask -- there is a document 963, Declaration of Gregory Gass, that is the best description I have of that document.
Are we able to show that to the witness? It is a 3-page document.
AV TECHNICIAN: Standby for share.
Is this the document you are looking for, Mr. Bechtel?
MR. BECHTEL: Yes. Can we turn to Page 2 of that document.
(Gass Exhibit 9 was marked for identification.)
Q Mr. Gass, do you recognize this document?
**A Yes, I believe I do.**

Q And can we just show him Page 3.
And at the bottom, there is a signature. Is that your signature, Mr. Gass?
**A Yes, it is.**
Q Okay. Can you tell us what this document is?
**A It's an Affidavit.**
Q By whom?
**A By myself.**
Q And can you tell us how it came into being?
**A It was prepared by Mr. Stockman, provided to me for review, examination and signature.**
Q Is there anything in this Affidavit that you would want to change at this time?
**A I don't believe so.**
Q So, on Page 1 of that document -- or not Page 1, Page 2 of that document, Paragraph 1, do you see that on your screen?
**A Yes, I do.**
Q And I see it says certified professional landman in capitals; do you see that?
**A Yes.**
Q I'd just like to explore that a little bit and ask you what -- is certified professional landman an actual title of some sort?



**A Yes, it is. It's a designation under the jurisdiction of the American Association of Professional Landmen.**
Q And there are -- is that -- how do I want to say this? Just a second.
So, how long have you been a certified professional landman?
**A I believe since -- I believe since 1995, let's say.**
Q And were you a registered professional landman prior to that?
**A No, I was not.**
Q Were you a registered landman at any time prior to that?
**A No, I was not.**
Q Okay. So, how did you become a certified professional landman?
**A By satisfying the requirements of the American Association of Professional Landmen, being actively involved in the land business, passing an examination, and maintaining certifications through continuing education credits.**



Q So, when you graduated and became self-employed as a petroleum landman in October of 1977, was there a certification associated with that?
**A No, there was not.**
Q The American Association of Professional Landman, do you know where that's located?
**A Yes, Fort Worth, Texas.**
Q Do you know if Pennsylvania recognizes the certified professional landman moniker as a licensed profession?
**A I do not know that.**
Q Do you hold a license from the Commonwealth of Pennsylvania as a certified professional landman?
**A No, I do not.**
Q As a certified professional landman, have you ever conducted title searches?
MR. STOCKMAN: Counsel, I'm going to object. This is beyond the scope of direct. I've given some leeway, but the direct testimony was fairly focused. This is a trial deposition.
MR. BECHTEL: And Mr. Gass, his qualifications to speak and to find these things are fairly tested. Does he have the qualifications to find the things he says he's found? I'm asking those questions.



THE WITNESS: Was that directed to me or Mr. Stockman?
MR. BECHTEL: It's directed to Mr. Stockman.
Q The question stands, whether, as a certified professional landman, you have conducted title searches?
MR. STOCKMAN: And I will point out that Mr. Gass has not been proffered as an expert witness.
MR. BECHTEL: As a matter of fact, the question is: Does he have the qualifications to state the facts that he has stated.
MR. STOCKMAN: That he went to the historical society and took pictures?
MR. BECHTEL: No. But we haven't gotten to all of the rest of the questions yet. He said more than he just went to the historical society and took pictures.
MR. STOCKMAN: Go ahead and proceed, but my objection is noted.
Q So, as a certified professional

landman, have you conducted title searches?
**A Yes, I have.**
Q Have you conducted title searches in Bradford County?
**A Yes.**
Q Have you conducted title searches in Sullivan County?
**A Yes, I have.**
Q Have you conducted title searches in Lycoming County?
**A Yes.**
Q And to be clear, you are not a title insurance agent, correct?
**A That's correct.**
Q And no one asked this, I should, are you an attorney?
**A No, I am not.**
Q Okay. Just to be clear, you have other clients -- I'm not asking you their names, you have other clients other than the Proctor Heirs Trust; is that correct?
**A Yes, that's correct, I do have other clients.**
Q When you were asked to look for documents related to this litigation, did you also



conduct a title search?
**A No, I did not.**
Q If I could show you Page 3 of this Affidavit.
This references in Paragraph 2, Exhibit 3 to the Appendix is a true and correct copy of excerpts from a book containing leaves entitled "List of," I mean, you can read that.
You can read what's there, correct?
**A Yes, uh-huh.**
Q Okay. And you can see Paragraph 3 speaks to Exhibit 7 of the Appendix.
Can you read that?
**A Yes.**
Q Okay. I would like to place up in front of you what's been marked as J-8. So, this is a 16-page document. That's interesting, that's not the same as the J-8 that I've placed up, but I can use that, I believe.
(Gass Exhibit 10 was marked for identification.)
Q Do you recognize J-8?
**A Yes, I do.**
Q Okay. What is that?
**A That appears to be a list of unseated**



**lands from the county assessment book of unseated lands and the taxes paid.**
Q Do you know if you took the pictures that are depicted on J-8?
**A Yes, I did take that picture.**
Q And is this part of what was referenced in your Affidavit?
**A Yes, I believe it was.**
MR. BECHTEL: I'm going to have to ask if there's any way to look at Document 99-1, because it's going to contain the cover page and I want to relate this to his Affidavit.
Is that possible to do?
AV TECHNICIAN: Mr. Bechtel, I see which document you're referring to. It's 99-1, J-8?
MR. BECHTEL: Yes.
AV TECHNICIAN: I see. Here we are.
Q All right. Mr. Gass, you see this Exhibit 3, Part 1, list of unseated lands in the County of Bradford and taxes assessed thereon, 1890 to 1895?
**A Yes, I see that.**
Q I would just like to note if this is part of what is referenced in your affidavit. And



you may have to scroll through to Page 2 to see that.
**A Yes, I would say that it is.**
Q Okay. And then if we could look at 100-1. This is also identified as J-9. And this says Exhibit 3, Part 2.
MR. BECHTEL: If we could scroll to the second page.
(Gass Exhibit 11 was marked for identification.)
Q Does this also appear to be part of what's referenced in your Affidavit?
**A Yes, it does.**
Q Okay. And if we could look at Document 101-1, that says Exhibit 3, Part 3, 1901 through 1905; do you see that?
**A Yes, I do.**
(Gass Exhibit 12 was marked for identification.)
Q And if we could scroll to Page 2. I'm asking, again, if this is part of what was referenced in your Affidavit?
**A Yes, that appears to be the case.**
Q Finally, document 102-1, J-11, Exhibit 3, Part 4, 1906 to 1908.

(Gass Exhibit 13 was marked for identification.)

Q Is this also part of what's referenced in your Affidavit?

**A Yes, that appears to be the case.**

Q Are you aware if there is any other parts to this that are referenced in your Affidavit?

**A No, I'm not aware.**

Q So, with respect to all of these, these are all pictures you took; is that correct?

**A Yes. I have not looked at all of the pictures that you have up on the screen, but I would assume that that's the case.**

Q And would you say they are fair and accurate -- to the extent they are pictures you took, would you say they are fair and accurate pictures of the documents that you took the picture of?

**A Yes, I would say that.**

Q And did these all come from the Bradford County Historical Society?

**A Yes, they did.**

MR. BECHTEL: If I could call up Document 104-1, which I believe is listed as D-47.



AV TECHNICIAN: I have 104-1, Exhibit 7, and I also have a D-47 which Mr. Stockman had brought up earlier.

MR. BECHTEL: It will be the 104-1, Exhibit 7 then.

AV TECHNICIAN: All right.

(Gass Exhibit 14 was marked for identification.)

Q And this says Exhibit 7, list of unseated lands in the County of Bradford and taxes, 1909 to 1930; does it not?

**A Yes, it does.**

Q And if we could scroll to Page 2 of that exhibit. Can you say whether this is the Exhibit 7 that was referenced in your Affidavit?

**A I would need to see the Affidavit.**

Q Okay. Can we look back at 96-3, Page 3. And if you look to Paragraph 3, it says Exhibit 7 is a true and correct copy of excerpts from an additional book containing leaves entitled; do you see that paragraph?

**A Yes, I do. And, yes, I would say that is what is referenced to in Paragraph 3.**

Q And these were all photos that you took?



**A Yes.**

Q And you would say they are fair and accurate photos of what you saw at the Bradford County Historical Society?

**A Yes.**

Q Mr. Gass, did you issue a report of any sort regarding your work?

**A I don't recall issuing a report for the work I've covered at Bradford County Historical Society, other than an email describing what I found.**

Q Okay. I have here Document 130-1. If we can put that on the screen.

(Gass Exhibit 15 was marked for identification.)

Q Do you recognize this document, Mr. Gass?

**A Yes, I do.**

Q What is it?

**A It's my declaration in support of defendants' motion for partial summary judgment.**

Q And how did this come into being?

**A This was drafted by Mr. Stockman, submitted to me for review, comment and signature.**

Q And on Page 4 of this document, if we



can go there a second, is that your signature?

**A Yes, it is.**

Q Is there anything in this document you would like to change at this time?

**A No.**

Q May we go to Paragraph 8. Do you see Paragraph 8 on your screen?

**A Yes, I do.**

Q And you see that Paragraph 8 refers to an Exhibit 52?

**A Yes.**

Q Okay.

MR. BECHTEL: I apologize, but I'm going to ask to have Document 130-4, Exhibit 52 set on the screen.

And if we can move to the second page of this, so that he can see what it is.

(Gass Exhibit 16 was marked for identification.)

Q Do you recognize this document?

MR. STOCKMAN: I'll note for the record this is what's been marked as Defendant's Exhibit 50.

MR. BECHTEL: Good.

**A Yes, I do recognize the document.**

Q Okay. Do you know if this is the Exhibit 52 that's referenced in your Affidavit?
**A Could I see the Affidavit again?**
Q Sure. First we have to figure out which one it is. It's document 130-1, Paragraph 8.
**A Yes, it appears to be the Recapitulation statement identified as Exhibit 52.**
Q And these are -- I apologize now, I'm back to Exhibit 52, 130-4 or D-50. Did you take these photos?
Are these photos, I should ask?
Let me just back up. Are these photos of the documents that you viewed?
**A The photos that I provided were in color. I see this is black and white. But I feel confident that I did provide a color photo.**
Q Okay. Well, D-50 may be in color. I don't have a color photo, which is interesting.
Does this look like a fair and accurate representation of what you took a photograph of?
**A Yes, it does.**
Q Just bear with me. I'm trying not to ask you the same questions twice. I don't believe I did.



The scope of your investigation, was it all in Bradford County?
**A Yes, it was.**
Q So, if I could pull up Document 130-5, I have one question about it, if I get the answer I expect.
AV TECHNICIAN: Mr. Bechtel, I'm not seeling 130-5. My apologies.
MR. BECHTEL: Well, I just put it up.
AV TECHNICIAN: Oh, is it under D-6, 130-5?
MR. BECHTEL: D-6.
AV TECHNICIAN: Very good. I see it. Here we are.
(Gass Exhibit 17 was marked for identification.)
Q If we could go to Page 2. Just asking if you recognize this document.
**A It appears to be assessment records for Lycoming County, I believe.**
Q Is this your work product?
**A It does look familiar.**
Q Okay. And we can put that aside. All right. I'm trying to find the right exhibit here.
MR. BECHTEL: I'm going to use your



exhibits, Mr. Stockman, which I hope they can pull.
Q So, if you look at -- I believe it's D-2. This should begin with Barclay Township, 1895, is that correct, on your screen?
**A Yes.**
Q Good. Do you recall making a statement that in most cases these documents indicated the owner of the property?
**A Yes.**
Q And D-2, in particular, is only half the page of the book when it's laid open, correct?
**A Yes, that's correct.**
Q Okay. Where does it indicate to you who the owner of the property is?
**A The notation down by James Biddle where it says Proctor & Hill would be one of the items.**
Q Okay.
**A And on the portion of the page which the photograph did not capture, oftentimes the owner was identified in the far right column of that page.**
Q Well, if we could look at Exhibit D-1, then, I believe this begins 1896, Leroy.
Do you see that D-1 in front you?



**A Yes, I do, Page 1 of D-1.**
Q And shows both pages, correct?
**A Yes.**
Q And the far right column of this second page is blank, correct?
**A That's correct.**
Q And, in fact, I don't believe -- if you would like to take a moment and scroll through it, I don't believe any of D-1 contains an entry in the far right column, does it?
**A Yes, that appears to be correct.**
Q Okay.
**A I believe Page 2 would identify the property owner after that note that was attached to Page 1 is pulled up showing the UT Company.**
Q Okay, but the property owner is not identified on the far right column?
**A That's correct, not in this case.**
Q And if we turn to Page 3 of D-1, that column that says UT Company; do you see that?
**A Yes.**
Q The header for that column, what does that read?
**A It's blurred on my screen, but from what I can make out it says remarks, addition or**

**abatements made by Board of Revision or Commissioners.**
Q Okay.
**A Yes, that's better. Thank you.**
Q And can we look at D-8 for a moment. Can you identify what D-8 is?
**A D-8 appears to be the assessment records for seated properties. I believe that's Barclay Township identifying Proctor & Hill holding 100 acres with improvements on, is the first entry.**
Q Is D-8 a part of the same book that D-2 is part of?
**A It appears to be the case.**
Q Well, it does appear to be the case, but you took the pictures.
Is it part of the same book?
**A Yes, I would say it is. This would be from the seated portion of the book, whereas the earlier picture would have been from the unseated portion of the book.**
Q So, if I look at Exhibit 51, if we could pull that up, D-51, I believe it is, so on Page 3 of D-51, there is a blowup shown on that; do you see that?



**A Yes, I do.**
Q And what does that say?
**A Not owned by Schrader M&Mfg Company as shown by Proctor & Hill map.**
Q And that note relates to what warrant?
**A I can't see it on my screen, but it appears to be the warrant name just to the left of the note.**
Q Are we able to scroll over to see it a little better?
**A There we go. So, that appears to be the William Gratz warrant.**
Q And if we scroll over to the right on this screen, which I know is somewhat difficult, are we able to tell which -- we've lost which one it is now.
The first line of the far right contains a notation. Do you see those? The first line of the far right says paid with a date by Schrader Manufacturing Company?
We'll have to get you over there and ask if you see that. All right. So, there's a highlighted portion right now on the far right. What does it say?
**A Yes, I see it on the far right. It**



**says, sold June 25, 1894 to E.B. -- I can make out S-M-I, and the balance of the screen is blocked by the attendees of the meeting.**
Q Okay.
**A E.B. Smith, it appears. It could be E.D. Smith.**
Q Okay. The line right above that -- it's much too big now. If we can make it a little smaller.
What does it say above sold?
**A Paid.**
Q And it has a date, correct?
**A Yes.**
Q And it has a name, P.J. Mallory, correct?
**A Yes, that appear to be the name.**
Q And the line right below the one that talks about sold, it says paid; is that correct?
**A Yes.**
Q December 22, 1893, correct?
**A Yes.**
Q Schrader M. Manufacturing Company; is that correct?
**A Yes, it is.**
Q These notations on the right are not



reflecting the owners of the property, are they?
**A In most cases, it appeared to be the owner. However, in some instances, it was -- it notes the person who paid the taxes on behalf of the owner.**
Q Well, does that say paid on behalf of anyone? Can you show me where that is?
**A No, it does not.**
Q Can you show me anywhere where it says paid on behalf of anyone?
**A Let's see. Four entries above the P.J. Mallory, it appears as though there was a 1/5th paid by a -- I'm having a hard time making out the writing. It looks like the Ned -- or Fred, possibly.**
Q But it doesn't say paid on behalf of anyone, does it?
**A No, it does not.**
Q And you did no work to determine whether the person that paid was the person that owned the property, did you?
**A Could you restate that question?**
Q Well, I'll back up.
You took pictures of these document, correct?

**A Yes.**
Q But you didn't search a title, correct?
**A That's correct.**
Q So, you did no work to determine whether the person who's named as paying these taxes is the person that owned the property; is that correct?
**A Yes, that's correct.**
Q Okay. Can you go to 130-1 again. If we look again at Paragraph 8; do you see that?
**A Yes, I do.**
Q So, it states that the seated lands portion of the Barclay Township tax assessment roll books, coal companies, including Proctor & Hill, were assessed for the value of improvements relating to coal operations; do you see that line?
**A Yes, I do.**
Q And then you refer that the value of the improvements appear on the Recapitulation statement, Exhibit 52. If we could look at Exhibit 52, if we can pull that up.
AV TECHNICIAN: My apologies, Mr. Bechtel, it appears I do not -- I may be mistaken, but I don't think I have it.
MR. BECHTEL: D-50.



AV TECHNICIAN: D-50, thank you.
Q Take a moment just to look through that. I want to be clear, D-50 does not contain the names Proctor & Hill anywhere, does it?
**A Could you go back to the second page?**
Q Yes.
**A I'm sorry, it would be the third page. Yes, let's try the fourth. What's the -- next to the William Biddle warrant, does that reference to Hill, the top entry? I can make out the name Hill. Yes, that's what I was looking at.**
Q It does not contain the name Proctor, however, correct?
**A Correct. Proctor is not included in that notation.**
Q This exhibit, D-50, does not contain anything referencing Josiah Haines, does it?
**A I do not recall seeing Josiah Haines in this exhibit.**
Q All of these documents we've been looking at are assessment records; is that not correct?
**A Yes, that's correct.**
Q So, as a landman, when real estate is transferred, there's a document that transfers it; is that not correct?



**A Yes, that's correct.**
Q And that is typically a deed; is that correct?
**A Typically, yes, a deed is used to convey title.**
Q To -- it can be a lease, right?
**A I don't believe that would convey title.**
Q Okay. So, when you speak of conveying real estate, you're speaking of a deed?
**A Yes, for the most part. I'm aware that title can be conveyed by a Will.**
Q Okay. And when we say "title," we're speaking of title to real estate being conveyed by a Will, correct?
**A Yes.**
Q And real estate has a meaning. What does it mean to you?
**A It would be an asset being real property, be it land, oil, gas or minerals.**
Q All right.
MR. BECHTEL: Subject, again, to the Redirect, I'm finish questioning Mr. Gass.
MR. STOCKMAN: I will have a tiny bit of Redirect.



REDIRECT EXAMINATION

BY MR. STOCKMAN:
Q I have put up on the screen what's been marked as Defendant's Exhibit 2, which we talked about on Direct and which Mr. Bechtel asked you about on Cross.
Starting with the first page here, do you see the references to Union Tanning Company, P&Hill and Towanda Coal Company?
**A Yes, I do.**
Q What would be the reason for making those notations in the assessment records?
MR. BECHTEL: I would make an objection here. The witness was not alive at the time, can't tell you the reason for having made it, and would be giving an expert opinion.
Q You may answer, sir.
**A The Union Tanning, P&Hill, Towanda Coal Company appear to be the owners of the property at that time. They do appear in the remarks section, but the books that were used at the time were set up so that these items were in the -- or printed up as if the seated properties were to be added to this portion of the book.**

69

Q Okay. And I have scrolled through Pages 18, 19, 20, 21, and 22 that have similar notations.
Is it your understanding, based on your experience reviewing these books, that those notations are references to the owner?
MR. BECHTEL: I would again make the same objection. He was not alive. He's not proffered as an expert witness. The Court is to make the decision of what these documents actually mean. He's offering an expert opinion.
MR. STOCKMAN: I'll note that you opened door, counselor, by asking the same types of questions.
The witness may answer.
**A It's been my experience that the owner of the property is identified in the assessment records as appears in these exhibits.**
Q Turning to Exhibit 1, do you see the reference to unseated lands, and I believe it's an abbreviation for assessed to Proctor & Hill.
Did I real that correctly?
**A Yes, I see that.**
Q All right. Is it your understanding, based on your experience reviewing those records,

70

that that means that Proctor & Hill was the owner?
MR. BECHTEL: I, again, would make the same objection. Foundation has not been layed for an expert. He was not alive. He cannot testify as to what the title was underneath these records or what they meant, other than what they show.
Q You may answer, sir.
**A Yes, it appears that the assessor was identifying the owner of the property as Proctor & Hill.**
Q And that would be the same case with the notation at the top of the page, unseated lands assessed to Union Tanning Company?
**A Yes.**
Q Okay. And turning to Page 11, there's a reference to unseated lands assessed to Proctor & Hill. Is it your understanding, based on your review of these books, that that indicates that the lands below that notation were owned by Proctor & Hill?
MR. BECHTEL: And, again, I would make the same objection. He's not offered as an expert witness.
MR. STOCKMAN: Brad, you don't need to articulate it in full at this point. I think the

71

basis for your objection is known, so I think if you just state objection and move on, we'll save a lot of time.
MR. BECHTEL: Well, I appreciate that, Paul, but I think that considering the fact that maybe only portions of this deposition are shown to the judge, perhaps it's important the judge knows that we've raised this objection each time, also, so it doesn't just say objection and there's no idea why. General objections can't be carried through.
Q Okay. Do you need me to read back the question, Mr. Gass?
**A Yes, if you would, please.**
Q Is it your understanding -- and let me actually ask a little bit of foundational work.
You reviewed, would it be fair to agreed, hundreds of pages of assessment records?
**A Yes, that's fair to say.**
Q And in the course of your 40-plus-year career as a land agent, would it be fair to say you've reviewed thousands of pages of assessments?
**A Yes, fair to say.**
Q Based on that experience, is it your understanding that the reference unseated lands

72

assessed to Proctor & Hill meant that those lands were owned by Proctor & Hill?
MR. BECHTEL: Again, same objections: Not alive, doesn't know, not an expert.
**A Based on my experience, that appears to be the case.**
Q On Page 12, there's a reference, unseated lands assessed to Proctor & Hill, and it lists four warrants. Based on your experience, is it your understanding that that meant that those properties were owned by Proctor & Hill?
**A Yes.**
MR. BECHTEL: Same objection: Not alive, not an expert. Foundation really has not been laid and, frankly, they're irrelevant.
**A Yes, it does, and they appear to be owned by Proctor & Hill.**
Q Okay. Same question as to Page 13, unseated lands assessed to Proctor & Hill, it's your understanding that references Proctor & Hill as the owners of those lands?
MR. BECHTEL: Same objections. Not alive, not familiar, can't speak to the meanings of the documents, invades the province of the Court, irrelevant.

**A Yes, it appears as though the four warrants underneath the Proctor & Hill notation are owned by Proctor & Hill.**

Q Page 127 also contains a notation, unseated land assessed to Proctor & Hill.

Same question: It's your understanding, based on your 40 years of experience, that that's a reference to the ownership of those lands?

MR. BECHTEL: And, once again, same objection. In fact, in this case, even, you're leading the witness to tell him what that actually means in asking him. It's an improper direct. It invades the province of the Court, irrelevant, not proffered as an expert.

MR. STOCKMAN: Well, I'm not sure that I'll necessarily agreed that it's leading, but I can reask it.

Q What is your understanding of the meaning of the phrase unseated land assessed to Proctor & Hill as it relates to the remaining entries on Page 17 of Exhibit D-1?

MR. BECHTEL: And I'll object that he can't testify as to the meaning of the document. It speaks for itself, says what it is. And he's



not been qualified as an expert to tell us what the meaning of that 18 -- I don't know what year we're on, 1904, assessment record means or meant.

**A Being that the assessment record shows unseated land assessed to Proctor & Hill with four warrants beneath that notation, it appears as though those four warrants are owned by Proctor & Hill.**

Q Okay. I'll turn to what we've marked as Exhibit D-51. You were able to view the originals of these books, correct?

**A Yes.**

Q Do you see in the -- at the far left of the township column what appears to be pencil notations?

**A Yes, I did.**

Q Based on you experience reviewing these books -- I'm focusing particularly on Page 11 of Exhibit B-51. Based on your experience reviewing these books, do you have an understanding as to what that pencil notation indicated?

MR. BECHTEL: I'll object to that, that the question's not clear. I'm not even sure what pencil notation we are referring to, let alone the fact that he's not been qualified as an expert and



cannot speak to what someone in -- I can't see the date on this -- 1900 made by a pencil notation, nor when the notation was added, or by who, or anything else. It's invading the province of the Court to make a decision on an ultimate issue as to ownership.

Q Okay. Based on your 40 years of experience reviewing assessment records, do you have an understanding as to what the pencil notation means?

**A The pencil notation appears to be the owner of the warrant.**

Q Okay. Is your answer the same for the pencil notations on Exhibit -- on Page 13 of Exhibit 51?

MR. BECHTEL: Again, objection. Which pencil notations? He is not qualified as an expert to tell us what this means. He was not alive. It's invading the province of the Court to make the decision as to what these documents mean. They speak for themselves.

**A The pencil notation does appear to be the owner of the warrant.**

Q Okay. And just so the record is clear, the penciled notations that we're discussing are



at the left-hand side of the township column?

**A Yes, that's correct.**

Q As to Question 15 -- or Page 15 of Exhibit 51, the penciled notations in the left of the township column, based on your 40 years of experience, is it your understanding that those are references to the owners of the associated tracts?

**A Yes, that's correct.**

Q I'll skip to Page 19. The notations in the township column on Page 19 of Exhibit 51, could you identify for the Court what those notations are?

**A The top notation at the top of the column indicates owners, and the second notation indicates the Central Pennsylvania Lumber, again, as the owner.**

MR. STOCKMAN: Okay, I have no further questions.

RECROSS-EXAMINATION

BY MR. BECHTEL:

Q So, Mr. Gass, it's true that assessment records often identify an owner incorrectly; isn't it?

**A I imagine there are instances where an**

77

**owner is identified incorrectly.**
Q Well, we saw one earlier where Schrader Mining & Manufacturing was, to use your words, identified, and they said they weren't the owner; isn't that correct?
**A Yes, that's correct.**
Q In your experience, assessment records -- assessment rolls like these books don't transfer title, do they?
**A No, they do not.**
Q And we looked at a bunch of pencil notations. Do you recall doing that with Mr. Stockman?
**A Yes, we did review the pencil notations.**
Q And, generally, you're relying on what the pencil notations say when you say in your experience it indicates the owner; is that correct?
**A Yes. If I see a pencil notation or any other notation, which leads me to believe that it identifies the owner, that would be my reason to state that they are the owner.**
MR. BECHTEL: I have no other questions.

78

MR. STOCKMAN: Thank you, sir. We appreciate your time. I believe we are concluded.
MR. BECHTEL: So, we have to kind of -- we're going to do the same thing, right?
Are we off the record on video?
AV TECHNICIAN: Generally, we just take orders for the transcripts from both parties.
MR. BECHTEL: That's what I wanted to do. Thank you.
AV TECHNICIAN: So, a transcript for both parties, then?
MR. BECHTEL: Yes, sir --
MR. STOCKMAN: Please.
MR. BECHTEL: -- for the Commonwealth.
THE COURT REPORTER: Do you have preferences?
MR. STOCKMAN: I think however you did it with the last deposition you took.
THE COURT REPORTER: Okay, fine. Thank you.
Same, Mr. Bechtel?
MR. BECHTEL: Yes, ma'am.
THE COURT REPORTER: Okay. Have a good day. Thank you very much.
(Off record at 11:24 a.m.)

79

ACKNOWLEDGEMENT OF DEPONENT

I, Gregory Gass, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcript of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

______________________ ________________________
(DATE) (SIGNATURE)

80

CERTIFICATE OF REPORTER - NOTARY PUBLIC

I, Paula R. Mason, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 24th day of August, 2020.

My Commission Expires: July 17, 2022.

Paula Mason

**A**
**abatements** 61:1
**abbreviation** 15:12, 16:9, 69:21
**able** 25:14, 44:14, 62:9, 62:15, 74:10
**about** 24:6, 42:7, 58:5, 63:18, 68:6, 68:7
**above** 36:15, 37:9, 63:7, 63:10, 64:11
**absolutely** 43:16
**accurate** 13:17, 19:11, 22:13, 26:14, 29:25, 34:5, 40:7, 40:24, 53:16, 53:17, 55:3, 57:20
**acknowledge** 6:6, 6:17, 79:2
**acknowledgement** 79:1
**acknowledgment** 6:23
**acreage** 9:24, 11:12, 11:15, 11:25, 14:8, 17:14, 20:10, 21:1, 21:2, 22:17, 22:23, 26:22, 32:5
**acres** 22:23, 26:21, 27:1, 34:21, 61:10
**actively** 46:22
**actual** 46:2
**actually** 69:10, 71:16, 73:12
**added** 23:12, 68:24, 75:3
**addition** 60:25
**additional** 11:20, 54:20
**address** 7:5, 7:8
**adjacent** 14:6
**adjusted** 14:16, 22:22
**adjustment** 14:3, 14:7, 14:10, 14:12, 22:17
**adjustments** 22:25
**adlum** 25:2
**admissibility** 6:8
**advanced** 43:22
**affidavit** 45:7, 45:15, 50:4, 51:7, 51:12, 51:25, 52:12, 52:22, 53:4, 53:8, 54:15, 54:16, 57:2, 57:3
**affixed** 80:13
**after** 14:16, 43:25, 60:14
**again** 15:2, 15:3, 19:12, 22:11, 23:24, 24:4, 26:22, 52:21, 57:3, 65:9, 65:10, 67:23, 69:7, 70:2, 70:21, 72:3, 73:10, 75:16, 76:16
**agent** 49:13, 71:21
**agreed** 35:19, 71:18, 73:17
**ahead** 24:9, 48:23
**alex** 3:20
**alive** 68:15, 69:8, 70:4, 72:4, 72:14, 72:23, 75:19
**all** 9:20, 13:14, 13:15, 16:25, 19:5, 21:23, 24:13, 38:24, 41:3, 48:20, 51:19, 53:10, 53:11, 53:12, 53:21, 54:6, 54:24, 58:2, 58:23, 62:22, 66:20, 67:22, 69:24
**alone** 74:24
**alphabetical** 20:18
**already** 35:15
**also** 3:19, 8:12, 9:20, 10:17, 11:23, 12:1, 16:1, 16:21, 20:5, 20:13, 21:3, 23:1, 23:4, 23:11, 26:21, 28:4, 28:7, 31:11, 31:14, 42:10, 44:4, 49:25, 52:5, 52:11, 53:3, 54:2, 71:9, 73:4
**alterations** 13:23
**alternate** 33:12
**always** 42:24, 43:5
**american** 46:4, 46:21, 47:6
**andrew** 23:11
**another** 8:1, 36:23
**answer** 18:9, 58:5, 68:18, 69:15, 70:7, 75:13
**answered** 10:9
**any** 7:20, 8:4, 11:2, 11:20, 12:4, 12:7, 12:10, 12:13, 13:23, 16:4, 16:15, 18:17, 20:9, 20:20, 21:5, 23:22, 24:1, 24:5, 24:6, 24:23, 25:7, 25:11, 28:18, 28:20, 29:1, 30:12, 31:4, 32:14, 32:18, 33:5, 34:25, 35:16, 35:21, 41:8, 41:21, 43:22, 46:15, 51:10, 53:6, 55:6, 60:9, 77:20, 79:6, 80:10

**anyone**
64:7, 64:10, 64:17
**anything**
45:15, 56:3, 66:17, 75:4
**anywhere**
64:9, 66:4
**apologies**
58:8, 65:22
**apologize**
56:13, 57:9
**appeal**
14:10, 14:12, 14:17, 22:25, 23:11, 23:12
**appealed**
11:23, 20:25
**appear**
14:16, 52:11, 61:15, 63:16, 65:19, 68:20, 68:21, 72:16, 75:22, 79:6
**appeared**
25:16, 34:10, 64:2
**appears**
15:15, 26:21, 26:25, 36:19, 37:8, 37:13, 37:21, 38:9, 50:25, 52:23, 53:5, 57:7, 58:19, 60:11, 61:7, 61:14, 62:7, 62:11, 63:5, 64:12, 65:23, 69:18, 70:8, 72:5, 73:1, 74:6, 74:14, 75:11
**appendix**
50:6, 50:12
**appreciate**
71:4, 78:2
**approximately**
43:10
**archives**
8:17
**area**
36:2, 38:3
**arrangements**
9:2
**articulate**
70:25
**aside**
19:12, 58:23
**asked**
49:15, 49:24, 68:6
**asking**
48:3, 49:19, 52:21, 58:17, 69:13, 73:13
**assessed**
11:25, 30:9, 30:10, 40:14, 51:21, 65:15, 69:21, 70:13, 70:16, 72:1, 72:8, 72:19, 73:5, 73:20, 74:5
**assessment**
8:7, 8:11, 8:14, 8:15, 8:25, 9:5, 9:12, 9:13, 10:3, 11:10, 12:3, 12:18, 13:6, 15:16, 16:15, 16:18, 17:18, 18:2, 18:14, 20:2, 20:25, 21:6, 22:2, 25:6, 25:21, 26:8, 27:11, 27:19, 27:22, 27:25, 29:4, 29:19, 31:3, 31:18, 32:9, 34:14, 38:12, 51:1, 58:19, 61:7, 65:13, 66:21, 68:13, 69:17, 71:18, 74:3, 74:4, 75:8, 76:22, 77:7, 77:8
**assessments**
11:9, 11:17, 20:9, 20:17, 25:7, 25:8, 25:12, 25:17, 25:19, 28:21, 31:4, 31:6, 31:24, 32:14, 71:22
**assessor**
9:18, 10:21, 17:8, 19:22, 28:9, 28:13, 70:8
**asset**
67:20
**associated**
11:16, 25:18, 47:3, 76:7
**associates**
7:16, 7:18
**association**
46:4, 46:21, 47:6
**assume**
53:14
**attached**
4:9, 5:2, 60:14, 79:6
**attempted**
39:8
**attend**
43:12
**attendees**
63:3
**attention**
35:2, 35:17, 35:23, 36:6
**attorney**
49:16
**august**
1:16, 80:14
**av**
3:20, 44:16, 51:14, 51:18, 54:1, 54:6, 58:7, 58:10, 58:13, 65:22, 66:1, 78:6, 78:10
**available**
8:21, 11:24, 17:1, 27:15, 31:14
**avenue**
3:6, 7:8
**aware**
41:21, 53:6, 53:9, 67:12

**B**

**b**
74:19
**bachelor**
43:20
**back**
23:16, 23:24, 54:17, 57:10, 57:13, 64:23, 66:5, 71:12
**balance**
63:2
**barclay**
16:19, 16:24, 17:3, 17:18, 18:6, 20:3, 20:8, 20:21, 21:6, 22:1, 25:6, 25:20, 26:8, 27:3, 27:6, 27:15, 28:2, 38:5, 59:4, 61:9, 65:13
**barren**
14:7
**based**
6:9, 69:4, 69:25, 70:17, 71:24, 72:5, 72:9, 73:7, 74:17, 74:19,

75:7, 76:5
**basis**
71:1
**bear**
57:23
**became**
47:1
**because**
25:16, 51:11
**bechtel**
3:4, 4:4, 4:6, 6:14, 18:4, 28:24, 41:13, 41:14, 41:19, 42:8, 44:10, 44:18, 44:19, 47:24, 48:6, 48:14, 48:19, 51:9, 51:14, 51:17, 52:7, 53:24, 54:4, 56:13, 56:24, 58:7, 58:9, 58:12, 58:25, 65:23, 65:25, 67:23, 68:6, 68:14, 69:7, 70:2, 70:21, 71:4, 72:3, 72:13, 72:22, 73:10, 73:23, 74:22, 75:16, 76:21, 77:24, 78:3, 78:8, 78:12, 78:14, 78:21, 78:22
**beck**
15:2, 15:3
**become**
44:7, 46:18
**been**
41:17, 46:8, 48:12, 50:16, 56:22, 61:20, 66:20, 68:4, 69:16, 70:3, 72:15, 74:1, 74:25
**before**
2:6, 13:2, 33:21, 39:20, 41:18, 80:2
**begin**
59:4
**beginning**
9:16
**begins**
59:24
**behalf**
3:3, 3:10, 64:4, 64:6, 64:10, 64:16
**being**
17:16, 45:11, 46:22, 55:22, 67:15, 67:20, 74:4
**believe**
14:11, 25:13, 30:8, 31:20, 35:3, 35:22, 44:25, 45:17, 46:10, 50:19, 51:8, 53:25, 57:24, 58:20, 59:3, 59:24, 60:7, 60:9, 60:13, 61:8, 61:23, 67:8, 69:20, 77:21, 78:2
**below**
22:20, 63:17, 70:19
**beneath**
74:6
**benton**
7:8, 43:5, 43:8
**best**
44:12
**better**
61:4, 62:10
**beyond**
47:21
**biddle**
14:6, 15:10, 23:19, 23:21, 24:12, 59:16, 66:9
**big**
63:8
**bit**
46:1, 67:25, 71:16
**black**
57:16
**blank**
60:5
**blocked**
63:2
**blowup**
61:24
**blurred**
60:24
**board**
61:1
**book**
9:14, 16:12, 17:6, 33:24, 34:10, 41:4, 50:7, 51:1, 54:20, 59:12, 61:12, 61:17, 61:19, 61:21, 68:25
**books**
9:2, 9:5, 9:12, 9:13, 10:3, 11:10, 11:13, 11:21, 12:4, 12:15, 12:19, 16:19, 17:4, 17:18, 20:2, 20:21, 21:7, 25:6, 27:11, 27:14, 28:1, 28:7, 29:2, 29:4, 31:3, 31:9, 32:1, 32:3, 32:10, 32:16, 32:20, 33:6, 34:14, 65:14, 68:22, 69:5, 70:18, 74:11, 74:18, 74:20, 77:8
**born**
42:13
**both**
60:2, 78:7, 78:11
**bottom**
13:22, 19:13, 22:12, 23:25, 26:24, 40:7, 45:2
**brad**
41:14, 70:24
**bradford**
8:8, 8:12, 8:16, 8:20, 13:12, 13:19, 16:22, 19:9, 22:8, 26:10, 27:9, 29:22, 31:9, 31:12, 31:17, 31:23, 32:9, 32:15, 32:19, 33:6, 34:13, 38:25, 39:10, 40:1, 40:14, 40:20, 40:25, 41:4, 49:4, 51:21, 53:22, 54:10, 55:3, 55:9, 58:2
**bradley**
3:4
**brat**
43:1
**break**
41:23, 41:24
**brought**
54:3
**building**
8:16
**bunch**
77:11
**business**
46:22

C

**california**
43:1

**call**
35:1, 35:16, 36:6, 53:24
**call-out**
38:21
**call-outs**
33:13, 33:15, 34:5
**came**
45:10
**can't**
62:6, 68:16, 71:10, 72:23, 73:24, 75:1
**cannot**
70:4, 75:1
**capitals**
45:23
**capture**
59:20
**career**
71:21
**carl**
39:11, 40:1
**carried**
71:10
**case**
1:4, 7:24, 8:5, 20:5, 37:8, 37:13, 52:23, 53:5, 53:14, 60:18, 61:14, 61:15, 70:11, 72:6, 73:11, 80:10
**cases**
11:19, 59:8, 64:2
**categories**
10:24, 18:1, 18:13, 28:13
**cemeteries**
10:1, 17:16
**central**
12:11, 15:18, 15:24, 21:11, 24:19, 29:7, 30:13, 30:16, 32:24, 37:23, 38:4, 38:7, 38:10, 38:16, 38:19, 76:16
**certainly**
18:11
**certificate**
80:1
**certification**
47:3
**certifications**
46:24
**certified**
7:11, 45:22, 46:1, 46:8, 46:19, 47:11, 47:15, 47:18, 48:9, 48:25
**certify**
80:4
**change**
45:16, 56:4
**changes**
13:25
**chief**
41:15
**churches**
10:1, 17:16
**circle**
14:7
**circled**
22:22
**claims**
36:20
**clarify**
41:22
**clean**
33:14
**clear**
9:8, 33:11, 49:12, 49:18, 66:3, 74:23, 75:24
**clerk**
9:3
**clients**
49:19, 49:20, 49:23
**cloud**
3:13
**coal**
11:4, 16:16, 18:16, 25:8, 25:15, 25:18, 25:19, 27:3, 27:6, 27:7, 27:8, 28:16, 31:5, 32:15, 65:14, 65:16, 68:10, 68:19
**code**
7:9
**college**
43:12
**collins**
14:15, 34:18, 34:20
**color**
57:16, 57:17, 57:18, 57:19
**column**
59:21, 60:4, 60:10, 60:17, 60:20, 60:22, 74:14, 76:1, 76:5, 76:11, 76:15
**come**
39:4, 53:21, 55:22
**comment**
55:24
**commission**
1:5, 7:25, 41:16, 80:16
**commissioners**
17:8, 18:1, 18:13, 19:22, 20:2, 22:22, 23:6, 28:8, 61:2
**commissions**
9:17, 10:18
**commonwealth**
1:4, 2:7, 7:24, 12:14, 16:5, 16:10, 16:11, 47:15, 78:14
**companies**
39:7, 65:14
**company**
7:14, 7:15, 12:8, 12:11, 15:6, 15:14, 15:19, 15:23, 15:25, 21:9, 21:12, 24:19, 24:24, 27:6, 27:7, 27:8, 29:8, 30:14, 30:17, 32:25, 35:7, 36:6, 36:14, 36:18, 36:20, 36:24, 37:5, 37:7, 37:15, 37:17, 37:24, 38:4, 38:7, 38:11, 38:17, 38:19, 39:2, 39:14, 39:24, 60:15, 60:20, 62:3, 62:20, 63:22, 68:9, 68:10, 68:20, 70:13
**complete**
79:5
**comprise**
13:8, 34:2
**comprised**
40:19
**comprising**
22:5, 26:10
**conclude**
25:14
**concluded**
78:2
**conduct**
50:1
**conducted**
1:15, 2:1, 47:19, 48:9, 49:1, 49:3, 49:6, 49:9
**confident**
57:17

**connection**
7:23, 8:5
**considering**
71:5
**consulting**
7:12
**contain**
10:19, 28:4, 33:12, 51:11, 66:3, 66:12, 66:16
**contained**
10:20, 30:4, 31:11, 32:6
**containing**
50:7, 54:20
**contains**
28:7, 60:9, 62:18, 73:4
**continuing**
15:11, 29:3, 46:24
**conventions**
42:1
**convey**
67:6, 67:8
**conveyed**
67:13, 67:15
**conveying**
67:10
**copies**
33:14
**copy**
39:12, 50:6, 54:19
**correct**
7:19, 16:2, 20:4, 20:7, 20:16, 20:19, 22:10, 26:25, 27:17, 36:22, 37:12, 38:22, 38:23, 42:18, 49:13, 49:14, 49:21, 49:22, 50:6, 50:9, 53:11, 54:19, 59:5, 59:12, 59:13, 60:2, 60:5, 60:6, 60:11, 60:18, 63:12, 63:15, 63:18, 63:20, 63:23, 64:25, 65:2, 65:3, 65:7, 65:8, 66:13, 66:14, 66:22, 66:23, 67:1, 67:2, 67:4, 67:16, 74:11, 76:2, 76:9, 77:5, 77:6, 77:19, 79:4, 80:5
**corrections**
79:6
**correctly**
33:18, 36:21, 37:20, 69:22
**could**
7:3, 9:11, 14:1, 14:9, 14:18, 15:5, 15:17, 15:21, 16:4, 17:3, 18:10, 19:19, 22:16, 22:24, 23:7, 23:13, 24:23, 26:17, 30:12, 32:1, 34:12, 34:16, 35:4, 35:25, 36:10, 37:1, 37:22, 41:17, 42:3, 50:3, 52:4, 52:7, 52:14, 52:20, 53:24, 54:13, 57:3, 58:4, 58:17, 59:23, 61:23, 63:5, 64:22, 65:20, 66:5, 76:12
**counsel**
6:3, 6:8, 6:23, 41:15, 47:20, 80:9
**counselor**
69:13
**county**
8:8, 8:12, 8:16, 8:19, 8:20, 9:9, 10:18, 13:12, 13:19, 16:22, 17:25, 18:12, 19:9, 20:1, 22:9, 26:10, 27:9, 28:8, 29:22, 31:9, 31:12, 31:17, 31:23, 32:9, 32:16, 32:19, 33:6, 33:24, 34:13, 38:25, 39:10, 40:1, 40:14, 40:20, 40:25, 41:4, 49:4, 49:7, 49:10, 51:1, 51:21, 53:22, 54:10, 55:4, 55:9, 58:2, 58:20
**couple**
35:14
**course**
71:20
**court**
1:1, 6:2, 6:16, 7:5, 8:3, 14:1, 14:9, 14:18, 15:5, 15:17, 15:21, 16:4, 19:19, 22:16, 22:24, 23:3, 23:8, 23:13, 23:23, 24:23, 26:17, 27:2, 30:3, 30:12, 32:2, 34:12, 34:16, 35:4, 35:25, 36:7, 36:10, 37:1, 37:22, 38:1, 69:9, 72:25, 73:14, 75:5, 75:19, 76:12, 78:15, 78:19, 78:23
**court's**
35:1, 35:17, 35:22
**cover**
51:11
**covered**
55:9
**covering**
29:20
**covers**
26:7
**cplc**
38:6, 38:10
**credits**
46:25
**creigh**
3:5
**crest**
7:8
**cross**
41:11, 68:7
**cross-examination**
41:12
**curator**
39:12

**D**

**d**
4:12, 4:16, 4:17, 4:18, 36:1, 53:25, 54:2, 57:10, 57:18, 61:23, 61:24, 65:25, 66:1, 66:3, 66:16, 74:10
**d-1**
4:11, 59:23, 59:25, 60:1, 60:9, 60:19, 73:22
**d-2**
4:13, 59:4,

59:11, 61:12
**d-3**
4:15, 29:16
**d-6**
58:10, 58:12
**d-8**
4:14, 61:5, 61:6, 61:7, 61:12
**date**
10:6, 17:22, 27:23, 62:19, 63:12, 75:2, 79:10
**day**
78:24, 80:13
**december**
63:20
**decision**
69:10, 75:5, 75:20
**declaration**
44:11, 55:20
**deed**
8:12, 16:12, 67:3, 67:5, 67:11
**deeds**
39:6, 39:9
**defendant's**
12:22, 13:1, 13:4, 13:8, 13:15, 13:17, 13:23, 18:21, 18:25, 21:15, 21:19, 21:25, 22:6, 23:14, 25:24, 26:3, 26:6, 26:19, 29:11, 29:18, 30:5, 33:10, 33:23, 39:16, 39:19, 40:12, 56:22, 68:5
**defendants**
1:11, 3:10, 6:13, 55:21
**degree**
43:19, 43:20
**degrees**
43:23
**depicted**
51:4
**depicting**
39:23
**depiction**
13:18, 40:8
**depictions**
19:11, 22:13, 26:14, 29:25, 34:6, 40:24
**deponent**
79:1
**deposed**
41:18
**deposition**
1:14, 2:1, 47:23, 71:6, 78:18, 80:3
**describe**
9:11, 11:8, 17:3, 32:1, 34:16, 35:4, 35:25, 37:1
**describing**
55:10
**description**
20:10, 44:12
**descriptions**
24:6
**designation**
46:3
**determine**
10:21, 64:19, 65:4
**diego**
42:25
**different**
9:15
**difficult**
62:14
**direct**
7:1, 47:21, 47:22, 68:6, 73:13
**directed**
48:4, 48:6
**direction**
80:7
**discrepancy**
21:1
**discussing**
75:25
**district**
1:1, 1:2, 8:2, 8:3
**divided**
9:15
**document**
18:20, 19:20, 21:16, 21:23, 29:12, 33:11, 39:25, 44:11, 44:13, 44:15, 44:17, 44:20, 44:24, 45:6, 45:18, 45:19, 50:17, 51:10, 51:15, 52:14, 52:24, 53:25, 55:12, 55:16, 55:25, 56:3, 56:14, 56:20, 56:25, 57:5, 58:4, 58:18, 64:24, 66:25, 73:24
**documents**
49:25, 53:18, 57:14, 59:8, 66:20, 69:10, 72:24, 75:20
**doing**
77:12
**door**
69:13
**down**
15:11, 22:21, 24:14, 24:20, 59:16
**drafted**
55:23
**dundass**
22:20, 23:4, 23:25, 24:4,
37:10
**during**
16:14, 32:13, 39:5

**E**

**each**
11:16, 17:5, 20:2, 28:7, 32:4, 71:8
**earlier**
54:3, 61:20, 77:2
**earth**
43:20
**edge**
23:5
**education**
46:24
**eleven**
29:16
**elmerton**
3:6
**else**
75:4
**email**
55:10
**employed**
80:9
**employee**
7:17
**employment**
44:1
**entitled**
7:24, 50:7, 54:21
**entries**
33:13, 37:9, 64:11, 73:22
**entry**
60:9, 61:11, 66:10
**errata**
79:6
**esquire**
3:4, 3:5, 3:11, 3:12
**estate**
9:20, 10:13,

10:14, 17:10, 66:24, 67:11, 67:15, 67:18
**even**
73:11, 74:23
**even-numbered**
33:14
**ever**
47:19
**every**
10:7, 17:21, 27:21, 31:23
**examination**
4:2, 7:1, 41:9, 45:13, 46:23, 68:2
**examined**
6:24, 17:19, 79:3
**example**
14:2, 14:10, 14:21, 22:17
**examples**
14:19, 14:24, 22:24, 23:22, 24:1, 26:18
**excerpt**
13:5, 22:1
**excerpts**
26:7, 29:19, 33:24, 41:3, 50:7, 54:19
**exempt**
9:25, 17:15
**exhibit**
4:19, 12:22, 12:23, 12:24, 13:1, 13:4, 13:8, 13:15, 13:17, 13:21, 13:24, 18:21, 18:22, 18:25, 19:2, 19:5, 19:13, 21:15, 21:17, 21:20, 21:25, 22:11, 23:14, 25:24, 25:25, 26:1, 26:4, 26:6, 26:7, 26:10, 26:13, 26:19, 29:11, 29:13, 29:16, 29:18, 29:24, 30:5, 33:10, 33:16, 33:20, 33:23, 34:2, 34:4, 36:1, 36:24, 37:15, 38:15, 39:16, 39:17, 39:19, 39:22, 40:6, 40:12, 40:17, 40:19, 40:23, 44:21, 50:5, 50:12, 50:20, 51:20, 52:6, 52:9, 52:15, 52:18, 52:24, 53:1, 54:1, 54:5, 54:7, 54:9, 54:14, 54:15, 54:19, 55:14, 56:10, 56:14, 56:18, 56:22, 57:2, 57:8, 57:10, 58:15, 58:24, 59:23, 61:22, 65:20, 65:21, 66:16, 66:19, 68:5, 69:19, 73:22, 74:10, 74:19, 75:14, 75:15, 76:4, 76:11
**exhibits**
4:10, 5:3, 42:1, 59:1, 69:18
**expect**
58:6
**experience**
69:5, 69:16, 69:25, 71:24, 72:5, 72:9, 73:8, 74:17, 74:19, 75:8, 76:6, 77:7, 77:18
**expert**
48:12, 68:17, 69:9, 69:11, 70:4, 70:22, 72:4, 72:14, 73:15, 74:1, 74:25, 75:18
**expires**
80:16
**explain**
15:21
**explore**
45:25
**extent**
53:16

**F**

**fact**
6:11, 48:14, 60:7, 71:5, 73:11, 74:25
**facts**
48:16
**fair**
53:15, 53:17, 55:2, 57:20, 71:17, 71:19, 71:21, 71:23
**fairchase**
7:15, 7:18, 7:20
**fairly**
47:23, 48:1
**familiar**
15:12, 18:24, 21:19, 26:3, 58:22, 72:23
**far**
59:21, 60:4, 60:10, 60:17, 62:17, 62:19, 62:23, 62:25, 74:13
**fashion**
27:15, 28:1
**feel**
57:16
**few**
38:5
**figure**
57:4
**finally**
52:24
**financial**
80:11
**find**
25:11, 39:8, 47:25, 48:2, 58:24
**fine**
42:11, 78:19
**finish**
67:24
**first**
19:16, 42:3, 42:12, 44:1, 57:4, 61:11, 62:17, 62:18, 68:8
**five**
19:4, 19:6
**focused**
47:23
**focusing**
74:18
**follow**
10:21
**followed**
9:18, 9:21, 9:24, 17:9, 17:13, 17:15, 19:23
**following**
14:3, 14:10, 22:17, 22:25
**follows**
6:25
**foregoing**
79:3, 80:3, 80:4
**formally**
6:4
**former**
8:19

**fort**
47:9
**found**
39:6, 48:3, 55:11
**foundation**
70:3, 72:14
**foundational**
71:16
**four**
27:1, 64:11, 72:9, 73:1, 74:5, 74:7
**fourth**
66:8
**frankly**
72:15
**fred**
64:14
**front**
17:6, 50:16, 59:25
**full**
7:5, 70:25
**further**
41:10, 76:18

G

**g-a**
7:7
**game**
1:5, 7:25, 41:15
**gas**
7:13, 11:4, 16:16, 18:16, 25:7, 28:16, 31:5, 32:15, 67:21
**gass**
1:14, 2:1, 4:2, 4:10, 5:3, 6:11, 6:16, 6:22, 7:3, 7:6, 7:10, 12:24, 18:9, 18:22, 21:17, 26:1, 29:13, 33:16, 39:17, 40:17, 42:12, 44:12, 44:21, 44:23, 45:3, 47:24, 48:12, 50:20, 51:19, 52:9, 52:18, 53:1, 54:7, 55:6, 55:14, 55:17, 56:18, 58:15, 67:24, 71:13, 76:22, 79:2
**general**
8:22, 17:1, 27:16, 31:15, 34:19, 34:22, 71:10
**generally**
77:16, 78:6
**geology**
43:21
**given**
47:22, 79:5, 80:5
**giving**
68:17
**go**
48:23, 56:1, 56:6, 58:17, 62:11, 65:9, 66:5
**goes**
42:10
**going**
24:9, 24:13, 41:25, 42:2, 42:6, 42:8, 42:9, 44:10, 47:20, 51:9, 51:11, 56:14, 58:25, 78:4
**good**
7:3, 33:19, 56:24, 58:13, 59:7, 78:23
**gotten**
48:20
**graduate**
43:17, 43:22
**graduated**
42:16, 47:1
**graduation**
44:4
**graff**
23:10, 24:8, 24:16
**gratz**
14:16, 37:10, 62:12
**grayden**
23:11
**gregory**
1:14, 2:1, 4:2, 6:11, 6:22, 7:6, 44:11, 79:2
**guidance**
7:12

H

**haines**
12:18, 16:2, 33:2, 38:13, 66:17, 66:18
**half**
59:11
**halfway**
22:20, 24:20
**hand**
80:13
**handy**
42:5
**hard**
64:13
**hardy**
30:6
**harrisburg**
3:7
**header**
60:22
**heirs**
1:8, 7:21, 8:1, 49:20
**held**
10:16
**hello**
41:14
**henry**
15:2, 15:3, 30:8, 37:4, 37:6
**here**
7:23, 41:15, 51:18, 55:12, 58:14, 58:24, 68:8, 68:15
**hereby**
6:17, 79:2, 80:3
**hereunto**
80:12
**high**
42:17
**highlighted**
62:23
**hill**
12:5, 14:19, 14:25, 21:6, 23:14, 23:17, 24:7, 24:10, 24:15, 25:12, 26:18, 26:21, 28:22, 29:5, 30:4, 30:7, 30:9, 30:11, 32:19, 33:7, 34:20, 34:22, 34:23, 35:8, 35:13, 35:15, 35:20, 35:22, 36:3, 37:10, 37:11, 59:17, 61:9, 62:4, 65:15, 66:4, 66:10, 66:11, 69:21, 70:1, 70:10, 70:17, 70:20, 72:1, 72:2, 72:8, 72:11, 72:17, 72:19, 72:21, 73:2, 73:3, 73:5, 73:21, 74:5, 74:8
**hiltzheimer**
24:21, 24:22
**historical**
8:16, 8:21,

9:1, 9:4, 9:9, 13:12, 13:19, 16:22, 19:9, 22:9, 26:11, 27:10, 29:22, 31:12, 38:25, 39:10, 40:2, 40:20, 41:1, 48:18, 48:21, 53:22, 55:4, 55:9
**hold**
7:15, 47:14
**holding**
61:10
**holdings**
17:12, 39:23
**holds**
9:19
**hope**
59:1
**houses**
20:14, 27:1
**however**
64:3, 66:13, 78:17
**hundreds**
71:18

**I**

**idea**
71:10
**identification**
12:25, 18:23, 21:18, 26:2, 29:14, 33:17, 39:18, 40:18, 44:22, 50:21, 52:10, 52:19, 53:2, 54:8, 55:15, 56:19, 58:16
**identified**
9:23, 11:11, 18:17, 21:3, 26:23, 28:17, 32:5, 52:5, 57:8, 59:21, 60:17, 69:17, 77:1, 77:4
**identifies**
17:14, 34:19, 34:20, 35:12, 36:12, 37:4, 77:22
**identify**
10:24, 11:4, 11:13, 11:18, 12:2, 18:1, 18:13, 19:19, 28:13, 32:10, 36:10, 60:13, 61:6, 76:12, 76:23
**identifying**
17:10, 19:22, 19:23, 36:17, 61:9, 70:9
**imagine**
76:25
**important**
71:7
**improper**
73:13
**improved**
27:1
**improvements**
17:12, 20:12, 20:14, 25:17, 26:22, 61:10, 65:15, 65:19
**included**
66:14
**includes**
38:12
**including**
65:14
**incorrectly**
76:23, 77:1
**indicate**
59:14
**indicated**
59:8, 74:21
**indicates**
16:10, 35:18, 38:3, 70:18, 76:15, 76:16, 77:18
**individual**
9:14, 10:15, 17:11
**industry**
7:13
**ink**
35:12
**inquiry**
39:11
**instances**
11:22, 64:3, 76:25
**instead**
6:5, 34:21
**insurance**
49:13
**interest**
80:11
**interesting**
50:17, 57:19
**introduce**
7:4
**invades**
72:24, 73:14
**invading**
75:4, 75:19
**inventory**
9:19
**investigation**
58:1
**involved**
17:10, 46:22
**irrelevant**
72:15, 72:25, 73:14
**issue**
55:6, 75:5
**issuing**
55:8
**item**
35:18, 37:4
**items**
9:20, 10:13, 10:22, 11:5, 11:7, 18:17, 19:24, 28:17, 59:17, 68:23
**itself**
73:25

**J**

**j**
4:22, 4:23, 52:24
**j-8**
4:20, 42:5, 50:16, 50:18, 50:22, 51:4, 51:16
**j-9**
4:21, 52:5
**jacob**
24:21
**jail**
8:19
**james**
14:15, 23:19, 23:21, 24:12, 34:18, 34:20, 59:16
**job**
1:19
**john**
23:10, 24:8, 24:16, 25:2, 37:10
**jonathan**
14:6, 34:23
**joseph**
30:10, 37:4, 37:6
**josiah**
12:17, 16:2, 33:2, 38:13, 66:17, 66:18
**jr**
25:2
**judge**
71:7
**judgment**
55:21
**july**
80:16
**june**
63:1

**jurisdiction**
46:4

**K**

**kazmarek**
3:13
**kind**
78:3
**know**
41:23, 47:7, 47:10, 47:13, 51:3, 57:1, 62:14, 72:4, 74:2
**known**
71:1
**knows**
71:8

**L**

**laid**
59:12, 72:15
**land**
11:9, 11:14, 11:17, 11:23, 12:1, 17:13, 20:9, 20:10, 28:20, 31:5, 31:9, 31:18, 31:24, 32:10, 32:16, 32:20, 33:6, 36:20, 39:7, 39:14, 39:23, 39:24, 40:13, 41:4, 46:22, 67:21, 71:21, 73:5, 73:20, 74:5
**landman**
7:11, 44:3, 44:5, 44:8, 45:23, 46:2, 46:9, 46:13, 46:15, 46:19, 47:2, 47:7, 47:11, 47:16, 47:18, 48:9, 49:1, 66:24
**landmen**
46:5, 46:21
**lands**
9:22, 9:23, 10:14, 10:15, 11:11, 17:9, 33:7, 33:25, 39:2, 39:13, 51:1, 51:2, 51:20, 54:10, 65:12, 69:20, 70:13, 70:16, 70:19, 71:25, 72:1, 72:8, 72:19, 72:21, 73:9
**lange**
3:12
**laseter**
3:13
**last**
7:6, 40:10, 78:18
**later**
16:6
**laura**
3:12
**layed**
70:3
**leading**
73:12, 73:17
**leads**
77:21
**lease**
67:7
**leaves**
50:7, 54:20
**leeway**
47:22
**left**
62:7, 74:13, 76:4
**left-hand**
76:1
**leroy**
9:6, 9:11, 10:2, 11:9, 12:3, 12:14, 12:18, 13:5, 16:16, 16:24, 17:5, 20:5, 27:15, 28:2, 59:24
**let's**
23:2, 30:7, 43:4, 46:11, 64:11, 66:8
**letter**
9:17, 10:17, 10:18, 10:20, 10:24, 11:3, 17:7, 17:25, 18:12, 19:21, 28:8, 28:12
**letters**
20:1
**license**
47:14
**licensed**
47:12
**lieu**
6:4
**line**
62:17, 62:19, 63:7, 63:17, 65:16
**list**
25:21, 40:13, 50:8, 50:25, 51:20, 54:9
**listed**
53:25
**lists**
72:9
**litigation**
49:25
**little**
45:25, 62:10, 63:8, 71:16
**lived**
42:24, 43:2, 43:7
**livestock**
10:16, 17:12
**living**
7:10
**llc**
7:16, 7:18
**llp**
3:13
**locate**
8:13
**located**
8:15, 8:18, 16:21, 47:8
**long**
43:2, 43:7, 46:8
**look**
49:24, 51:10, 52:4, 52:14, 54:17, 54:18, 57:20, 58:22, 59:3, 59:23, 61:5, 61:22, 65:10, 65:20, 66:2
**looked**
53:12, 77:11
**looking**
14:4, 34:9, 44:17, 66:11, 66:21
**looks**
30:8, 64:14
**lost**
62:15
**lot**
71:3
**lower**
37:3
**lowered**
22:23
**lumber**
12:11, 15:18, 15:25, 21:11, 24:19, 29:8, 30:14, 30:17, 32:25, 37:23, 38:4, 38:7, 38:11, 38:17, 38:19, 76:16
**lycoming**
49:10, 58:20

M

**m&mfg**
35:7, 62:3
**ma'am**
78:22
**made**
14:7, 14:10, 20:24, 21:2, 39:11, 61:1, 68:16, 75:2
**magnified**
35:6, 36:2, 36:12, 37:3, 37:16, 38:3, 38:8, 38:18
**magnifying**
33:13
**maintained**
27:14
**maintaining**
46:23
**make**
9:2, 18:5, 28:25, 60:25, 63:1, 63:8, 66:10, 68:14, 69:7, 69:10, 70:2, 70:21, 75:5, 75:20
**making**
59:7, 64:13, 68:12
**mallory**
63:14, 64:12
**manufacturing**
39:2, 62:20, 63:22, 77:3
**map**
33:6, 34:13, 34:19, 35:1, 35:8, 35:13, 39:1, 39:7, 39:8, 39:12, 39:13, 39:23, 62:4
**margaret**
1:9
**marked**
12:22, 12:24, 18:21, 18:22, 18:24, 21:15, 21:17, 25:24, 26:1, 29:11, 29:13, 33:10, 33:16, 39:16, 39:17, 40:11, 40:17, 44:21, 50:16, 50:20, 52:9, 52:18, 53:1, 54:7, 55:14, 56:18, 56:22, 58:15, 68:5, 74:9
**martson**
3:5
**mason**
1:21, 2:6, 80:2
**matter**
16:25, 48:14
**matthew**
39:11
**maybe**
71:6
**mean**
50:8, 67:19, 69:11, 75:20
**meaning**
15:24, 20:14, 22:5, 37:5, 67:18, 73:20, 73:24, 74:2
**meanings**
72:23
**means**
38:4, 70:1, 73:13, 74:3, 75:10, 75:18
**meant**
70:6, 72:1, 72:10, 74:3
**meeting**
63:3
**mention**
11:6
**mentioned**
10:10, 10:17, 17:24, 19:16, 20:8, 23:7
**mentions**
22:21
**merits**
35:22
**michael**
14:16
**middle**
1:2, 8:3, 15:1
**might**
41:9
**mineral**
16:16, 25:7, 31:5, 32:15
**minerals**
11:4, 18:16, 28:16, 67:21
**mines**
27:3
**mining**
25:18, 39:1, 77:3
**minoring**
43:21
**mistaken**
65:24
**moment**
60:8, 61:5, 66:2
**moniker**
47:11
**more**
48:21
**morning**
7:3, 7:23, 19:6
**most**
11:19, 59:8, 64:2, 67:12
**motion**
55:21
**move**
24:9, 56:16, 71:2
**mowrey**
3:13
**much**
63:8, 78:24
**multiple**
32:6
**myself**
45:9

N

**name**
7:5, 7:6, 11:15, 17:14, 32:5, 37:19, 41:14, 62:7, 63:14, 63:16, 66:10, 66:12
**named**
65:5
**names**
9:20, 49:19, 66:4
**navy**
43:1
**near**
23:25
**necessarily**
73:17
**necessary**
41:9
**ned**
64:14
**need**
8:25, 41:23, 54:16, 70:24, 71:12
**needed**
21:2
**neither**
80:9
**new**
12:2
**next**
23:18, 37:4, 37:19, 66:8
**notarial**
80:13
**notary**
2:7, 80:1
**notation**
14:2, 15:24, 16:9, 21:2,

22:21, 23:5, 23:10, 23:12, 30:15, 35:6, 35:8, 35:9, 35:11, 36:15, 59:16, 62:18, 66:15, 70:12, 70:19, 73:2, 73:4, 74:6, 74:21, 74:24, 75:2, 75:3, 75:10, 75:11, 75:22, 76:14, 76:15, 77:20, 77:21
**notations**
11:20, 11:22, 15:23, 20:20, 20:24, 24:6, 30:18, 32:18, 63:25, 68:13, 69:3, 69:6, 74:15, 75:14, 75:17, 75:25, 76:4, 76:10, 76:13, 77:12, 77:15, 77:17
**note**
14:5, 24:2, 51:24, 56:21, 60:14, 62:5, 62:8, 69:12
**noted**
48:24
**notes**
64:4
**notice**
2:6
**november**
42:14
**number**
9:23, 22:22, 40:7
**numbers**
13:22, 14:6, 19:13, 22:12, 26:14, 29:25, 34:5, 40:24

**O**

**oath**
6:24
**object**
6:8, 47:21, 73:23, 74:22
**objection**
18:5, 18:7, 28:25, 29:3, 48:24, 68:14, 69:8, 70:3, 70:22, 71:1, 71:2, 71:8, 71:9, 72:13, 73:11, 75:16
**objections**
71:10, 72:3, 72:22
**occasion**
13:14, 19:5, 27:10, 29:15, 31:8
**october**
44:9, 47:2
**odd-numbered**
33:12
**offered**
70:22
**offering**
69:11
**office**
39:9
**officer**
80:2
**often**
76:23
**oftentimes**
59:20
**oh**
58:10
**oil**
7:13, 11:4, 16:15, 18:16, 25:7, 28:16, 31:4, 32:15, 67:21
**okay**
7:14, 10:6, 10:9, 10:17, 10:23, 11:8, 11:13, 11:17, 12:3, 13:7, 14:13, 15:17, 17:24, 20:14, 22:3, 22:16, 23:2, 23:13, 23:22, 24:1, 24:9, 24:23, 26:9, 30:12, 30:18, 31:22, 33:20, 34:22, 35:14, 35:21, 39:15, 39:25, 41:7, 41:20, 42:16, 42:21, 43:7, 43:12, 43:17, 45:5, 46:18, 49:18, 50:11, 50:15, 50:24, 52:4, 52:14, 54:17, 55:12, 56:12, 57:1, 57:18, 58:23, 59:14, 59:18, 60:12, 60:16, 61:3, 63:4, 63:7, 65:9, 67:10, 67:14, 69:1, 70:15, 71:12, 72:18, 74:9, 75:7, 75:13, 75:24, 76:18, 78:19, 78:23
**once**
73:10
**one**
3:14, 9:14, 38:24, 40:10, 49:15, 57:5, 58:5, 59:17, 62:15, 63:17, 77:2
**ongoing**
18:5, 18:7
**only**
7:17, 59:11, 71:6
**open**
59:12
**opened**
69:13
**operation**
25:18
**operations**
25:15, 65:16
**operators**
25:20, 27:3
**opinion**
68:17, 69:11
**opportunity**
21:22
**order**
20:18, 23:6
**orders**
78:7
**organized**
11:9, 17:4, 28:1
**original**
39:13
**originals**
74:11
**other**
13:21, 14:24, 19:4, 20:10, 22:11, 23:22, 24:1, 25:19, 26:13, 27:3, 28:11, 29:24, 34:4, 34:25, 35:16, 35:21, 40:6, 40:23, 49:18, 49:20, 49:22, 53:6, 55:10, 70:6, 77:21, 77:24
**otherwise**
80:11
**out**
17:17, 35:19, 42:25, 48:11, 57:4, 60:25, 63:1, 64:13, 66:10

**outcome**
80:11
**over**
62:9, 62:13, 62:21
**overton**
27:11, 27:18, 27:22, 27:25, 28:17, 28:21, 29:2, 29:5, 29:20, 31:3
**own**
17:6
**owned**
35:7, 62:3, 64:21, 65:6, 70:19, 72:2, 72:11, 72:17, 73:3, 74:7
**owner**
11:12, 11:23, 11:24, 12:2, 20:13, 20:18, 36:3, 38:10, 38:20, 59:9, 59:15, 59:21, 60:14, 60:16, 64:3, 64:5, 69:6, 69:16, 70:1, 70:9, 75:12, 75:23, 76:17, 76:23, 77:1, 77:4, 77:18, 77:22, 77:23
**owners**
11:18, 32:10, 38:22, 64:1, 68:20, 72:21, 76:7, 76:15
**ownership**
73:9, 75:6
**owning**
38:5

**P**

**p&h**
36:3
**p&hill**
68:10, 68:19
**pa**
3:7, 3:15
**pages**
1:20, 13:15, 13:18, 13:23, 19:4, 19:6, 19:12, 21:23, 22:13, 25:5, 26:4, 26:15, 29:16, 30:1, 31:2, 33:12, 33:14, 34:6, 40:13, 60:2, 69:2, 71:18, 71:22
**paid**
36:13, 37:7, 37:11, 51:2, 62:19, 63:11, 63:18, 64:4, 64:6, 64:10, 64:13, 64:16, 64:20
**paragraph**
45:19, 50:5, 50:11, 54:18, 54:21, 54:23, 56:6, 56:7, 56:9, 57:5, 65:10
**parcels**
17:13, 17:15
**part**
51:6, 51:20, 51:25, 52:6, 52:11, 52:15, 52:21, 52:25, 53:3, 61:12, 61:13, 61:17, 67:12
**partial**
55:21
**particular**
34:9, 59:11
**particularly**
74:18
**parties**
78:7, 78:11, 80:10
**parts**
53:7
**party**
21:4
**pass**
39:4, 41:10
**passing**
46:23
**past**
43:11
**paul**
3:11, 71:5
**paula**
1:21, 2:6, 80:2
**paying**
65:5
**penalties**
6:7, 6:18
**pencil**
36:15, 74:14, 74:21, 74:24, 75:2, 75:9, 75:11, 75:14, 75:17, 75:22, 77:11, 77:14, 77:17, 77:20
**penciled**
75:25, 76:4
**pending**
8:2
**pennsylvania**
1:2, 1:4, 1:5, 2:8, 7:8, 7:25, 8:3, 12:11, 12:14, 15:18, 15:25, 16:5, 16:10, 16:12, 21:11, 24:19, 29:8, 30:14, 30:16, 32:24, 37:18, 37:23, 38:4, 38:7, 38:10, 38:16, 38:19, 38:20, 41:15, 42:19, 42:21, 42:24, 43:3, 43:13, 43:15, 47:10, 47:15, 76:16
**perform**
8:4
**performed**
7:20
**perhaps**
71:7
**period**
10:4, 15:13, 16:14, 17:19, 27:20, 32:13
**perjury**
6:7, 6:18
**person**
64:4, 64:20, 65:5, 65:6
**petroleum**
44:2, 44:5, 44:7, 47:2
**photo**
57:17, 57:19
**photograph**
22:5, 40:4, 57:21, 59:20
**photographed**
13:18, 13:24, 19:12, 22:14, 26:15, 30:1, 34:6, 34:10, 40:8
**photographs**
13:7, 13:11, 19:8, 22:3, 26:9, 29:21, 34:1, 40:19, 40:25
**photos**
54:24, 55:3, 57:11, 57:12, 57:13, 57:15
**phrase**
73:20
**picture**
51:5, 53:19, 61:20

Case 4:22-cv-00518-MWB Document 37-2 Filed 08/17/26 Page 35 of 43



**pictures**
48:18, 48:22, 51:3, 53:11, 53:13, 53:16, 53:18, 61:16, 64:24
**pittsburgh**
3:15
**place**
3:14, 50:15
**placed**
50:18
**plaintiff**
1:6, 3:3, 6:15
**please**
6:4, 18:10, 30:3, 32:2, 37:2, 41:22, 41:23, 71:14, 78:13
**plus-year**
71:20
**point**
14:1, 14:9, 14:18, 15:5, 15:17, 16:4, 22:16, 22:24, 23:3, 23:8, 23:13, 23:23, 24:23, 26:17, 27:2, 28:25, 30:3, 30:12, 34:12, 37:22, 48:11, 70:25
**portion**
9:19, 36:12, 37:3, 37:17, 38:9, 38:18, 59:19, 61:19, 61:21, 62:23, 65:13, 68:25
**portions**
71:6
**possible**
51:13
**possibly**
23:19, 64:15
**ppg**
3:14
**preferences**
78:16
**prepared**
45:12
**present**
3:19
**presume**
42:16
**previous**
33:15
**previously**
10:9
**printed**
68:23
**prior**
19:6, 44:4, 46:13, 46:16
**probably**
31:20
**procedure**
10:20, 19:23
**proceed**
48:23
**proceeding**
6:9
**proctor**
1:8, 1:9, 7:21, 8:1, 12:4, 14:19, 14:25, 21:6, 23:14, 23:17, 24:6, 24:10, 24:14, 25:11, 26:18, 26:20, 28:21, 29:5, 30:4, 30:7, 30:9, 30:10, 32:19, 33:7, 35:8, 35:13, 35:15, 35:20, 35:22, 36:3, 37:9, 49:20, 59:17, 61:9, 62:4, 65:14, 66:4, 66:12, 66:14, 69:21, 70:1, 70:9, 70:16, 70:20, 72:1, 72:2, 72:8, 72:11, 72:17, 72:19, 72:20, 73:2, 73:3, 73:5, 73:21, 74:5, 74:7
**product**
58:21
**profession**
47:12
**professional**
7:11, 45:23, 46:1, 46:5, 46:9, 46:12, 46:19, 46:21, 47:7, 47:11, 47:16, 47:18, 48:9, 48:25
**proffered**
48:12, 69:9, 73:15
**properties**
9:25, 16:11, 61:8, 68:24, 72:11
**property**
10:24, 11:18, 18:2, 18:13, 18:17, 20:12, 20:13, 20:24, 21:3, 21:4, 28:13, 28:17, 36:4, 59:9, 59:15, 60:14, 60:16, 64:1, 64:21, 65:6, 67:21, 68:20, 69:17, 70:9
**provide**
7:12, 57:17
**provided**
9:3, 34:19, 39:1, 39:12, 39:13, 45:13, 57:15
**provides**
16:12
**providing**
7:5
**province**
72:24, 73:14, 75:4, 75:19
**public**
2:7, 8:22, 17:1, 27:16, 31:15, 80:1
**pull**
58:4, 59:2, 61:23, 65:21
**pulled**
60:15
**pursuant**
2:6
**put**
40:11, 42:5, 42:6, 55:13, 58:9, 58:23, 68:4
**putting**
12:21, 18:20, 21:14, 25:23, 29:10, 33:9, 39:15

**Q**

**qualifications**
47:25, 48:2, 48:15
**qualified**
74:1, 74:25, 75:17
**question**
18:10, 42:12, 48:8, 48:15, 58:5, 64:22, 71:13, 72:18, 73:6, 76:3
**question's**
74:23
**questioning**
67:24
**questions**
18:6, 29:1, 29:3, 40:10, 41:10, 41:21, 48:3, 48:20, 57:24, 69:14,

76:19, 77:25
**quite**
38:5

**R**

**r-o-t-e**
37:20
**raised**
71:8
**ranging**
17:20, 27:20
**read**
6:3, 36:21, 37:20, 50:8, 50:9, 50:13, 60:23, 71:12, 79:3
**reading**
80:8
**real**
9:20, 10:13, 10:14, 17:10, 66:24, 67:11, 67:15, 67:18, 67:20, 69:22
**really**
72:14
**reask**
73:18
**reason**
41:21, 68:12, 68:16, 77:22
**recall**
21:5, 55:8, 59:7, 66:18, 77:12
**recapitulation**
9:16, 10:10, 10:11, 10:12, 10:23, 11:3, 17:7, 17:24, 18:11, 19:3, 19:17, 19:25, 28:4, 28:12, 57:8, 65:19
**recognize**
44:23, 50:22, 55:16, 56:20, 56:25, 58:18
**recognizes**
47:10
**record**
6:3, 18:4, 18:8, 28:24, 38:10, 38:13, 56:21, 74:3, 74:4, 75:24, 78:5, 78:25, 80:5
**record's**
33:11
**recorder**
39:6, 39:9
**records**
8:7, 8:10, 8:11, 8:12, 8:14, 8:15, 8:20, 8:25, 9:8, 13:6, 15:16, 16:21, 16:25, 17:19, 22:2, 26:8, 27:19, 27:22, 29:19, 31:11, 31:18, 31:19, 58:19, 61:8, 66:21, 68:13, 69:18, 69:25, 70:5, 71:18, 75:8, 76:23, 77:8
**recross-examinat-ion**
76:20
**rectangle**
38:9
**red**
16:9, 35:12
**redirect**
41:8, 67:24, 68:1, 68:2
**reduced**
23:5, 80:7
**refer**
28:21, 29:5, 29:7, 65:18
**reference**
12:7, 15:13, 15:18, 16:1, 16:13, 20:11, 23:14, 23:17, 24:10, 34:23, 35:21, 36:2, 36:23, 37:16, 38:6, 38:16, 66:9, 69:20, 70:16, 71:25, 72:7, 73:8
**referenced**
51:6, 51:25, 52:12, 52:22, 53:3, 53:7, 54:15, 54:23, 57:2
**references**
12:4, 12:10, 12:13, 12:17, 14:5, 14:19, 14:24, 15:6, 16:5, 21:5, 24:14, 24:18, 24:24, 25:11, 25:15, 26:18, 27:2, 30:4, 30:13, 32:22, 32:24, 33:2, 33:5, 34:13, 34:25, 35:15, 35:16, 36:5, 37:14, 37:23, 50:5, 68:9, 69:6, 72:20, 76:7
**referencing**
14:2, 30:7, 32:18, 66:17
**referred**
39:7
**referring**
15:8, 15:22, 16:8, 23:3, 23:8, 34:17, 35:5, 36:11, 38:1, 51:15, 74:24
**refers**
56:9
**reflecting**
64:1
**regard**
18:6
**regarding**
29:2, 55:7
**registered**
46:12, 46:15
**relate**
51:12
**related**
25:15, 49:25, 80:9
**relates**
62:5, 73:21
**relating**
65:16
**relevance**
18:5, 18:7, 29:1
**relying**
77:16
**remaining**
73:21
**remarks**
60:25, 68:21
**repeat**
18:10
**report**
55:6, 55:8
**reported**
1:21
**reporter**
6:2, 6:5, 6:16, 78:15, 78:19, 78:23, 80:1
**representation**
57:21
**request**
9:2
**requested**
80:8
**requirements**
46:20
**research**
7:21, 8:4, 39:5
**researched**
39:8

**resident**
42:21
**residents**
9:21, 10:15, 17:11
**respect**
53:10
**rest**
15:11, 48:20
**restate**
64:22
**review**
8:7, 8:10, 8:24, 9:5, 10:3, 10:7, 13:15, 16:18, 17:17, 17:21, 19:5, 21:22, 27:11, 27:19, 27:21, 29:15, 31:8, 31:19, 31:23, 45:13, 55:24, 70:18, 77:14
**reviewed**
8:11, 8:14, 10:4, 20:3, 25:5, 31:2, 41:5, 71:17, 71:22
**reviewing**
69:5, 69:25, 74:17, 74:19, 75:8
**revise**
11:25
**revised**
21:2
**revision**
61:1
**ridgeway**
37:17
**right**
13:14, 38:24, 41:3, 42:17, 51:19, 54:6, 58:24, 59:21, 60:4, 60:10, 60:17, 62:13, 62:17, 62:19, 62:22, 62:23, 62:25, 63:7, 63:17, 63:25, 67:7, 67:22, 69:24, 78:4
**rights**
16:16, 25:8, 31:5, 32:15
**road**
35:19
**roll**
9:5, 9:12, 9:13, 12:19, 16:18, 17:18, 25:6, 27:11, 28:1, 31:3, 65:14
**rolls**
77:8
**rote**
37:20

**S**

**s-m-i**
63:2
**said**
48:21, 77:4, 80:6
**sale**
16:11
**same**
27:14, 28:1, 41:25, 50:18, 57:24, 61:12, 61:17, 69:8, 69:13, 70:3, 70:11, 70:22, 72:3, 72:13, 72:18, 72:22, 73:6, 73:10, 75:13, 78:4, 78:21, 79:4
**samuel**
23:5, 30:6
**san**
42:25
**satisfying**
46:20
**save**
71:2
**saw**
55:3, 77:2
**say**
36:19, 43:4, 43:11, 46:7, 46:11, 52:3, 53:15, 53:17, 53:20, 54:14, 54:22, 55:2, 61:18, 62:2, 62:24, 63:10, 64:6, 64:16, 67:14, 71:9, 71:19, 71:21, 71:23, 77:17
**says**
38:22, 45:22, 48:2, 52:6, 52:15, 54:9, 54:18, 59:17, 60:20, 60:25, 62:19, 63:1, 63:18, 64:9, 73:25
**school**
42:17
**schools**
10:1, 17:16
**schrader**
33:7, 35:7, 39:1, 39:7, 39:14, 39:24, 62:3, 62:20, 63:22, 77:2
**science**
43:20, 43:21
**scope**
47:21, 58:1
**screen**
12:21, 14:13, 14:22, 21:14, 25:23, 29:10, 33:9, 39:15, 40:11, 42:6, 45:20, 53:13, 55:13, 56:7, 56:15, 59:5, 60:24, 62:6, 62:14, 63:2, 68:4
**scroll**
24:13, 52:1, 52:7, 52:20, 54:13, 60:8, 62:9, 62:13
**scrolled**
69:1
**scrolling**
19:17, 24:5, 34:8
**seal**
80:13
**search**
50:1, 65:2
**searches**
47:19, 48:10, 49:1, 49:3, 49:6, 49:9
**seated**
10:14, 11:8, 11:11, 17:9, 20:9, 20:17, 25:12, 25:20, 61:8, 61:19, 65:12, 68:24
**second**
19:18, 46:7, 52:8, 56:1, 56:16, 60:4, 66:5, 76:15
**section**
68:21
**see**
11:20, 12:4, 12:7, 12:10, 12:13, 12:17, 14:14, 14:22, 16:15, 20:20, 24:18, 25:7, 25:19, 30:8, 31:4, 32:14, 32:18, 33:5, 36:15, 42:9, 43:4, 45:20,

45:22, 45:23, 50:11, 51:14, 51:18, 51:19, 51:23, 52:1, 52:16, 54:16, 54:21, 56:6, 56:9, 56:17, 57:3, 57:16, 58:13, 59:25, 60:20, 61:25, 62:6, 62:9, 62:18, 62:22, 62:25, 64:11, 65:10, 65:16, 68:9, 69:19, 69:23, 74:13, 75:1, 77:20
**seeing** 21:5, 36:1, 66:18
**seeling** 58:8
**seely** 30:8, 30:10
**seen** 13:1, 33:20, 35:14, 39:19
**segment** 9:22, 17:9
**segments** 9:15
**self-employed** 44:2, 47:2
**separate** 17:6, 32:14
**sequence** 16:7
**series** 40:10
**services** 7:12
**set** 9:13, 32:3, 56:15, 68:22, 80:12
**setting** 19:12
**several** 39:6
**severed** 16:15, 25:7, 31:4, 32:14
**share** 44:16
**sheet** 79:7
**should** 23:16, 49:15, 57:12, 59:4
**show** 14:7, 44:14, 45:1, 50:3, 64:7, 64:9, 70:6
**showing** 39:13, 60:15
**shown** 35:7, 40:1, 61:24, 62:4, 71:6
**shows** 27:6, 27:7, 27:8, 36:2, 37:17, 38:19, 60:2, 74:4
**side** 76:1
**sierra** 7:7
**signature** 45:3, 45:14, 55:24, 56:1, 79:10
**signature-bvoni** 80:17
**signed** 79:7
**signifying** 36:3
**signing** 80:8
**similar** 17:5, 19:25, 30:18, 35:9, 69:2
**similarly** 41:20
**since** 13:24, 46:10
**single** 32:7
**sir** 68:18, 70:7, 78:1, 78:12
**situation** 37:21
**skip** 76:10
**smaller** 38:21, 63:9
**smith** 63:5, 63:6
**society** 8:16, 8:21, 9:2, 9:4, 9:9, 13:13, 13:19, 16:22, 19:9, 22:9, 26:11, 27:10, 29:22, 31:12, 38:25, 39:11, 40:2, 40:21, 41:1, 48:18, 48:22, 53:22, 55:4, 55:10
**sold** 12:1, 21:3, 21:4, 63:1, 63:10, 63:18
**some** 14:18, 15:5, 26:18, 30:4, 30:13, 33:13, 37:22, 46:2, 47:22, 64:3
**someone** 8:24, 75:1
**somewhat** 62:14
**sorry** 66:7
**sort** 20:23, 46:2, 55:7
**span** 10:6, 31:22
**spans** 17:22, 27:23
**speak** 47:25, 67:10, 72:23, 75:1, 75:21
**speaking** 67:11, 67:15
**speaks** 50:12, 73:25
**specific** 29:1
**specifically** 18:6
**spelled** 7:7
**stakeholders** 7:13
**stamp** 13:21, 19:13, 22:11, 26:13, 29:24, 40:6, 40:23
**stamps** 34:4
**stand** 30:16
**standby** 44:16
**stands** 48:8
**start** 7:4, 23:2, 42:3
**started** 42:25
**starting** 15:10, 68:8
**starts** 40:15
**state** 35:11, 43:13, 43:15, 48:16, 71:2, 77:23
**stated** 48:16
**statement** 9:16, 10:10, 10:11, 10:12, 10:23, 11:3, 17:7, 17:25,

18:12, 19:3, 19:17, 28:5, 28:12, 57:8, 59:7, 65:20
**statements** 20:1
**states** 1:1, 8:2, 65:12
**stipulate** 6:4
**stipulated** 6:12, 6:14
**stipulation** 6:3, 6:23
**stockman** 3:11, 4:3, 4:5, 6:12, 7:2, 41:8, 42:1, 42:4, 45:12, 47:20, 48:5, 48:7, 48:11, 48:17, 48:23, 54:2, 55:23, 56:21, 59:1, 67:25, 68:3, 69:12, 70:24, 73:16, 76:18, 77:13, 78:1, 78:13, 78:17
**subject** 10:25, 18:2, 18:14, 41:8, 67:23
**submitted** 55:24
**successful** 42:2
**suite** 3:14
**sullivan** 49:7
**summarization** 33:19
**summarize** 33:18
**summary** 10:12, 55:21
**support** 42:11, 55:20
**sure** 57:4, 73:16, 74:23
**surface** 20:12
**survey** 11:24, 11:25, 14:3, 14:5, 22:18
**sussman** 3:20
**swearing** 6:4

**T**

**take** 13:7, 13:10, 22:3, 26:9, 34:1, 51:5, 57:10, 60:8, 66:2, 78:6
**taken** 80:3, 80:6
**talked** 68:5
**talks** 63:18
**tanning** 12:8, 15:6, 15:14, 21:9, 24:24, 32:22, 36:5, 36:13, 36:18, 36:19, 36:24, 37:5, 37:7, 37:14, 68:9, 68:19, 70:13
**tax** 8:11, 8:13, 8:15, 9:12, 9:13, 9:17, 9:24, 17:15, 18:3, 18:14, 19:22, 36:13, 65:13
**taxable** 9:19, 10:13, 10:22, 11:4, 18:17, 19:24, 28:14, 28:17
**taxation** 10:25
**taxes** 35:19, 37:6, 37:11, 40:14, 51:2, 51:21, 54:11, 64:4, 65:6
**tech** 42:11
**technician** 3:20, 44:16, 51:14, 51:18, 54:1, 54:6, 58:7, 58:10, 58:13, 65:22, 66:1, 78:6, 78:10
**tell** 42:13, 42:14, 45:5, 45:10, 62:15, 68:16, 73:12, 74:1, 75:18
**ten** 43:11
**tested** 48:1
**testified** 6:24
**testify** 70:4, 73:24
**testimony** 6:6, 6:17, 47:22, 79:4, 79:5, 80:5, 80:6
**texas** 47:9
**th** 80:13
**thank** 61:4, 66:1, 78:1, 78:9, 78:19, 78:24
**themselves** 75:21
**thereafter** 80:6
**thereon** 40:14, 51:21
**thing** 78:4
**things** 47:25, 48:2
**think** 42:9, 42:10, 65:24, 70:25, 71:1, 71:5, 78:17
**third** 66:7
**thomas** 1:8, 7:21, 8:1, 22:20, 23:4, 23:24, 24:3, 24:21, 37:10
**thousands** 71:22
**through** 16:14, 31:20, 46:24, 52:1, 52:15, 60:8, 66:2, 69:1, 71:11
**throughout** 15:11, 15:15
**thursday** 1:16
**time** 31:22, 45:16, 46:16, 56:4, 64:13, 68:15, 68:21, 68:22, 71:3, 71:8, 78:2
**tiny** 67:25
**title** 39:5, 46:2, 47:19, 48:10, 49:1, 49:3, 49:6, 49:9, 49:12, 50:1, 65:2, 67:6, 67:9, 67:13,

67:14, 67:15, 70:5, 77:9
**titled**
40:13
**took**
19:8, 22:8, 29:21, 40:4, 40:20, 40:25, 48:18, 48:22, 51:3, 53:11, 53:17, 53:18, 54:25, 57:21, 61:16, 64:24, 78:18
**top**
14:5, 24:16, 25:1, 38:21, 66:10, 70:12, 76:14
**totally**
42:2
**towanda**
8:18, 9:9, 16:22, 22:9, 27:7, 27:8, 68:10, 68:19
**township**
9:6, 9:11, 9:18, 9:21, 9:25, 10:2, 10:15, 10:22, 12:3, 12:14, 12:18, 13:6, 16:16, 16:19, 16:24, 16:25, 17:4, 17:5, 17:8, 17:11, 17:18, 18:7, 20:3, 20:6, 20:8, 20:21, 21:6, 22:2, 25:6, 25:20, 26:8, 27:4, 27:12, 27:18, 27:22, 27:25, 28:9, 28:18, 28:21, 29:2, 29:4, 29:5, 29:20, 31:3, 32:4, 35:13, 38:5, 59:4, 61:9, 65:13, 74:14, 76:1, 76:5, 76:11
**township's**
11:10
**townships**
28:2, 28:11, 32:4
**tract**
12:1
**tracts**
11:23, 17:14, 76:8
**transcript**
4:9, 5:2, 6:9, 78:10, 79:5, 80:4
**transcripts**
78:7
**transfer**
77:9
**transferred**
66:25
**transfers**
66:25
**trial**
7:24, 47:23
**trips**
39:10
**true**
6:7, 6:18, 50:6, 54:19, 76:22, 79:4, 80:4
**trust**
1:8, 1:10, 7:21, 8:1, 49:21
**try**
41:25, 42:2, 42:9, 66:8
**trying**
57:23, 58:24
**turn**
44:19, 60:19, 74:9
**turning**
38:15, 69:19, 70:15
**twice**
57:24
**types**
69:13
**typewriting**
80:7
**typically**
67:3, 67:5

**U**

**uh-huh**
50:10
**ultimate**
75:5
**um**
43:9
**unclear**
41:22
**under**
6:7, 6:18, 6:24, 46:3, 58:10, 80:7
**underneath**
70:5, 73:2
**understand**
34:22
**understanding**
69:4, 69:24, 70:17, 71:15, 71:25, 72:10, 72:20, 73:7, 73:19, 74:20, 75:9, 76:6
**union**
12:7, 15:6, 15:14, 21:9, 24:24, 32:22, 36:5, 36:13, 36:17, 36:19, 36:23, 37:5, 37:7, 37:14, 68:9, 68:19, 70:13
**united**
1:1, 8:2
**university**
43:14, 43:15
**unseated**
9:22, 9:23, 10:14, 11:14, 11:17, 17:13, 25:8, 28:20, 31:5, 31:9, 31:18, 31:24, 32:10, 32:16, 32:19, 33:6, 33:25, 34:14, 40:13, 41:4, 50:25, 51:1, 51:20, 54:10, 61:20, 69:20, 70:12, 70:16, 71:25, 72:8, 72:19, 73:5, 73:20, 74:5
**use**
41:25, 50:19, 58:25, 77:3
**ut**
37:17, 60:15, 60:20
**utc**
37:5

**V**

**value**
65:15, 65:18
**verified**
6:10
**versus**
7:25
**vertical**
38:9
**video**
78:5
**view**
74:10
**viewed**
57:14
**viewing**
8:21, 17:1, 27:16, 31:14
**virtually**
1:15, 2:2

**visit**
9:1
**visits**
38:24
**volume**
32:7

**W**

**want**
42:5, 45:16, 46:7, 51:12, 66:3
**wanted**
78:8
**warrant**
9:23, 11:15, 11:16, 12:18, 14:15, 14:16, 15:2, 15:3, 15:4, 15:10, 16:2, 17:14, 22:20, 23:4, 23:5, 23:10, 23:11, 23:19, 23:20, 23:21, 23:25, 24:4, 24:8, 24:12, 24:16, 24:21, 24:22, 25:3, 30:7, 30:10, 32:5, 33:3, 34:19, 34:20, 37:4, 37:7, 38:13, 62:5, 62:7, 62:12, 66:9, 75:12, 75:23
**warrants**
32:4, 32:11, 37:10, 38:5, 72:9, 73:2, 74:6, 74:7
**way**
6:9, 24:13, 34:9, 51:10
**we'll**
42:9, 62:21, 71:2
**we're**
14:4, 42:8, 67:14, 74:3, 75:25, 78:4
**we've**
18:24, 25:23, 29:10, 35:14, 39:16, 62:15, 66:20, 71:8, 74:9
**went**
48:17, 48:21
**weren't**
77:4
**whereas**
61:19
**whereof**
80:12
**whereupon**
6:21
**whether**
25:14, 48:8, 54:14, 64:20, 65:5
**white**
57:16
**william**
14:6, 23:18, 62:12, 66:9
**williamsport**
38:20
**wished**
8:24
**within**
10:6, 10:22, 17:21, 27:22, 31:22, 32:4
**without**
33:15
**witness**
6:5, 6:6, 6:10, 6:19, 6:24, 41:10, 44:15, 48:4, 48:13, 68:15, 69:9, 69:15, 70:23, 73:12, 80:12
**words**
77:3
**work**
55:7, 55:9, 58:21, 64:19, 65:4, 71:16
**worked**
35:19
**worth**
47:9
**writing**
64:14

**Y**

**year**
9:14, 17:5, 74:2
**years**
9:14, 10:2, 11:2, 17:17, 18:18, 27:18, 28:18, 31:17, 32:3, 32:6, 40:15, 43:4, 43:11, 73:7, 75:7, 76:5
**yourself**
7:4

**Z**

**zip**
7:9

**0**

**0752**
3:16

**1**

**1**
4:24, 5:4, 51:10, 51:15, 52:5, 52:15, 52:24, 53:25, 54:1, 54:4, 55:12, 57:5, 65:9
**10**
4:20, 4:22, 30:23, 42:5, 50:20
**100**
26:21, 34:21, 52:5, 61:10
**101**
52:15
**102**
52:24
**104**
4:24, 53:25, 54:1, 54:4
**11**
4:21, 4:23, 15:3, 29:12, 30:25, 35:24, 36:1, 36:24, 42:5, 52:9, 52:24, 70:15, 74:18, 78:25
**12**
1:5, 4:11, 4:22, 52:18, 72:7
**127**
73:4
**13**
1:16, 4:23, 37:15, 53:1, 72:18, 75:14
**130**
5:4, 5:5, 5:6, 55:12, 56:14, 57:5, 57:10, 58:4, 58:8, 58:11, 65:9
**14**
4:24, 23:1, 23:7, 54:7
**15**
5:4, 37:25, 55:14, 76:3
**1522**
3:15
**1567**
1:5
**16**
5:5, 50:17, 56:18
**17**
5:6, 38:7,

40:12, 58:15, 73:22, 80:16
**17110**
3:7
**17814**
7:9
**18**
4:12, 24:10, 24:25, 69:2, 74:2
**1890**
31:20, 32:13, 51:22
**1893**
63:20
**1894**
10:4, 11:2, 16:14, 17:20, 18:18, 25:9, 27:20, 28:18, 31:3, 63:1
**1895**
51:22, 59:5
**1896**
59:24
**19**
38:15, 69:2, 76:10, 76:11
**1900**
75:2
**1901**
52:15
**1904**
74:3
**1905**
52:16
**1906**
52:25
**1907**
38:13
**1908**
52:25
**1909**
40:15, 54:11
**1910**
40:15
**1919**
40:15
**1920**
40:16
**1921**
40:16
**1930**
31:20, 54:11
**1931**
10:5, 11:2, 16:15, 17:20, 18:18, 25:9, 27:20, 28:18, 31:4
**1935**
31:21, 32:13
**1954**
42:15
**1977**
43:18, 43:25, 44:9, 47:3
**1995**
46:11
**1:-cv**
1:5

**2**

**20**
33:11, 69:2
**2001**
3:6
**2020**
1:16, 80:14
**2022**
80:16
**21**
4:13, 15:20, 69:2
**22**
63:20, 69:2
**23**
42:14
**24**
78:25, 80:13
**25**
63:1
**26**
4:14
**28**
16:7
**29**
4:15

**3**

**3**
54:17
**3-page**
44:15
**30**
1:17
**3100**
3:14
**312973**
1:19
**32**
12:23, 13:15
**33**
4:16
**333**
3:16
**370**
34:20
**39**
4:17

**4**

**4**
5:5, 56:14, 57:10
**40**
4:18, 71:20, 73:7, 75:7, 76:5
**404**
3:16
**41**
4:4, 24:14, 24:15
**44**
4:19, 27:1
**47**
4:18, 40:12, 40:19, 53:25, 54:2
**48**
21:16, 21:23
**49**
4:17, 39:16, 39:19, 39:22

**5**

**5**
5:6, 58:4, 58:8, 58:11
**50**
4:12, 4:20, 18:21, 18:25, 19:2, 19:5, 56:23, 57:10, 57:18, 65:25, 66:1, 66:3, 66:16
**51**
4:16, 33:10, 33:20, 33:23, 34:2, 36:1, 36:24, 37:15, 38:15, 61:22, 61:23, 61:24, 74:10, 74:19, 75:15, 76:4, 76:11
**52**
4:21, 4:22, 56:10, 56:14, 57:2, 57:8, 57:10, 65:20, 65:21
**53**
4:23
**54**
4:24
**55**
5:4
**551**
7:8
**56**
5:5
**58**
5:6
**5th**
64:12

**6**

**60**
43:4
**67**
4:5

**7**

**7-page**
25:24
**74**
22:23
**76**
4:6

**8**

**8**
65:10
**80**
1:20

**9**

**9**
1:17
**96**
54:17
**963**
44:11
**99**
51:10, 51:15