EXHIBIT 3



Boston, August 17, 1920.

Mr. Calvin H. McCauley, Jr.,
Williamsport, Penna.,

Dear Sir:-

When you were in Boston in connection with the Rock Run deal you said, as we remember, that you would be glad to investigate any other coal properties that we might have in Pennsylvania.

The only other minerals that we are interested in is in connection with the Estate of Jona. A. Hill, this (T.E.P.) estate having a two thirds interest, the enclosed map showing the tracts on which the minerals are reserved.

There have been several mines in this vicinity, the old Carbon Run mine, either on the James Biddle or on the John Barron, Jr., tract, havin been abandoned some years ago but having been worked in a very small way until now for what had been left.

The enclosed copy of a letter from George R. Hill who has had matters there in charge, he havin a sixth interest, tells of the only other prospect or developement that we know of and we would very much like to know what the develppement is likely to amount to and whether there is anything else in sight on the properties.

If you are able to give this matter attention we shal appreciate it and have ventured to write you in view of your proposition when here.

Yours truly [signature]

Boston, September 8, 1920.

Mr. Calvin H. McCauley, Jr.,
Williamsport, Penna.,

Dear Sir:-

The taxes paid last year by Mr. George R. Hill on account of the Proctor & Hill interests in minerals amounted to $175.40.

We have no memorandum of the warrants covered by these taxes and think you may be able to get a list without troubling Mr. Hill.

We think the warrants are all in Bradford County.

If it is not convenient for you to do this let us know and we will get the information from Mr. Hill.

Yours truly,

[illegible] | [illegible]
[illegible] PROCTOR | [illegible]
[illegible] | THOMAS E. PROCTOR