**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL DEVELOPMENT COMPANY LLC,<br><br>Defendant. | Civil Action No. 22-cv-00518<br><br>Matthew W. Brann<br>Chief United States District Judge |

**UNOPPOSED MOTION TO STAY CASE PENDING RESOLUTION OF CHALLENGES TO THE CONSTITUTIONALITY OF ACT 27 OF 2026**

Charles R. Kendall and Ann P. Hochberg, Trustees for the Thomas E. Proctor Heirs Trust (the "Trust") hereby move to stay this action pending the resolution of challenges to the constitutionality of Pennsylvania Act 27 of 2026, 72 P.S. § 5860.701-A, *et seq*. in the Pennsylvania state courts, and state the following:

1. On November 26, 2025, this Court entered an order lifting a stay that was in place pending the appeal of *Pennsylvania Game Commission v. Thomas E. Proctor Heirs Trust*, No. 22-1587 (3d Cir.) following the Pennsylvania Supreme Court's answer to a certified question from the Third Circuit on a controlling question of state law as reported at *Pennsylvania Game Comm'n v. Thomas E. Proctor Heirs Tr.*, 335 A.3d 1108, 1124 (Pa. 2025) (hereinafter "*PGC*").

2. Following the lifting of the stay, the Court entered a scheduling order and the parties have engaged in discovery to work this matter towards resolution under the applicable law as espoused in both *Herder Spring Hunting Club v. Keller*, 143 A.3d 358 (Pa. 2016) and *PGC*.

3. However, on July 12, 2026, the Pennsylvania legislature passed Pennsylvania Act 27 of 2026 ("Act 27"). Act 27 purports to overrule the Pennsylvania Supreme Court decisions in both *Herder Spring* and *PGC* with retroactive effect by amending the Unseated Land Laws that were in effect from 1804 until their repeal in 1947.

4. On August 3, 2026, Defendant International Development Company, LLC ("IDC") filed a motion for summary judgment relying upon the retroactive application of Act 27.

5. In related litigation brought by the Pennsylvania Game Commission against the Trust in the Commonwealth Court entitled *Commonwealth of Pennsylvania, Pennsylvania Game Commission v. Thomas E. Proctor Heirs Trust*, No. 493 MD 2017 (the "Commonwealth Court Case"), the Game Commission raised Act 27's passing on the eve of trial. The Trust is challenging Act 27 as unconstitutional in the Commonwealth Court Case, and that case offers a direct appeal to the Pennsylvania Supreme Court.

6. In addition, in related litigation pending at *Kendall et al. v. EQT AMD LLC et al.*, No. 21-1491 (M.D. Pa.), on August 25, 2026, counsel for the EQT defendants, filed a letter requesting a status conference regarding the impact of challenges to Act 27 on the pending case management deadlines in this case.

7. After receiving the request, counsel for the Trust contacted counsel for the defendants in the EQT matter, including counsel for Defendant IDC, and all parties have agreed to a stay of the EQT matter and this matter pending the resolution of the Trust's challenges to Act 27 in the Commonwealth Court Case, including any appeal to the Pennsylvania Supreme Court, without waiver of Defendants' respective rights to seek to be heard in any proceeding addressing Act 27. The Trust makes this request without waiver of any party's ability to seek to lift the stay should procedural delays in the Commonwealth Court Case render that vehicle no longer efficient.

8. The Trust will be filing a similar motion to stay in the EQT case as well.

WHEREFORE, the Trust respectfully requests that the Court enter an order staying this case pending the resolution of the constitutional challenges to Act 27 in the Commonwealth Court Case, and granting any other relief that this Court deems just and appropriate.

Dated: September 3, 2026

Respectfully submitted,

/s/ *Laura A. Lange*
Laura A. Lange (PA 310733)
5519 Sterling Brook
Houston, TX 77041
lange@proctortrust.com

Justin G. Weber (PA 89266)
TROUTMAN PEPPER LOCKE LLP
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181
717.255.1155
717.238.0575 (fax)
Justin.Weber@troutman.com

*Attorney for Plaintiffs*

**CERTIFICATE OF CONCURRENCE**

I hereby certify that I contacted counsel for Defendant via electronic mail on September 2, 2026, to determine whether Defendant consents to the relief sought herein. Counsel for Defendant concurs in the relief sought by this Motion without waiver of Defendant's right to seek to be heard in any proceeding addressing Act 27.

Dated: September 3, 2026 /s/ *Laura A. Lange*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court today via the Court's CM/ECF, and that, pursuant to Local Civil Rule 5.7, participants in the case who are registered ECF users will be served by the ECF system.

Dated: September 3, 2026 /s/ *Laura A. Lange*