**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL DEVELOPMENT COMPANY LLC,<br><br>Defendant. | Civil Action No. 22-cv-00518<br><br>Matthew W. Brann<br>Chief United States District Judge |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY CASE**

AND NOW, this ____ day of ____________, 2026, upon consideration of Plaintiffs' Unopposed Motion to Stay and all other materials submitted in support of and in response to the Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this case is HEREBY STAYED pending the resolution of the constitutional challenges to Pennsylvania Act 27 of 2026 in *Commonwealth of Pennsylvania, Pennsylvania Game Commission v. Thomas E. Proctor Heirs Trust*, No. 493 MD 2017, including any appeal to the Pennsylvania Supreme Court in that case. Any party may request that the stay be lifted if circumstances change in the Commonwealth Court matter.

IT IS SO ORDERED.

______________________________
Matthew W. Brann
Chief United States District Judge