**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL DEVELOPMENT CORPORATION,<br><br>Defendant. | No. 4:22-CV-00518<br><br>(Chief Judge Brann) |

# ORDER

**SEPTEMBER 3, 2026**

In April 2022, Plaintiffs filed a complaint related to a dispute involving the title to a subsurface estate.[1] After years of litigation, and a previous stay, Plaintiffs have filed an unopposed motion to stay the case.[2] In that motion, Plaintiffs noted that the Pennsylvania Game Commission has raised a potentially dispositive issue related to the constitutionality of a new Act passed by the Pennsylvania in the matter of *Commonwealth of Pennsylvania, Pennsylvania Game Commission v. Thomas E. Proctor Heirs Trust*, Docket Number 493 MD 2017. While this issue has only been heard at the Commonwealth Court level, the decision on the constitutionality of the statute can, and appears will, be appealed to the Supreme Court of Pennsylvania.

---

1 Doc. 1.
2 Doc. 41.

Because the Supreme Court of Pennsylvania's resolution of that appeal, should it be accepted, would likely be dispositive of this matter—or at least beneficial to its resolution—this matter will be stayed pending a decision by that court. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Stay (Doc. 41) is **GRANTED;**

2. This matter is **STAYED** pending the resolution of the constitutional challenges to Pennsylvania Act 27 of 2026 in *Commonwealth of Pennsylvania, Pennsylvania Game Commission v. Thomas E. Proctor Heirs Trust*, No. 493 MD 2017, including through a decision by the Supreme Court of Pennsylvania's on whether to grant an allowance of appeal in that matter; and

3. The parties shall file a joint status report with the Court within 30 days of the issuance of a decision regarding a Petition for Allowance of Appeal or if there is any change in the status of an appeal of this issue. If no appeal is filed to the Supreme Court of Pennsylvania, the parties must file a joint status report with the Court within 30 days.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge