**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,

Plaintiffs,

v.

INTERNATIONAL DEVELOPMENT COMPANY, LLC,

Defendant.

No. 4:22-CV-00518

(Chief Judge Brann)

**ORDER**

**AND NOW**, this 4th day of September 2026, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **September 10, 2026, at 3:00 p.m.**

2. Counsel for Plaintiffs shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge