**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHARLES RICE KENDALL and
ANN P. HOCHBERG, as Trustees for
The Thomas E. Proctor Heirs Trust,

Plaintiffs,

v.

INTERNATIONAL DEVELOPMENT
CORPORATION,

Defendant.

No. 4:22-CV-00518

(Chief Judge Brann)

**ORDER**

**SEPTEMBER 11, 2026**

Given that this matter has been stayed pending the resolution of the constitutional challenges to Pennsylvania Act 27 of 2026 in *Commonwealth of Pennsylvania, Pennsylvania Game Commission v. Thomas E. Proctor Heirs Trust*, No. 493 MD 2017, **IT IS HEREBY ORDERED** that the trial in this matter, scheduled for November 9-10, 2026 is **CANCELLED**. Further, the other deadlines in the Court's June 26, 2026 Scheduling Order are **SUSPENDED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge